CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 4, 2026**

Michelle V. Larson

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re:<br><br>**MCITBE LLC,**<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 26-32580-mvl11<br><br>Chapter 11<br>(Subchapter V) |

**ORDER DENYING THE JOINT MOTIONS OF THE DEBTOR AND CREDITOR ALI CHOUDHRI (I) TO ALTER OR AMEND THE ORDER DISMISSING THIS CASE WITH PREJUDICE AND (II) TO STAY THE ORDER OF DISMISSAL**

**[Re: ECF Nos. 234 and 235]**

CAME ON FOR CONSIDERATION (i) the *Joint Motion of the Debtor and Creditor Ali Choudhri under Fed. R. Bankr. P. 9023 to Alter or Amend the Order Dismissing this Case with Prejudice, or in the Alternative to Strike the Bar to Refiling* [ECF #234] (the "Reconsideration Motion") and (ii) the *Joint Emergency Motion of the Debtor and Creditor Ali Choudhri to Stay the Order of Dismissal Pending Disposition of the Rule 9023 Motion, and Request for Emergency Hearing Before November 3, 2026* [ECF #235] (the "Stay Motion," and together with the



15072971v1 (76037.00002.000)

Exhibit E

Reconsideration Motion, the "Motions") filed by the above-captioned Debtor and Ali Choudhri (collectively, the "Movants") on November 1, 2026, requesting that the Court vacate its *Order Dismissing Case with Prejudice to Refiling for 180 Days* [ECF #228] (the "Dismissal Order") and reinstate the above-captioned bankruptcy case, or, in the alternative, amend the Dismissal Order to remove the 180-day bar to refiling, and to stay the effect of the Dismissal Order (including termination of the automatic stay), all as further set forth in the Motions. Movants assert that such relief is necessary on an emergency basis to prevent Security State Bank & Trust ("SSBT") from foreclosing its senior lien on the Debtor's real property located at 2232 Swift Blvd., Houston, Texas 77030 on November 3, 2026. SSBT filed a Response in Opposition to both Motions [ECF #236] on November 2, 2026. Having considered the Motions, SSBT's Opposition Response, and the record in this case, the Court finds that both Motions should be DENIED for the reasons stated in the Court's ruling on November 3, 2026, at 9:00 a.m., which is incorporated herein by reference. It is therefore,

**ORDERED** that the Reconsideration Motion and the Stay Motion are each **DENIED** for the reasons stated in the Court's ruling on the record at the hearing on November 3, 2026.

**### END OF ORDER ###**