Filed 26 November 03 A10:42
Marilyn Burgess - District Clerk
Harris County

Cause No. 2026-22035

Pgs-1

TRORY

| | | |
|---|---|---|
| MCITBE LLC | § | IN THE DISTRICT COURT OF |
| vs. | § | HARRIS COUNTY, TEXAS |
| SECURITY STATE BANK AND TRUST | § | 129th JUDICIAL DISTRICT |

ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER

On this day came on to be heard Plaintiff's Application for a Temporary Restraining Order. After having reviewed the motions, responses and arguments of the parties, the Court finds that Plaintiff's Application for Temporary Restraining Order should be **DENIED**.

It is therefore,

ORDERED, that Plaintiff's Application for a Temporary Restraining Order is **DENIED**.

Signed November 3, 2026.

[signature]
Ancillary Judge

Certified Document Number: 129643858 - Page 1 of 1

**Exhibit J**

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this November 5, 2026

Certified Document Number: 129643858 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**