**REPORTER'S RECORD**
**VOLUME 1 OF 2 VOLUMES**
**TRIAL COURT CAUSE NO. 2026-22035**

| | | |
|---|---|---|
| *MCITBE, LLC* | ) | *IN THE DISTRICT COURT* |
| | ) | |
| *VS.* | ) | *HARRIS COUNTY, TEXAS* |
| | ) | |
| *RUSSEL GRIBBLE; SECURITY STATE BANK AND TRUST; AND TRAVIS VARGO* | ) | *61ST JUDICIAL DISTRICT* |

**TRIAL COURT CAUSE NO. 2026-82933**

| | | |
|---|---|---|
| *ALI CHOUDHRI, DERIVATIVELY ON BEHALF OF JETALL/CROIX PROPERTIES, LP* | ) | *IN THE DISTRICT COURT* |
| | ) | |
| *VS.* | ) | *HARRIS COUNTY, TEXAS* |
| | ) | |
| *SECURITY STATE BANK AND TRUST AND RUSSEL GRIBBLE, SUBSTITUTE TRUSTEE, AND JETALL/CROIX PROPERTIES, LP* | ) | *61ST JUDICIAL DISTRICT* |

---

TEMPORARY RESTRAINING ORDER

---

On the 2nd day of November, 2026, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable Lee Kathryn Shuchart, Judge Presiding, held in Houston, Harris County, Texas.

Proceedings reported by computerized stenotype machine.



Exhibit L

***A-P-P-E-A-R-A-N-C-E-S***

***ALI CHOUDHRI***
4521 San Felipe Street, Unit 3201
Houston, Texas 77027
Telephone: (281) 630-6627
E-mail: ali@jetallcapital.com
***PRO SE***

***JAY JOHNSON***
***Counsel appearing on behalf of Derek Straub, Counsel for MCITBE, LLC***

***JIM AYCOCK***
SBOT NO. 24034309
THE AYCOCK LAW FIRM
5850 San Felipe
Suite 500, #1020
Houston, Texas 77057
Telephone: (254) 253-5460
***Counsel for Defendants Security State Bank and Trust and Russel Gribble***

***I-N-D-E-X***

***VOLUME 1***

***Temporary Restraining Order***

| ***November 2, 2026*** | ***PAGE*** | ***VOL.*** |
|---|---|---|
| Appearances .................................... | 2 | 1 |
| Index .......................................... | 3 | 1 |
| Proceedings .................................... | 4 | 1 |
| Proceeding concluded ........................... | 36 | 1 |
| Reporter's Certificate ......................... | 37 | 1 |
| Word Index ..................................... | 38 | 1 |

***P-R-O-C-E-E-D-I-N-G-S***

THE COURT: Going on the record for Cause No. 2026-82933. Please state your appearances for the record, starting with the plaintiff.

MR. CHOUDHRI: Ali Choudhri.

THE COURT: And please stay seated at the counsel table, sir.

MR. JOHNSON: Jay Johnson, Your Honor, here on behalf of Derek Staub, the acting attorney for the plaintiff. And I'm just appearing for him, Your Honor.

THE COURT: I'm sorry. I don't understand.

MR. JOHNSON: Your Honor, I'm appearing for the attorney of record on file Derek Staub.

THE COURT: And what is the attorney of record -- what case is he attorney of record at? Excuse me, I'm speaking to him.

MR. CHOUDHRI: Sorry.

MR. JOHNSON: That is the MCITBE, LLC case.

THE COURT: Okay. Well, that's not the name of this case. This case is the 2026-82933, Ali Choudhri, derivatively on behalf of Jetall/Croix Properties, LP v. Security State Bank and Trust and

Russel Gribble, Substitute Trustee, and Jetall/Croix Properties, LP, Nominal Defendant.

MR. JOHNSON: Oh.

THE COURT: So apparently Jetall/Croix properties, LP is both a plaintiff and a defendant in this case as I'm reading the caption.

Who are you representing that's in this case?

MR. JOHNSON: I'm sorry, Your Honor. I'm not in this case. My apologies. I'm taking my seat.

THE COURT: What case are you on? Can you give me the case number?

MR. JOHNSON: Yes, Your Honor. It's the 2026-22035, Your Honor.

THE COURT: Okay. That's comparatively old. Let me see what's going on with that.

MR. JOHNSON: Yes. That's the MCITBE, LLC v. Russel Gribble, et al. The case that has the TRO.

THE COURT: The case that has the TRO is the one that I just read to you.

MR. AYCOCK: Would you like for me to help?

THE COURT: The case that has the TRO is the one that I just read to you. Okay?

MR. AYCOCK: Your Honor, there's two now.

THE COURT: There's two now. Okay.

MR. AYCOCK: There's been a filing --

THE COURT: Well, can somebody give me the other cause number? Is that the one that he just gave me?

MR. AYCOCK: The one that the counsel just gave you, 2026-22035, is an existing case in Judge Gomez's court in the 129th. It has a long history. There was a -- about 2:00 or 3:00 o'clock this afternoon, there was an emergency application for TRO filed in that case. And then about 30 minutes or an hour ago, I found out that there was a new case filed by Mr. Choudhri dealing with exactly the same property, exactly the same issues. I don't even know what court it's in. I haven't seen it. It's in my computer. I couldn't tell you what court it's in, but it is basically just a second attempt to get a TRO to stop the same exact foreclosure that's scheduled for tomorrow.

THE COURT: All right. Since it's already been handled by Judge Gomez, do you have an order in that regard?

MR. AYCOCK: The case has been pending in Judge Gomez's court for a year almost --

THE COURT: Well, I was going to say --

MR. AYCOCK: He has a tortured history. If you --

THE COURT: I'm asking you, is there an order -- is there an order by Judge Gomez in that case staying -- allowing foreclosure.

MR. JOHNSON: No, Your Honor.

MR. AYCOCK: There is not.

THE COURT: I was talking to him.

MR. JOHNSON: Sorry, Your Honor.

MR. AYCOCK: There's not presently any restriction on the foreclosure going forward tomorrow.

THE COURT: Okay.

MR. AYCOCK: I can explain a little more history. I think that will help.

THE COURT: Well, at this time, the -- what is before me is the case that I identified. We'll go into the weeds here in a few minutes, but let's make sure that we understand what's going on here. I see that according to the petition and the request for injunctive relief, Mr. Choudhri is acting, quote, derivatively on behalf of Jetall/Croix Properties, LP, which is potentially an unauthorized practice of law. He can only represent himself. And he's well aware of this.

MR. CHOUDHRI: Yes, Your Honor.

THE COURT: You are not entitled to represent Jetall or Croix Properties. Do you understand that, sir?

MR. CHOUDHRI: Yes, Your Honor. And I'm not here on behalf of Jetall/Croix, LP.

THE COURT: Well, but the pleading that you filed in court here says that, that you are -- to act derivatively on behalf of them.

MR. CHOUDHRI: So, Your Honor, I'm here pro se. And if Your Honor can -- I think one of the first questions is who's owning the property. And that's kind of the issue. So if Your Honor would just allow me one minute, I can --

THE COURT: I want to hear that.

MR. CHOUDHRI: Yes.

THE COURT: Yes. And if that is a threshold question, although it's not the only question.

MR. CHOUDHRI: Yes, Your Honor. So --

THE COURT: And I do want to note that on your signature block, it's -- you've identified yourself as Ali Choudhri, pro se plaintiff derivatively on behalf of Jetall/Croix Properties, LP. So you are purporting to represent them in your signature block in the petition that you filed this afternoon. Okay?

MR. CHOUDHRI: Your Honor, my intention

is to represent myself as a derivative because I have a derivative standing on behalf of the partnership. If you allow me, I can explain the sit- -- why I'm in this situation. So I'm involved in a lot -- I have ownership and interests in many LLCs. MCITBE --

THE COURT: I don't care. Okay? What I do care about is this case and the limited relief that is being sought here. I'm the ancillary judge. And so I want you to address the issues pertinent to what the relief that you are requesting today.

MR. CHOUDHRI: Yes, Your Honor.

THE COURT: Okay.

MR. CHOUDHRI: So, Your Honor --

THE COURT: Who -- what is Jetall/Croix Properties, LP?

MR. CHOUDHRI: So Jetall/Croix Properties, LP is the borrower to Security State Bank, Mr. Aycock's client.

THE COURT: Do you agree with that, Mr. Aycock?

MR. AYCOCK: I do.

THE COURT: And who signed the papers on behalf of Jetall/Croix Properties?

MR. AYCOCK: Mr. Choudhri.

THE COURT: What is his capacity?

MR. AYCOCK: He's a -- the structure is 49-and-a-half percent ownership by him, 49-and-a-half percent ownership by Michael Croix, and 1 percent ownership by a GP, then it's 50 percent owned by Mr. Choudhri and 50 percent owned by Mr. Croix.

THE COURT: Okay. So he has no standing to act on behalf of the LP --

MR. AYCOCK: Your Honor -- that's --

THE COURT: -- for purposes of this proceeding.

MR. AYCOCK: That's correct, Your Honor.

THE COURT: And is there any dispute that Jetall/Croix is the owner of the property?

MR. CHOUDHRI: Yes, Your Honor. There -- so, if Your Honor may -- just allow me to give a little background. So, Your Honor --

THE COURT: A little background.

MR. CHOUDHRI: Yes, Your Honor. So, first of all, there is an individual name Travis Vargo, who purports to control Jetall/Croix Properties, LP, and MCITBE.

THE COURT: What does that have to do with the documents that we talked about with the bank?

MR. CHOUDHRI: Your Honor, what it has to do with is because the bank considers Mr. Vargo in

control of Jetall/Croix Properties and MCITBE and so they ignore -- and my mom owns MCITBE, LLC. And so this property has been clouded. The title has been clouded by Mr. Vargo --

THE COURT: We are here on the trespass to try title right now.

MR. CHOUDHRI: I understand --

THE COURT: And that apparently is pending already in Judge Gomez's court.

MR. CHOUDHRI: Actually, Your Honor. No, there was TRO granted on May the 5th. There's an injunction set on November the 19th in the MCITBE case. But Security states -- what Mr. Aycock's client's position is that that Mr. Vargo is in control of the borrower and my mom's company. Ms. Hood, that represents --

THE COURT: Okay. But you are not here to talk about your mom's company.

MR. CHOUDHRI: No, but I'm trying to explain to you what the situation we're in and what my standing is, Your Honor. If I may --

THE COURT: Sir, the only thing that matters for purposes of this is who owns the property. And whether or not you have a right to try to act on behalf of the partnership, which you do not under -- as

a matter of law.

MR. CHOUDHRI: So Your Honor, if I may, the Bank's position is that MCIT- --

THE COURT: I'll let the Bank tell me their position. You tell me your position.

MR. CHOUDHRI: So Your Honor, MCITBE --

THE COURT: Why are you entitled -- why are you, Ali Choudhri, individually entitled to a temporary restraining order?

MR. CHOUDHRI: Because I'm -- Jetall/Croix is an obliger. I have a guarantee with Jetall/Croix, an obliger on the loan. The foreclosure tomorrow wipes out my interest, also creates deficiency for me and for -- and for Jetall/Croix. I have half ownership of Jetall/Croix. If it's sold in the open market, the Jetall/Croix debt is extinguished. My guarantee is not effective. The MCITBE debt, my mom's entity would be extinguished, as well, which I have a guarantee there.

THE COURT: Don't -- if you -- don't say anything further about your mom or anybody else's interest that you don't have a right to represent. Okay?

MR. CHOUDHRI: Yes, Your Honor.

THE COURT: Just stick strictly to the

facts because the more you start expanding it, the less likely you are to get any sort of relief. Do you understand that?

MR. CHOUDHRI: Yes, Your Honor.

THE COURT: Okay. So I need to know, you individually because that's the only thing that's at issue here.

MR. CHOUDHRI: So Your Honor, Bank says ownership is at issue. Is it MCITBE or is it Jetall/Croix Properties, which my guarantee and my equity and my ownership and my guarantee is. And so there is a contract that's been received that sufficiently pays the Bank and the creditors and leaves money -- and eliminates any deficiency that would be effected to me. And so that --

THE COURT: And you knew that when you signed the papers that that was a possibility, right?

MR. CHOUDHRI: I'm sorry, Your Honor?

THE COURT: I said, you knew that that those sorts of losses, when you sign a guarantee, you know that that's a possibility, right?

MR. CHOUDHRI: So Your Honor, in my petition, I have attached the testimony. Ms. Hood took the deposition in a bankruptcy court of Security State Bank. And they've admitted and it's attached to my TRO

where -- while the loan was not in default or the bank representative has admitted that they contacted to sell the debt to the party that clouded the title. And they recognize that that party is in control of the borrower and the -- and they filed something of record saying they are in the control of the property and the entity. And the Bank admitted in the deposition, which I have excerpts of, Your Honor, and I've attached them as exhibits. I would just plead with Your Honor if you would read the TRO that I filed along with the exhibits. I'm not doing a good job explaining --

THE COURT: As you know, A, this just got filed a short time ago. And I didn't have -- even have the access to the case number until you gave it to me about five minutes ago.

MR. CHOUDHRI: Yes, Your Honor. And I did file this afternoon --

THE COURT: At 2:16 p.m.

MR. CHOUDHRI: That is correct, Your Honor. That is absolutely correct.

THE COURT: And I've been on the bench basically since 8:00 o'clock this morning.

MR. CHOUDHRI: And I'm not -- my way of saying that wasn't that Judge hasn't read -- that wasn't intending -- please don't misunderstand that. That's

the last thing that I would say. What I was trying to --

THE COURT: I prefer to come in prepared, and so that's my point.

MR. CHOUDHRI: Yes. And it's the emergency sense of it. I'm a creditor in the MCITBE bankruptcy, which was dismissed. And he's mentioned a TRO elsewhere. There is no TRO in Judge Gomez's court that -- that has been sought by anybody.

THE COURT: Well, there was one in May, correct?

MR. AYCOCK: Your Honor, we are now talking about the fourth and the fifth one -- requests at this point. There has been -- there has been --

THE COURT: I asked him a question.

MR. CHOUDHRI: Sorry.

THE COURT: Let him answer it.

MR. AYCOCK: There's been three so far that had been issued. First one was Jetall/Croix, they filed a lawsuit. Got a TRO ex parte. It was vacated. The case was dismissed because the lawyer couldn't prove that he even had authority to represent the entity that got the TRO, Jetall/Croix. Then MCITBE -- and I'll explain the connection if you'd like here in a moment -- got a second TRO ex parte, I got that one vacated.

MCITBE then went back and got a third TRO. And instead of playing this game anymore, Judge Gomez set it for a TI hearing. I cross noticed the TI hearing. When we got to the point of the TI hearing, he filed a bankruptcy. And the property is here. He's here. His mother is here. The debtor is here. Everybody is here. But they filed the bankruptcy in the Northern District of Dallas and -- which has now been dismissed by Judge Larson as a bad faith bankruptcy filing. And there is a bar against refiling it for 180 days based on the bad faith of Mr. Choudhri, who she characterized as the -- let me see how she put it, the Wizard of Oz, the man behind the curtain, because he claimed the entire bankruptcy process he wasn't involved. And then ended up at the final hearing where the case was dismissed to go testify on behalf of MCITBE entity, which did not go over well with Judge Larson. So now today, we've gotten the applications four and five.

THE COURT: Okay. I asked you a couple of questions. And now I want to go back to Mr. Choudhri.

MR. CHOUDHRI: That's a material misrepresentation, Your Honor.

THE COURT: I don't care. I want to get back to what's germane to today.

MR. CHOUDHRI: Sure.

THE COURT: And we've got about 16 hours to sort through this mess.

MR. CHOUDHRI: Yes, Your Honor. So, there's a foreclosure tomorrow at 10:00 a.m.

THE COURT: I know. That's where I got the 16 hours from.

MR. CHOUDHRI: Yes, Your Honor. There is a TI set on November 19th in front of Judge Gomez.

THE COURT: Right.

MR. CHOUDHRI: And MC- -- Security State Bank made the -- took a position that MCITBE doesn't own the property, Jetall/Croix does. And then what they did is they signed a false affidavit when Jetall/Croix filed a TRO and the lawyer ended up, unfortunately, having medical issues and was admitted to rehab. So they did get the case dismissed --

THE COURT: I think I know that lawyer because he was admitted to rehab in my case also.

MR. CHOUDHRI: -- without -- that case was dismissed without prejudice, Your Honor. But there was an affidavit that Security State Bank filed and said that I didn't have authority to file the -- or I'm not -- but when you look at the company agreement, either manager can file. And they made material

misrepresentations in that affidavit.

So Your Honor, they take a position that Mr. Vargo is in control of my mom's company and my company. And Mr. Vargo testified under oath, he was cross-examined in September that he has -- he only has a charging order. He only gets distributions. He's not in control of all these LLCs. Yet, the Bank and Mr. Vargo contend that Mr. Vargo is in control, so they failed to provide any notices of foreclosure.

Number two, when I brought another lender out to take them out, they failed to respond or sell or assign or take a full payoff of the debt. And I have that evidence. And I have the testimony of the Bank where they have admitted under oath that the loan was not in default, there was no issue, the loan was extended in 2028. And they contacted --

THE COURT: Excuse me, Mr. Choudhri, I don't think I've ever heard of a bank that wanted to foreclose when there wasn't a default.

MR. CHOUDHRI: So, let me clarify what I just said, Your Honor. In the deposition on September 22nd in the bankruptcy court, because their position was MCITBE doesn't own it, Jetall/Croix does. And title is not with MCITBE. That foreclosure is invalid. In fact, Paragraph 13 of his petition in Judge Gomez's court

makes that judicial admission.

In the testimony of the Bank, they admitted before the loan was in default or any default on the loan, they contacted the party that clouded title offering to sell them the loan. There's a party, Mr. Vargo and his -- who have clouded all these properties, lis pendens is everywhere. Everything that I own indirectly or directly or entities or properties my mom owns, so they have basically put a kibosh on all of that. And where -- and unfortunately, Security State Bank has gone along with them and are in the position that Mr. Vargo is the only one who has authority when Judge Gomez ordered.

Now, I have no ownership in MCITBE. I've never had any ownership in MCITBE. And they are very aware of that. It is my mom's company since 2019. She's owned it 100 percent. Her company is the one that sold the property to Jetall/Croix and seller financed it. And Security State Bank provided construction financing to build a spec home. The home got built. The title got clouded. The property couldn't be sold. The Bank then contacted the parties that clouded title before the loan was in default. It's in the testimony of the Bank.

And so, they've caused this situation to

be frustrated. The solution simply is there should be a normal sale of the property. There are buyers who want to buy this property. It is a 3-million-dollar spec home, never been lived in, it's a beautiful home. The title is clouded. The Bank has admitted the property can't be sold with a cloud on title. Well, Mr. -- now, Judge Gomez --

THE COURT: Well, that's true. The question is whether there's really a cloud on title here.

MR. CHOUDHRI: Well --

THE COURT: To say that you can't sell the property with the cloud on title isn't true -- it's just a fact --

MR. CHOUDHRI: True.

THE COURT: -- it's not necessarily a -- that in this case yet.

MR. CHOUDHRI: Well, Your Honor, what the testimony of the Bank was that marketable title can't be had in the property with the cloud cannot be sold; no one would buy the property with a cloud on title. I have attached the cloud on title. I've attached the testimony there. And so Your Honor, on May the 5th, there was a TRO that found certain findings and certain other things. And Your Honor, the parties were ordered

to mediate. And the Bank took a position that MC- -- my mom or MCITBE is not in control. Mr. Vargo is.

THE COURT: So there's a whole other universe of things that are going on here that have been oriented towards getting a remedy in this case. And that seems to be completely ignored because there was a mediation that was ordered by Judge Gomez. And did that ever take place?

MR. AYCOCK: Yes.

THE COURT: Okay.

MR. CHOUDHRI: So Your Honor, the mediation did take place. Security State Bank's position was --

THE COURT: So that's irrelevant. It didn't settle. Move on.

MR. CHOUDHRI: Because --

THE COURT: Talk about where we are right now. And why you are entitled to special relief today --

MR. CHOUDHRI: Yes, Your Honor.

THE COURT: -- because there's all this other stuff going on. And Judge Gomez has already been involved in it. And I'm sure that there's been a plentitude of hearings, correct, counsel?

MR. AYCOCK: Judge Gomez has not held --

to be fair, he hasn't held that many hearings. He has issued a lot of rulings on the papers. And as you will see, if you go through it, every one of them denies the relief that they are seeking, basically.

MR. CHOUDHRI: So, Your Honor --

THE COURT: So basically, we are potentially in a forum shopping situation.

MR. AYCOCK: Absolutely, a forum shopping. One, you -- you nailed it --

THE COURT: Is the same property at issue in the case in Judge Gomez's court?

MR. AYCOCK: Exactly the same issues.

MR. CHOUDHRI: That is correct. It's the same property, Your Honor. But it has to do with who is in control and who owns the property. Their position is that MCITBE doesn't own the property. There is a TI set on November the 19th in front of Judge Gomez, where this will get hashed out. There's also a buyer for the property --

THE COURT: Well, you're --

MR. AYCOCK: Your Honor --

MR. CHOUDHRI: -- that pays the Bank and MCITBE and any deficiency I would have as a guarantor, Your Honor.

THE COURT: And if this were in good

faith, then the law -- there should have been a request in Judge Gomez's court through the pleadings in that case through that -- that area to see if a TRO would be issued in that case until -- and whether Judge Gomez would extend the order from today to the 19th. If necessary --

MR. CHOUDHRI: That --

THE COURT: -- it has to be his call.

MR. CHOUDHRI: That -- that --

THE COURT: No, no, no, no. It hasn't happened because there's no TRO issued in Judge Gomez's court today. Otherwise, I would have known about it because I would have had to issue it.

MR. CHOUDHRI: No, Your Honor. Judge Gomez's clerk said that they cannot -- the earliest they can set the TI is the 19th. That TRO would have to be --

THE COURT: Mr. Choudhri, you didn't listen to me. What I said was that I could have issued an order in that case for 14 days. And Judge Gomez would then have the option to extend it for -- until the 19th at the time that the TI is already scheduled for.

MR. CHOUDHRI: I -- I just want to tell you, Your Honor --

THE COURT: It needs to be in -- and now

you've created a situation in another court that shouldn't exist. Because all of these issues are already in, as you just acknowledged, in Judge Gomez's court set for a hearing. So if you want to file a request for a TRO in the matter that's pending in Judge Gomez's court, I will be happy to hear it.

MR. CHOUDHRI: So Your Honor, that's what I believe Mr. Staub, who is in Dallas -- this gentleman is here on behalf of MCITBE, LLC, in that case. That's MCITBE v. Security State Bank. So I'm here on my behalf because even though I'm a guarantor --

THE COURT: I don't think you have standing. And B, this is a forum shopping. This is duplicitous lawsuit for the issues that are already pending in Judge Gomez's court.

MR. CHOUDHRI: So Your Honor --

THE COURT: So no. I have nothing -- I have no real legal recourse but to deny the TRO in this case. As I mentioned, I will be willing to consider the possibility of TRO in the proper case, the case pending in the 125th court. So if there's an application for a TRO in 125th, in advance of the hearing on the 19th, then somebody needs to speak now or forever hold your peace because I'm going to deny this one based upon the fact that there's lack of standing, it's duplicitous

with the lawsuit that's already pending in Judge Gomez's court. It's already scheduled for a hearing on the TI in Judge Gomez's court and should be heard there.

And I'm happy, as I said, to issue a TRO with the proper -- in the proper process, but I'm not going to create another lawsuit here that's completely improper.

MR. CHOUDHRI: So --

THE COURT: Okay?

MR. CHOUDHRI: I understand. And Your Honor, I just -- I'm not a party -- I wasn't a party in that case. And Jetall/Croix is not a party in that case. And I wasn't forum shopping or anything --

THE COURT: Jetall/Croix is involved in the case in Judge Gomez's court. And it is the subject of the litigation -- of the TI according to what you've just told me three minutes ago.

MR. CHOUDHRI: But the property -- but the party Jetall/Croix is not because their position just came up a few weeks ago that Jetall/Croix owns the property, not MCITBE. That's the position they took in the bankruptcy court, Your Honor --

THE COURT: Sir, I don't -- I've already told you what -- how I will rule.

MR. CHOUDHRI: Yes, Your Honor. I will

sit down. Thank you.

THE COURT: So, you can sit down.

MR. CHOUDHRI: Yes, Your Honor.

MR. JOHNSON: So yes, the TRO that's in the 129th court, which is Judge Gomez's court -- again, Your Honor, for the record, I'm Jay --

THE COURT: I can't hear you.

MR. JOHNSON: I'm sorry. I'm Jay Johnson standing on behalf of Derek Staub. So in regards to the TRO that's taking place in Judge Gomez's court --

THE COURT: There's not a TRO going on in Judge Gomez's court. There's a temporary injunction hearing scheduled for November 19th.

MR. JOHNSON: Yes, Your Honor. So I believe, the application that was filed today by Mr. Straub was for a TRO.

THE COURT: Mr. Straub?

MR. JOHNSON: Staub. Derek Staub. He's the attorney that's on record, Your Honor.

THE COURT: What -- did he file it in the Gomez case?

MR. JOHNSON: Yes, Your Honor.

THE COURT: Okay. Well, let me look that up because I can't know the universe, okay?

MR. JOHNSON: Yes, Your Honor. Sorry.

MR. AYCOCK: And while you are looking it up, you will want to look up attorney list. While Mr.Staub has filings in this case, he's never been -- he's never filed a notice of appearance or anything. Justin Rayome is the lawyer of record in this case, not Mr. Staub. But he has filed numerous things in that case.

THE COURT: So this is MCITBE, LLC v. Security State Bank. This is the case that's pending in Judge Gomez's court.

MR. AYCOCK: That's correct, Your Honor.

THE COURT: Plaintiff MCITBE, LLC has requested a restraining order and that is why you are here.

MR. JOHNSON: Yes, Your Honor.

THE COURT: All right. Go ahead.

MR. JOHNSON: Yes, Your Honor. So the plaintiff in this case is requesting a TRO simply because, one, they haven't received notice of it; and two, there wouldn't have been enough time for the actual defendants to actually post the property for the foreclosure process in itself. The MCITBE had a bankruptcy. It was dismissed on September 28th. They then filed for the notice of substitute trustee sale on October 13th. October 15th MCITBE was then reinstated

into the bankruptcy itself. They were then dismissed from the bankruptcy itself until October 19th.

Once they went and got -- make it to the bankruptcy, automatic stay protections would have been in place for the property in question. With the automatic stay protection for the property in question, a notice of sale would have been void as it was issued out. They would have had to reissue the notices and then give the appropriate amount of time to cure the default at hand and for the posting of the foreclosure sale. The 19th would have only allowed for 15 days at best, not the 21 days. So that wouldn't be within Texas law to actually foreclose on this property on November 3rd, Your Honor.

THE COURT: Response.

MR. AYCOCK: Judge Larson in the Northern District bankruptcy court has signed an interim order, which I'm happy to give to the Court, which gave us express permission to go ahead and post the foreclosure notice while she was considering the motions to dismiss the bankruptcy. I have that order right here. And so we proceeded, just like in the last case you talked about, we went and proceeded with the posting just like we were allowed to do by Judge Larson. I have the notice. It has all of the addresses that it was sent

to, including Mr. Choudhri.

And so we are acting pursuant to Judge Larson's order in this process. Your Honor, I can give you a copy of the order if you would like.

THE COURT: Yes, I would like to have it for the record.

MR. AYCOCK: I would like to give you three things, then. I'm going to approach. This is the interim order, which talks about being able to repost while the hearings are going forward. This is talking about one hearing date and it -- it has a comma or in later dates -- because there was an expressed contemplation that it could go over the filing -- the notice period date. So Judge Larson wanted to make sure that it would cover any future filings.

Your Honor, this is the order dismissing the bankruptcy with prejudice. And Your Honor, this is the substitute -- I have the mailing affidavits if you would like -- actually, they are part of the filing that I made. I can give you the exhibit reference. But it shows who everybody went to, where they went to, and what the delivery status of all of those things is. But they were sent out on the 13th pursuant to the property code.

THE COURT: Okay.

MR. AYCOCK: Just for the record because it hasn't come up yet, no payment has been made on this loan since July of 2025.

THE COURT: More than -- for over 15 months.

MR. AYCOCK: Yes, Your Honor.

THE COURT: All right.

MR. AYCOCK: And again, this is our -- we've had three TROs, now we've got two more, we are now on number five plus a bankruptcy filing.

THE COURT: Well, the --

MR. AYCOCK: And Your Honor, it's their position is that, Oh, they can sell the property. Mr. Choudhri just told you a few minutes ago, it's clouded by all these liens. There is not going to be a sale of this property. The only thing that's going to clear this property up is the foreclosure by the bank, which potentially is going to wipe out everybody that -- it has abstracts of judgment and things like that.

So this proposed buyer of this property, there's no way it's ever going to close even if it's a valid contract. And the contract --

THE COURT: Okay. That's beyond the scope of --

MR. AYCOCK: I know. But the evidence

that he's giving you, there's not even been a signature by MCITBE saying that they've accepted the offer.

THE COURT: Because Judge Gomez has already set a hearing to deal with these issues in the evidentiary hearing, what I will do, exactly what I told Mr. Choudhri I would do, that I will grant their motion and give them a two-week extension, but I'm going to include in the order a provision that says that you may go ahead and repost pending the hearing in Judge Gomez's court. You may repost for December, but the hearing, I'm not going to -- that hearing by jumping in and granting -- by doing anything one way or the other since Judge Gomez has already set a hearing to give a full evidentiary hearing on this matter.

MR. AYCOCK: Your Honor, they set a hearing, but they did so exactly for the purpose that you've now -- that you are now doing. To set this up so that they can say, Oh, Judge, look, we've got a TI hearing set. Just give us some more time. This is the game that they have played every single time we've had this sort of thing. Something like this getting done. It's just continuing gamesmanship like Mr. Choudhri does in every one of his cases.

THE COURT: I'm not asking for your character assessment of anybody. Okay?

MR. AYCOCK: I know. But Judge, we have been prevented. We started trying to foreclose on this property either January or February of this year. We have been stopped every single time. And as I said, there hasn't been a payment in over a year at this point.

THE COURT: I understand. But as I said, the order that I'm going to expire -- signed is going to expire in 14 days. And --

MR. AYCOCK: And he'll file another one, Judge. That's just what he does. Because -- let me give you one other piece of this to see if it makes a difference to you. Judge Larson in bankruptcy court, they have -- yesterday -- a couple days ago, this weekend, they filed a motion to -- I don't know -- reconsider the dismissal of the bankruptcy with prejudice and to reinstate it at that point. This issue is set. She has issued an order this afternoon saying that she is going to issue a bench ruling at 9:00 o'clock tomorrow morning about what she's going to do.

THE COURT: The bankruptcy judge?

MR. AYCOCK: The bankruptcy judge in Dallas. What I would propose is that we see what she does -- because if she again reaffirms, she's got all of this in front of her. She has had multiple days of

evidentiary hearings. My client has been deposed multiple times. All of that is before her. She's in the best position to make these decisions. And no offense to the Court.

THE COURT: No, I agree.

MR. AYCOCK: But she's heard it all. And so, if she's going -- one or two things is going to happen. She's going to say, Nope, I'm not going to reconsider it. I still consider it to be a bad faith filing. I think that's relevant for coming back to you tomorrow and saying, Judge, once again, a federal Judge has said that we can move forward. Or she's going to say, No, I'm going to reinstate the bankruptcy case. And then it stays back in place.

And so I'm not sure if there's any need for you to rule tonight on that. We can reconvene tomorrow. And I would, you know, put a Rule 11 on the record that my client will not go down to the courthouse until we come back down here in the morning. But I think that's the more logical thing because this is just continuing to go on and on and on every time.

THE COURT: And I want time to review the paper because I, obviously, have not had the chance to review what's been filed by Mr. Choudhri and that it looks like it has pretty extensive exhibits and things,

but -- and by counsel here. So I will have an opportunity to review those.

MR. JOHNSON: Your Honor, if I may. Before you decide --

THE COURT: Well, I've decided basically not to decide tonight.

MR. JOHNSON: Okay.

THE COURT: And so -- but that's why I want to find out what the bankruptcy judge is going to do because that, obviously, has a big impact. B, I want to read the things that you guys have submitted and be prepared to do so before I make a ruling. Okay?

MR. CHOUDHRI: Your Honor, may I respond real quick?

THE COURT: I don't know if you need to respond. I just said, I'm not ruling right now; I'm going to read what you submitted as you have requested.

MR. CHOUDHRI: I just wanted to respond to what he said about the bankruptcy. That is apples and oranges. It was a motion to reinstate the bankruptcy based on their position. I'm not in -- and Jetall/Croix is not bankruptcy. In fact, what they are trying to do is push Jetall/Croix into bankruptcy and we want to just have an injunctive hearing, an evidentiary hearing in front of Judge Gomez. And that's the

earliest date he could give us. That's all. So --

THE COURT: And that's one of the things that I'm considering, as I said, sir.

MR. CHOUDHRI: Yes. I just want to let you know that Jetall/Croix is not a party in that bankruptcy. It's not a party. And they want to try to make them or push them into bankruptcy. And I want to avoid so we can sell the property and go --

THE COURT: I sincerely doubt that the Bank is pushing them into bankruptcy. I just think that would be about the last thing in the world that the Bank would have any interest in doing.

MR. CHOUDHRI: I -- I -- I --

THE COURT: Sheer exercise of logic. And that would be the last thing that they would want.

MR. CHOUDHRI: I would agree with you short of when you look at the Security State Bank's behavior in this case and just the positions and the way they have acted. And you can see the testimony, as well.

In fact, Mr. Aycock instructed his client not to answer 268 times when Ms. Hood took his -- his client's deposition. And it's wild why they would want the property to be sold and to be paid. It is absolutely wild, Your Honor. And I'm not just saying

this. I will let the record speak for itself. Don't take my word for it.

THE COURT: I see what you have filed and looks like a good amount of evidence --

MR. CHOUDHRI: Yes, Your Honor.

THE COURT: -- and that's why, Mr. Choudhri, I'm going to do you the courtesy of reviewing it and rule -- have further discussions on this in the morning. So I will see you here at 9:15. That will give the bankruptcy judge a little time to rule, get her ruling out. And we'll see what we can do.

MR. AYCOCK: Thank you, Your Honor.

MR. JOHNSON: Thank you, Your Honor.

(End of Today's Proceedings)

STATE OF TEXAS

COUNTY OF HARRIS

I, Jessica Chang, Official Court Reporter in and for the 61st District Court of Harris, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record is $_______ and was paid by _________________.

/s/Jessica Chang
Jessica Chang, CSR
Texas CSR 8971
Official Court Reporter
61st District Court
Harris County, Texas
201 Caroline, 9th Floor
Houston, Texas 77002
Telephone: (832) 927-2627
Expiration: 10/31/2028

MR. AYCOCK: [36] 5/22 6/1 6/3 6/7 6/23 7/1 7/7 7/10 7/13 9/21 9/24 10/1 10/8 10/11 15/12 15/18 21/9 21/25 22/8 22/12 22/21 27/1 27/11 28/16 29/7 30/1 30/6 30/8 30/12 30/25 31/15 32/1 32/10 32/22 33/6 36/12
MR. CHOUDHRI: [63]
MR. JOHNSON: [20] 4/8 4/14 4/20 5/3 5/9 5/13 5/17 7/6 7/9 26/4 26/8 26/14 26/18 26/22 26/25 27/15 27/17 34/3 34/7 36/13
THE COURT: [110]

.

..........................................3 [1] 3/6
....................................2 [1] 3/5
....................................38 [1] 3/10
....................................4 [1] 3/7
...........................36 [1] 3/8
........................37 [1] 3/9

/

/s/Jessica [1] 37/20

1

1 percent [1] 10/3
10/31/2028 [1] 37/25
100 percent [1] 19/17
1020 [1] 2/11
10:00 a.m [1] 17/5
11 [1] 33/17
125th [2] 24/21 24/22
129th [2] 6/9 26/5
13 [1] 18/25
13th [2] 27/25 29/23
14 [2] 23/20 32/9
15 [2] 28/11 30/4
15th [1] 27/25
16 [2] 17/2 17/7
180 [1] 16/10
19th [10] 11/12 17/9 22/17 23/5 23/16 23/22 24/22 26/13 28/2 28/11

2

201 [1] 37/23
2019 [1] 19/16
2025 [1] 30/3
2026 [2] 1/19 3/4
2026-22035 [3] 1/2 5/14 6/8
2026-82933 [2] 1/8 4/23
2028 [2] 18/16 37/25
21 [1] 28/12
22035 [3] 1/2 5/14 6/8
22nd [1] 18/22
24034309 [1] 2/9
253-5460 [1] 2/12
254 [1] 2/12
2627 [1] 37/24
268 [1] 35/22
281 [1] 2/5
28th [1] 27/23
2:00 [1] 6/10
2:16 p.m [1] 14/18
2nd [1] 1/19

3

3-million-dollar [1] 20/3
30 [1] 6/12
3201 [1] 2/4
3:00 o'clock [1] 6/10
3rd [1] 28/14

4

4521 [1] 2/4

5

50 percent [2] 10/4 10/5
500 [1] 2/11
5460 [1] 2/12
5850 [1] 2/10
5th [2] 11/11 20/23

6

61ST [4] 1/6 1/14 37/5 37/22
630-6627 [1] 2/5
6627 [1] 2/5

7

77002 [1] 37/24
77027 [1] 2/4
77057 [1] 2/11

8

82933 [3] 1/8 4/3 4/23
832 [1] 37/24
8971 [1] 37/21
8:00 o'clock [1] 14/22

9

927-2627 [1] 37/24
9:00 [1] 32/19
9:15 [1] 36/9
9th [1] 37/23

A

a.m [1] 17/5
able [1] 29/9
about [17] 6/10 6/12 9/7 10/23 11/18 12/21 14/15 15/13 17/2 21/17 23/12 28/23 29/9 29/11 32/20 34/19 35/11
above [3] 1/20 37/6 37/10
above-styled [1] 37/10
above-titled [1] 1/20
absolutely [3] 14/20 22/8 35/25
abstracts [1] 30/19
accepted [1] 31/2
access [1] 14/14
according [2] 7/19 25/16
acknowledged [1] 24/3
act [3] 8/8 10/7 11/24
acted [1] 35/19
acting [3] 4/9 7/20 29/2
actual [1] 27/20
actually [4] 11/10 27/21 28/13 29/19
address [1] 9/9
addresses [1] 28/25
admission [1] 19/1
admitted [8] 13/25 14/2 14/7 17/16 17/19 18/14 19/3 20/5
advance [1] 24/22
affidavit [3] 17/14 17/22 18/1
affidavits [1] 29/18
afternoon [4] 6/11 8/24 14/17 32/18
again [4] 26/5 30/8 32/24 33/11
against [1] 16/10
ago [7] 6/13 14/13 14/15 25/17 25/20 30/14 32/14
agree [3] 9/19 33/5 35/16
agreement [1] 17/24
ahead [3] 27/16 28/19 31/9
al [1] 5/18
ali [7] 1/9 2/3 2/5 4/5 4/23 8/21 12/8
all [18] 6/20 10/19 18/7 19/6 19/9 21/21 24/2 27/16 28/25 29/22 30/7 30/15 32/24 33/2 33/6 35/1 37/7 37/11
allow [3] 8/13 9/3 10/15
allowed [2] 28/11 28/24
allowing [1] 7/5
almost [1] 6/24
along [2] 14/10 19/11
already [11] 6/21 11/9 21/22 23/22 24/3 24/14 25/1 25/2 25/23 31/4 31/13
also [3] 12/13 17/19 22/18
although [1] 8/17
amount [2] 28/9 36/4
ancillary [1] 9/8
another [4] 18/10 24/1 25/6 32/10
answer [2] 15/17 35/22
any [12] 7/10 10/12 13/2 13/14 18/9 19/3 19/15 22/23 29/15 33/15 35/12 37/15
anybody [3] 12/21 15/9 31/25
anymore [1] 16/2
anything [4] 12/21 25/13 27/4 31/12
apologies [1] 5/10
apparently [2] 5/4 11/8
appearance [1] 27/4
appearances [2] 3/5 4/3
appearing [3] 2/7 4/10 4/14
apples [1] 34/19
application [3] 6/11 24/21 26/15
applications [1] 16/18
approach [1] 29/8
appropriate [1] 28/9
are [31] 5/7 5/11 8/1 8/7 8/22 9/10 11/5 11/17 12/7 12/8 13/2 14/6 15/12 19/11 19/15 20/2 21/4 21/17 21/18 22/4 22/6 24/2 24/14 27/1 27/13 29/2 29/10 29/19 30/9 31/17 34/22
area [1] 23/3
as [20] 5/6 8/21 9/1 11/25 12/18 14/8 14/12 16/9 16/11 22/2 22/23 24/3 24/19 25/4 28/7 32/4 32/7 34/17 35/3 35/19
asked [2] 15/15 16/19
asking [2] 7/3 31/24
assessment [1] 31/25
assign [1] 18/12
attached [5] 13/23 13/25 14/8 20/22 20/22

A
attempt [1] 6/18
attorney [6] 4/9 4/15 4/16 4/17 26/19 27/2
authority [3] 15/22 17/23 19/12
automatic [2] 28/4 28/6
avoid [1] 35/8
aware [2] 7/23 19/16
AYCOCK [4] 2/9 2/10 9/20 35/21
Aycock's [2] 9/18 11/13

B
back [6] 16/1 16/20 16/25 33/10 33/14 33/19
background [2] 10/16 10/17
bad [3] 16/9 16/10 33/9
bank [32] 1/5 1/12 2/12 4/25 9/17 10/23 10/25 12/4 13/8 13/13 13/25 14/1 14/7 17/12 17/22 18/7 18/13 18/18 19/2 19/11 19/19 19/22 19/24 20/5 20/19 21/1 22/22 24/10 27/9 30/17 35/10 35/11
Bank's [3] 12/3 21/12 35/17
bankruptcy [30] 13/24 15/7 16/5 16/7 16/9 16/14 18/22 25/22 27/23 28/1 28/2 28/4 28/17 28/21 29/17 30/10 32/13 32/16 32/21 32/22 33/13 34/9 34/19 34/21 34/22 34/23 35/6 35/7 35/10 36/10
bar [1] 16/10
based [3] 16/10 24/24 34/21
basically [6] 6/18 14/22 19/9 22/4 22/6 34/5
be [27] 1/20 12/18 13/14 19/21 20/1 20/1 20/6 20/19 20/20 21/6 22/1 23/3 23/8 23/17 23/25 24/6 24/19 25/3 28/12 30/15 33/9 34/11 35/11 35/15 35/24 35/24 37/9
beautiful [1] 20/4
because [28] 9/1 10/25 12/10 13/1 13/6 15/21 16/13 17/19 18/22 21/6 21/16 21/21 23/11 23/13 24/2 24/11 24/24 25/19 26/24 27/19 29/12 30/1 31/3 32/11 32/24 33/20 33/23 34/10
because if [1] 32/24
been [29] 6/3 6/21 6/23 11/3 11/3 13/12 14/21 15/9 15/14 15/14 15/18 15/19 16/8 20/4 21/4 21/22 21/23 23/1 27/3 27/20 28/4 28/7 30/2 31/1 32/2 32/4 32/5 33/1 33/24
before [7] 1/21 7/16 19/3 19/23 33/2 34/4 34/12
behalf [16] 1/9 2/7 4/9 4/24 7/21 8/5 8/8 8/21 9/2 9/23 10/7 11/25 16/16 24/9 24/10 26/9
behavior [1] 35/18
behind [1] 16/13
being [2] 9/8 29/9
believe [2] 24/8 26/15
bench [2] 14/21 32/19
best [2] 28/12 33/3
beyond [1] 30/23
big [1] 34/10
block [2] 8/20 8/23
borrower [3] 9/17 11/15 14/4
both [1] 5/5
brought [1] 18/10
build [1] 19/20
built [1] 19/20
buy [2] 20/3 20/21
buyer [2] 22/18 30/20
buyers [1] 20/2

C
call [1] 23/8
came [2] 1/20 25/20
can [19] 5/11 6/4 7/13 7/23 8/10 8/13 9/3 17/25 23/16 26/2 29/3 29/20 30/13 31/18 33/12 33/16 35/8 35/19 36/11
can't [5] 20/6 20/12 20/19 26/7 26/24
cannot [2] 20/20 23/15
capacity [1] 9/25
caption [1] 5/6
care [3] 9/6 9/7 16/24
Caroline [1] 37/23
case [48]
cases [1] 31/23
cause [6] 1/2 1/8 1/21 4/2 6/5 37/11
caused [1] 19/25
certain [2] 20/24 20/24
Certificate [1] 3/9
certify [3] 37/6 37/13 37/16
chambers [1] 37/12
chance [1] 33/23
Chang [3] 37/4 37/20 37/21
character [1] 31/25
characterized [1] 16/11
charging [1] 18/6
CHOUDHRI [20] 1/9 2/3 4/5 4/24 6/14 7/20 8/21 9/24 10/5 12/8 16/11 16/21 18/17 23/18 29/1 30/14 31/6 31/22 33/24 36/7
claimed [1] 16/13
clarify [1] 18/20
clear [1] 30/17
clerk [1] 23/15
client [4] 9/18 33/1 33/18 35/21
client's [2] 11/13 35/23
close [1] 30/21
cloud [6] 20/6 20/9 20/13 20/20 20/21 20/22
clouded [9] 11/3 11/3 14/3 19/4 19/6 19/21 19/22 20/5 30/15
code [1] 29/24
come [3] 15/3 30/2 33/19
coming [1] 33/10
comma [1] 29/11
company [7] 11/15 11/18 17/24 18/3 18/4 19/16 19/17
comparatively [1] 5/15
completely [2] 21/6 25/6
computer [1] 6/16
computerized [1] 1/24
concluded [1] 3/8
connection [1] 15/24
consider [2] 24/19 33/9
considering [2] 28/20 35/3
considers [1] 10/25
construction [1] 19/19
contacted [4] 14/2 18/16 19/4 19/22
contains [1] 37/6
contemplation [1] 29/13
contend [1] 18/8
continuing [2] 31/22 33/21
contract [3] 13/12 30/22 30/22
control [10] 10/20 11/1 11/14 14/4 14/6 18/3 18/7 18/8 21/2 22/15
copy [1] 29/4
correct [8] 10/11 14/19 14/20 15/11 21/24 22/13 27/11 37/7
correctly [1] 37/14
cost [1] 37/16
could [3] 23/19 29/13 35/1
couldn't [3] 6/17 15/21 19/21
counsel [8] 2/7 2/7 2/12 4/7 6/7 21/24 34/1 37/9
COUNTY [5] 1/4 1/11 1/23 37/2 37/23
couple [2] 16/19 32/14
court [41]
courtesy [1] 36/7
courthouse [1] 33/18
cover [1] 29/15
create [1] 25/6
created [1] 24/1
creates [1] 12/13
creditor [1] 15/6
creditors [1] 13/13
CROIX [36] 1/10 1/14 4/24 5/1 5/4 7/21 8/2 8/5 8/22 9/14 9/16 9/23 10/3 10/5 10/13 10/20 11/1 12/11 12/12 12/14 12/15 12/16 13/10 15/19 15/23 17/13 17/14 18/23 19/18 25/12 25/14 25/19 25/20 34/22 34/23 35/5
cross [2] 16/3 18/5
cross-examined [1] 18/5
CSR [2] 37/21 37/21
cure [1] 28/9
curtain [1] 16/13

D
Dallas [3] 16/8 24/8 32/23
date [3] 29/11 29/14 35/1
dates [1] 29/12
day [1] 1/19
days [7] 16/10 23/20 28/11 28/12 32/9 32/14 32/25
deal [1] 31/4
dealing [1] 6/14
debt [4] 12/16 12/17 14/3 18/12
debtor [1] 16/6
December [1] 31/10
decide [2] 34/4 34/6
decided [1] 34/5
decisions [1] 33/3
default [7] 14/1 18/15 18/19 19/3 19/3 19/23 28/10
defendant [2] 5/2 5/5
defendants [2] 2/12 27/21
deficiency [3] 12/13 13/14 22/23
delivery [1] 29/22
denies [1] 22/3

D
deny [2] 24/18 24/24
deposed [1] 33/1
deposition [4] 13/24 14/7 18/21 35/23
Derek [5] 2/7 4/9 4/15 26/9 26/18
derivative [2] 9/1 9/2
derivatively [5] 1/9 4/24 7/21 8/8 8/21
did [8] 14/17 16/16 17/13 17/16 21/7 21/12 26/20 31/16
didn't [4] 14/13 17/23 21/15 23/18
difference [1] 32/13
directly [1] 19/8
discussions [1] 36/8
dismiss [1] 28/20
dismissal [1] 32/16
dismissed [8] 15/7 15/21 16/8 16/15 17/17 17/21 27/23 28/1
dismissing [1] 29/16
dispute [1] 10/12
distributions [1] 18/6
DISTRICT [8] 1/3 1/6 1/9 1/14 16/7 28/17 37/5 37/22
do [21] 6/21 8/2 8/19 9/7 9/19 9/21 10/22 10/25 11/25 13/2 22/14 28/24 31/5 31/6 32/20 34/10 34/12 34/23 36/7 36/11 37/5
documents [1] 10/23
does [6] 10/22 17/13 18/23 31/22 32/11 32/24
doesn't [3] 17/12 18/23 22/16
doing [4] 14/11 31/12 31/17 35/12
dollar [1] 20/3
don't [14] 4/12 6/15 9/6 12/20 12/20 12/22 14/25 16/24 18/18 24/12 25/23 32/15 34/15 36/1
done [1] 31/21
doubt [1] 35/9
down [4] 26/1 26/2 33/18 33/19
duplicitous [2] 24/14 24/25

E
E-mail [1] 2/5
earliest [2] 23/15 35/1
effected [1] 13/15
effective [1] 12/17
either [2] 17/25 32/3
eliminates [1] 13/14
else's [1] 12/21
elsewhere [1] 15/8
emergency [2] 6/11 15/6
End [1] 36/14
ended [2] 16/14 17/15
enough [1] 27/20
entire [1] 16/13
entities [1] 19/8
entitled [4] 8/1 12/7 12/8 21/18
entity [4] 12/18 14/6 15/22 16/16
equity [1] 13/11
et [1] 5/18
even [6] 6/15 14/13 15/22 24/11 30/21 31/1
ever [3] 18/18 21/8 30/21
every [5] 22/3 31/20 31/23 32/4 33/21
everybody [3] 16/6 29/21 30/18
Everything [1] 19/7
everywhere [1] 19/7
evidence [4] 18/13 30/25 36/4 37/8
evidentiary [4] 31/5 31/14 33/1 34/24
ex [2] 15/20 15/25
exact [1] 6/19
exactly [5] 6/14 6/15 22/12 31/5 31/16
examined [1] 18/5
excerpts [1] 14/8
Excuse [2] 4/17 18/17
exercise [1] 35/14
exhibit [1] 29/20
exhibits [4] 14/9 14/10 33/25 37/14
exist [1] 24/2
existing [1] 6/8
expanding [1] 13/1
Expiration [1] 37/25
expire [2] 32/8 32/9
explain [4] 7/13 9/3 11/20 15/24
explaining [1] 14/11
express [1] 28/19
expressed [1] 29/12
extend [2] 23/5 23/21
extended [1] 18/16
extension [1] 31/7
extensive [1] 33/25
extinguished [2] 12/16 12/18

F
fact [5] 18/24 20/14 24/25 34/22 35/21
facts [1] 13/1
failed [2] 18/9 18/11
fair [1] 22/1
faith [4] 16/9 16/11 23/1 33/9
false [1] 17/14
far [1] 15/18
February [1] 32/3
federal [1] 33/11
Felipe [2] 2/4 2/10
few [3] 7/17 25/20 30/14
fifth [1] 15/13
file [7] 4/15 14/17 17/23 17/25 24/4 26/20 32/10
filed [19] 6/12 6/13 8/7 8/24 14/5 14/10 14/13 15/20 16/4 16/7 17/14 17/22 26/15 27/4 27/6 27/24 32/15 33/24 36/3
filing [6] 6/3 16/9 29/13 29/19 30/10 33/10
filings [2] 27/3 29/15
final [1] 16/15
financed [1] 19/18
financing [1] 19/20
find [1] 34/9
findings [1] 20/24
FIRM [1] 2/10
first [3] 8/11 10/19 15/19
five [3] 14/15 16/18 30/10
Floor [1] 37/23
following [1] 1/19
foreclose [3] 18/19 28/13 32/2
foreclosure [11] 6/19 7/5 7/11 12/12 17/5 18/9 18/24 27/22 28/10 28/19 30/17
foregoing [1] 37/6
forever [1] 24/23
forum [4] 22/7 22/8 24/13 25/13
forward [3] 7/11 29/10 33/12
found [2] 6/13 20/24
four [1] 16/18
fourth [1] 15/13
front [4] 17/9 22/17 32/25 34/25
frustrated [1] 20/1
full [2] 18/12 31/13
further [4] 12/21 36/8 37/13 37/16
future [1] 29/15

G
game [2] 16/2 31/20
gamesmanship [1] 31/22
gave [4] 6/6 6/8 14/14 28/18
gentleman [1] 24/8
germane [1] 16/25
get [6] 6/18 13/2 16/24 17/17 22/18 36/11
gets [1] 18/6
getting [2] 21/5 31/21
give [14] 5/12 6/4 10/15 28/9 28/18 29/3 29/7 29/20 31/7 31/13 31/19 32/12 35/1 36/10
giving [1] 31/1
go [12] 7/17 16/16 16/16 16/20 22/3 27/16 28/19 29/13 31/9 33/18 33/21 35/8
going [31] 4/2 5/16 6/25 7/11 7/18 21/4 21/22 24/24 25/6 26/11 29/8 29/10 30/15 30/16 30/18 30/21 31/7 31/11 32/8 32/8 32/19 32/20 33/7 33/7 33/8 33/8 33/12 33/13 34/9 34/17 36/7
Gomez [16] 6/21 7/4 16/2 17/9 19/13 20/7 21/7 21/22 21/25 22/17 23/4 23/20 26/21 31/3 31/13 34/25
Gomez's [20] 6/9 6/24 11/9 15/8 18/25 22/11 23/2 23/11 23/15 24/3 24/6 24/15 25/1 25/3 25/15 26/5 26/10 26/12 27/10 31/9
gone [1] 19/11
good [3] 14/11 22/25 36/4
got [15] 14/12 15/20 15/23 15/25 15/25 16/1 16/4 17/2 17/6 19/20 19/21 28/3 30/9 31/18 32/24
gotten [1] 16/17
GP [1] 10/4
grant [1] 31/6
granted [1] 11/11
granting [1] 31/12
GRIBBLE [5] 1/5 1/13 2/13 5/1 5/18
guarantee [6] 12/11 12/17 12/19 13/10 13/11 13/20
guarantor [2] 22/24 24/11
guys [1] 34/11

H
had [11] 15/19 15/22 19/15 20/20 23/13 27/22 28/8 30/9 31/20 32/25 33/23

H

half [3] 10/2 10/2 12/14
hand [1] 28/10
handled [1] 6/21
happen [1] 33/8
happened [1] 23/11
happy [3] 24/6 25/4 28/18
HARRIS [6] 1/4 1/11 1/22 37/2 37/5 37/23
has [41]
hashed [1] 22/18
hasn't [5] 14/24 22/1 23/10 30/2 32/5
have [54]
haven't [2] 6/16 27/19
having [1] 17/15
he [21] 4/17 6/5 7/1 7/23 10/6 15/22 16/4 16/13 16/14 17/19 18/4 18/5 18/5 18/6 22/1 22/1 26/20 27/6 32/11 34/19 35/1
he'll [1] 32/10
he's [9] 7/23 10/1 15/7 16/5 18/6 26/18 27/3 27/4 31/1
hear [3] 8/14 24/6 26/7
heard [3] 18/18 25/3 33/6
hearing [20] 16/3 16/3 16/4 16/15 24/4 24/22 25/2 26/13 29/11 31/4 31/5 31/9 31/10 31/11 31/13 31/14 31/16 31/19 34/24 34/25
hearings [4] 21/24 22/1 29/10 33/1
held [4] 1/20 1/22 21/25 22/1
help [2] 5/23 7/14
her [4] 19/17 32/25 33/2 36/11
here [26] 4/9 7/17 7/18 8/5 8/7 8/9 9/8 11/5 11/17 13/7 15/24 16/5 16/5 16/6 16/6 16/6 20/10 21/4 24/9 24/10 25/6 27/14 28/21 33/19 34/1 36/9
hereby [1] 37/6
him [6] 4/10 4/18 7/8 10/2 15/15 15/17
himself [1] 7/23
his [9] 9/25 16/5 18/25 19/6 23/8 31/23 35/21 35/22 35/22
history [3] 6/9 7/1 7/14
hold [1] 24/23
home [4] 19/20 19/20 20/4 20/4
Honor [83]
Honorable [1] 1/21
Hood [3] 11/15 13/23 35/22
hour [1] 6/13
hours [2] 17/2 17/7
Houston [4] 1/22 2/4 2/11 37/24
how [2] 16/12 25/24

I

I'll [2] 12/4 15/23
I'm [46]
I've [7] 14/8 14/21 18/18 19/14 20/22 25/23 34/5
I-N-D-E-X [1] 2/14
identified [2] 7/16 8/20
ignore [1] 11/2
ignored [1] 21/6
impact [1] 34/10
improper [1] 25/7
include [1] 31/8
included [1] 37/9
including [1] 29/1
Index [2] 3/6 3/10
indirectly [1] 19/8
individual [1] 10/19
individually [2] 12/8 13/6
injunction [2] 11/12 26/12
injunctive [2] 7/20 34/24
instead [1] 16/1
instructed [1] 35/21
intending [1] 14/25
intention [1] 8/25
interest [3] 12/13 12/22 35/12
interests [1] 9/5
interim [2] 28/17 29/9
invalid [1] 18/24
involved [4] 9/4 16/14 21/23 25/14
irrelevant [1] 21/14
is [116]
is MCITBE [1] 27/8
isn't [1] 20/13
issue [9] 8/12 13/7 13/9 18/15 22/10 23/13 25/4 32/17 32/19
issued [7] 15/19 22/2 23/4 23/11 23/19 28/7 32/18
issues [7] 6/15 9/9 17/16 22/12 24/2 24/14 31/4
it [60]
it MCITBE [1] 13/9
it's [25] 5/13 6/16 6/16 6/17 6/20 8/17 8/20 10/4 12/15 13/25 15/5 19/23 20/4 20/13 20/16 22/13 24/25 25/2 30/12 30/14 30/21 30/21 31/22 35/6 35/23
itself [4] 27/22 28/1 28/2 36/1

J

January [1] 32/3
JAY [4] 2/7 4/8 26/6 26/8
Jessica [3] 37/4 37/20 37/21
JETALL [34] 1/10 1/14 4/24 5/1 5/4 7/21 8/2 8/5 8/22 9/14 9/16 9/23 10/13 10/20 11/1 12/11 12/12 12/14 12/15 12/16 13/10 15/19 15/23 17/13 17/14 18/23 19/18 25/12 25/14 25/19 25/20 34/22 34/23 35/5
JETALL/CROIX [33] 1/10 1/14 4/24 5/1 5/4 7/21 8/5 8/22 9/14 9/16 9/23 10/13 10/20 11/1 12/11 12/12 12/14 12/15 12/16 13/10 15/19 15/23 17/13 17/14 18/23 19/18 25/12 25/14 25/19 25/20 34/22 34/23 35/5
jetallcapital.com [1] 2/5
JIM [1] 2/9
job [1] 14/11
JOHNSON [3] 2/7 4/8 26/8
judge [54]
judgment [1] 30/19
judicial [3] 1/6 1/14 19/1
July [1] 30/3
jumping [1] 31/11
just [33] 4/10 5/21 5/25 6/5 6/8 6/18 8/12 10/15 12/25 14/9 14/12 18/21 20/14 23/23 24/3 25/11 25/17 25/20 28/22 28/23 30/1 30/14 31/19 31/22 32/11 33/20 34/16 34/18 34/24 35/4 35/10 35/18 35/25
Justin [1] 27/5

K

Kathryn [1] 1/21
kibosh [1] 19/9
kind [1] 8/12
knew [2] 13/16 13/19
know [13] 6/15 13/5 13/21 14/12 17/6 17/18 26/24 30/25 32/1 32/15 33/17 34/15 35/5
known [1] 23/12

L

lack [1] 24/25
Larson [6] 16/9 16/17 28/16 28/24 29/14 32/13
Larson's [1] 29/3
last [4] 15/1 28/22 35/11 35/15
later [1] 29/12
law [5] 2/10 7/22 12/1 23/1 28/13
lawsuit [4] 15/20 24/14 25/1 25/6
lawyer [4] 15/21 17/15 17/18 27/5
leaves [1] 13/13
Lee [1] 1/21
legal [1] 24/18
lender [1] 18/10
less [1] 13/1
let [9] 5/16 12/4 15/17 16/12 18/20 26/23 32/11 35/4 36/1
let's [1] 7/17
liens [1] 30/15
like [13] 5/22 15/24 28/22 28/23 29/4 29/5 29/7 29/19 30/19 31/21 31/22 33/25 36/4
likely [1] 13/2
limited [1] 9/7
lis [1] 19/7
list [1] 27/2
listen [1] 23/19
litigation [1] 25/16
little [4] 7/13 10/15 10/17 36/10
lived [1] 20/4
LLC [8] 1/3 2/8 4/20 5/18 11/2 24/9 27/8 27/12
LLCs [2] 9/5 18/7
loan [9] 12/12 14/1 18/14 18/15 19/3 19/4 19/5 19/23 30/3
logic [1] 35/14
logical [1] 33/20
long [1] 6/9
look [5] 17/24 26/23 27/2 31/18 35/17
looking [1] 27/1
looks [2] 33/25 36/4
losses [1] 13/20
lot [2] 9/4 22/2
LP [12] 1/10 1/14 4/25 5/2 5/5 7/21 8/5 8/22 9/15 9/17 10/7 10/20

M

machine [1] 1/25

M
made [4] 17/12 17/25 29/20 30/2
mail [1] 2/5
mailing [1] 29/18
make [6] 7/17 28/3 29/14 33/3 34/12 35/7
makes [2] 19/1 32/12
man [1] 16/12
manager [1] 17/25
many [2] 9/5 22/1
market [1] 12/16
marketable [1] 20/19
material [2] 16/22 17/25
matter [3] 12/1 24/5 31/14
matters [1] 11/23
may [10] 10/15 11/11 11/21 12/2 15/10 20/23 31/8 31/10 34/3 34/13
MC [2] 17/11 21/1
MCIT [1] 12/3
MCITBE [32] 1/3 2/8 4/20 5/17 9/5 10/21 11/1 11/2 11/12 12/6 12/17 13/9 15/6 15/23 16/1 16/16 17/12 18/23 18/24 19/14 19/15 21/2 22/16 22/23 24/9 24/10 25/21 27/8 27/12 27/22 27/25 31/2
me [23] 4/18 5/12 5/16 5/22 6/4 6/6 7/16 8/13 9/3 10/15 12/4 12/5 12/14 13/15 14/14 16/12 18/17 18/20 23/19 25/17 26/23 32/11 37/12
mediate [1] 21/1
mediation [2] 21/7 21/12
medical [1] 17/16
mentioned [2] 15/7 24/19
mess [1] 17/3
Michael [1] 10/3
million [1] 20/3
minute [1] 8/13
minutes [5] 6/12 7/17 14/15 25/17 30/14
misrepresentation [1] 16/23
misrepresentations [1] 18/1
misunderstand [1] 14/25
mom [4] 11/2 12/21 19/9 21/2
mom's [5] 11/15 11/18 12/17 18/3 19/16
moment [1] 15/24
money [1] 13/14
months [1] 30/5
more [6] 7/13 13/1 30/4 30/9 31/19 33/20
morning [4] 14/22 32/20 33/19 36/9
mother [1] 16/6
motion [3] 31/6 32/15 34/20
motions [1] 28/20
move [2] 21/15 33/12
Mr [5] 16/20 18/8 20/6 21/2 24/8
Mr. [29] 6/14 7/20 9/18 9/20 9/24 10/5 10/5 10/25 11/4 11/13 11/14 16/11 18/3 18/4 18/8 18/17 19/6 19/12 23/18 26/16 26/17 27/6 29/1 30/14 31/6 31/22 33/24 35/21 36/7
Mr. Aycock [2] 9/20 35/21
Mr. Aycock's [2] 9/18 11/13
Mr. Choudhri [13] 6/14 7/20 9/24 10/5 16/11 18/17 23/18 29/1 30/14 31/6 31/22 33/24 36/7
Mr. Croix [1] 10/5
Mr. Staub [1] 27/6
Mr. Straub [2] 26/16 26/17
Mr. Vargo [8] 10/25 11/4 11/14 18/3 18/4 18/8 19/6 19/12
Mr.Staub [1] 27/3
Ms. [3] 11/15 13/23 35/22
Ms. Hood [3] 11/15 13/23 35/22
multiple [2] 32/25 33/2
my [28] 5/10 5/10 6/16 8/25 11/2 11/15 11/20 12/13 12/16 12/17 13/10 13/10 13/11 13/11 13/22 13/25 14/23 15/4 17/19 18/3 18/3 19/9 19/16 21/1 24/10 33/1 33/18 36/2
myself [1] 9/1

N
nailed [1] 22/9
name [2] 4/23 10/19
necessarily [1] 20/16
necessary [1] 23/6
need [3] 13/5 33/15 34/15
needs [2] 23/25 24/23
never [4] 19/15 20/4 27/3 27/4
new [1] 6/13
no [24] 1/2 1/8 2/9 7/6 10/6 11/10 11/19 15/8 18/15 19/14 20/20 23/10 23/10 23/10 23/10 23/11 23/14 24/17 24/18 30/2 30/21 33/3 33/5 33/13
No. [1] 4/3
No. 2026-82933 [1] 4/3
Nominal [1] 5/2
Nope [1] 33/8
normal [1] 20/2
Northern [2] 16/7 28/16
not [46]
not MCITBE [1] 25/21
note [1] 8/19
nothing [1] 24/17
notice [7] 27/4 27/19 27/24 28/7 28/20 28/25 29/14
noticed [1] 16/3
notices [2] 18/9 28/8
November [7] 1/19 3/4 11/12 17/9 22/17 26/13 28/14
November 19th [2] 17/9 26/13
November 3rd [1] 28/14
now [17] 6/1 6/2 11/6 15/12 16/8 16/17 16/20 19/14 20/6 21/18 23/25 24/23 30/9 30/9 31/17 31/17 34/16
number [5] 5/12 6/5 14/14 18/10 30/10
numbered [2] 1/21 37/10
numerous [1] 27/6

O
o'clock [3] 6/10 14/22 32/20
oath [2] 18/4 18/14
obliger [2] 12/11 12/12
obviously [2] 33/23 34/10
occurred [1] 37/11
October [3] 27/25 27/25 28/2
October 13th [1] 27/25
October 15th [1] 27/25
October 19th [1] 28/2
offense [1] 33/4
offer [1] 31/2
offered [1] 37/15
offering [1] 19/5
Official [2] 37/4 37/22
Oh [3] 5/3 30/13 31/18
okay [22] 4/22 5/15 5/25 6/2 7/12 8/24 9/6 9/12 10/6 11/17 12/23 13/5 16/19 21/10 25/9 26/23 26/24 29/25 30/23 31/25 34/7 34/12
old [1] 5/16
once [2] 28/3 33/11
one [24] 5/21 5/25 6/5 6/7 8/10 8/13 15/10 15/13 15/19 15/25 19/12 19/17 20/21 22/3 22/9 24/24 27/19 29/11 31/12 31/23 32/10 32/12 33/7 35/2
only [9] 7/23 8/17 11/22 13/6 18/5 18/6 19/12 28/11 30/16
open [2] 12/15 37/11
opportunity [1] 34/2
option [1] 23/21
oranges [1] 34/20
order [19] 1/17 3/3 6/22 7/4 7/4 12/9 18/6 23/5 23/20 27/13 28/17 28/21 29/3 29/4 29/9 29/16 31/8 32/8 32/18
ordered [3] 19/13 20/25 21/7
oriented [1] 21/5
other [7] 6/5 20/25 21/3 21/22 31/12 32/12 37/8
Otherwise [1] 23/12
our [1] 30/8
out [10] 6/13 12/13 18/11 18/11 22/18 28/8 29/23 30/18 34/9 36/11
over [4] 16/17 29/13 30/4 32/5
own [4] 17/12 18/23 19/8 22/16
owned [3] 10/4 10/5 19/17
owner [1] 10/13
ownership [9] 9/4 10/2 10/3 10/4 12/15 13/9 13/11 19/14 19/15
owning [1] 8/11
owns [5] 11/2 11/23 19/9 22/15 25/20
owns MCITBE [1] 11/2
Oz [1] 16/12

P
P-R-O-C-E-E-D-I-N-G-S [1] 3/13
p.m [1] 14/18
PAGE [1] 3/4
paid [2] 35/24 37/18
paper [1] 33/23
papers [3] 9/22 13/17 22/2
Paragraph [1] 18/25
part [1] 29/19
parte [2] 15/20 15/25
parties [4] 19/22 20/25 37/9 37/15
partnership [2] 9/2 11/25
party [10] 14/3 14/4 19/4 19/5 25/11 25/11 25/12 25/19 35/5 35/6
payment [2] 30/2 32/5
payoff [1] 18/12
pays [2] 13/13 22/22

P

peace [1] 24/24
pendens [1] 19/7
pending [8] 6/23 11/9 24/5 24/15 24/20 25/1 27/9 31/9
percent [6] 10/2 10/3 10/3 10/4 10/5 19/17
period [1] 29/14
permission [1] 28/19
pertinent [1] 9/9
petition [4] 7/19 8/24 13/23 18/25
piece [1] 32/12
place [5] 21/8 21/12 26/10 28/5 33/14
plaintiff [6] 4/4 4/10 5/5 8/21 27/12 27/18
Plaintiff MCITBE [1] 27/12
played [1] 31/20
playing [1] 16/2
plead [1] 14/9
pleading [1] 8/6
pleadings [1] 23/2
please [3] 4/3 4/6 14/25
plentitude [1] 21/24
plus [1] 30/10
point [5] 15/4 15/14 16/4 32/6 32/17
portions [1] 37/7
position [16] 11/14 12/3 12/5 12/5 17/12 18/2 18/22 19/11 21/1 21/13 22/15 25/19 25/21 30/13 33/3 34/21
positions [1] 35/18
possibility [3] 13/17 13/21 24/20
post [2] 27/21 28/19
posting [2] 28/10 28/23
potentially [3] 7/22 22/7 30/18
practice [1] 7/22
prefer [1] 15/3
prejudice [3] 17/21 29/17 32/17
preparation [1] 37/17
prepared [2] 15/3 34/12
presently [1] 7/10
Presiding [1] 1/22
pretty [1] 33/25
prevented [1] 32/2
pro [3] 2/6 8/10 8/21
proceeded [2] 28/22 28/23
proceeding [2] 3/8 10/10
proceedings [6] 1/20 1/24 3/7 36/14 37/8 37/14
process [4] 16/14 25/5 27/22 29/3
proper [3] 24/20 25/5 25/5
properties [16] 1/10 1/14 4/25 5/2 5/5 7/21 8/2 8/22 9/15 9/17 9/23 10/20 11/1 13/10 19/7 19/8
property [35] 6/14 8/11 10/13 11/3 11/23 14/6 16/5 17/13 19/18 19/21 20/2 20/3 20/5 20/13 20/20 20/21 22/10 22/14 22/15 22/16 22/19 25/18 25/21 27/21 28/5 28/6 28/13 29/23 30/13 30/16 30/17 30/20 32/3 35/8 35/24
propose [1] 32/23
proposed [1] 30/20
protection [1] 28/6
protections [1] 28/4
prove [1] 15/21
provide [1] 18/9
provided [1] 19/19
provision [1] 31/8
purporting [1] 8/22
purports [1] 10/20
purpose [1] 31/16
purposes [2] 10/9 11/23
pursuant [2] 29/2 29/23
push [2] 34/23 35/7
pushing [1] 35/10
put [3] 16/12 19/9 33/17

Q

question [6] 8/17 8/17 15/15 20/9 28/5 28/6
questions [2] 8/11 16/20
quick [1] 34/14
quote [1] 7/20

R

Rayome [1] 27/5
read [6] 5/21 5/25 14/10 14/24 34/11 34/17
reading [1] 5/6
reaffirms [1] 32/24
real [2] 24/18 34/14
really [1] 20/9
received [2] 13/12 27/19
recognize [1] 14/4
reconsider [2] 32/16 33/9
reconvene [1] 33/16
record [17] 1/1 4/2 4/4 4/15 4/17 4/17 14/5 26/6 26/19 27/5 29/6 30/1 33/18 36/1 37/10 37/13 37/17
recourse [1] 24/18
reference [1] 29/20
refiling [1] 16/10
reflects [1] 37/14
regard [1] 6/22
regards [1] 26/9
rehab [2] 17/16 17/19
reinstate [3] 32/17 33/13 34/20
reinstated [1] 27/25
reissue [1] 28/8
relevant [1] 33/10
relief [6] 7/20 9/7 9/10 13/2 21/18 22/4
remedy [1] 21/5
reported [2] 1/24 37/12
Reporter [2] 37/4 37/22
REPORTER'S [5] 1/1 3/9 37/10 37/13 37/17
repost [3] 29/9 31/9 31/10
represent [6] 7/23 8/2 8/23 9/1 12/22 15/22
representative [1] 14/2
representing [1] 5/7
represents [1] 11/16
request [3] 7/19 23/1 24/5
requested [3] 27/13 34/17 37/8
requesting [2] 9/10 27/18
requests [1] 15/13
respective [1] 37/15
respond [4] 18/11 34/13 34/16 34/18
Response [1] 28/15
restraining [4] 1/17 3/3 12/9 27/13
restriction [1] 7/11
review [3] 33/22 33/24 34/2
reviewing [1] 36/8
right [12] 6/20 11/6 11/24 12/22 13/17 13/21 17/10 21/17 27/16 28/21 30/7 34/16
rule [5] 25/24 33/16 33/17 36/8 36/11
ruling [4] 32/19 34/12 34/16 36/11
rulings [1] 22/2
RUSSEL [5] 1/5 1/13 2/13 5/1 5/18

S

said [12] 13/19 17/22 18/21 23/15 23/19 25/4 32/4 32/7 33/12 34/16 34/19 35/3
sale [5] 20/2 27/24 28/7 28/11 30/16
same [6] 6/14 6/15 6/19 22/10 22/12 22/14
San [2] 2/4 2/10
say [7] 6/25 12/20 15/1 20/12 31/18 33/8 33/13
saying [6] 14/5 14/24 31/2 32/18 33/11 35/25
says [3] 8/7 13/8 31/8
SBOT [1] 2/9
scheduled [4] 6/19 23/22 25/2 26/13
scope [1] 30/24
se [3] 2/6 8/10 8/21
seat [1] 5/10
seated [1] 4/6
second [2] 6/18 15/25
SECURITY [15] 1/5 1/12 2/12 4/25 9/17 11/13 13/24 17/11 17/22 19/10 19/19 21/12 24/10 27/9 35/17
see [11] 5/16 7/18 16/12 22/3 23/3 32/12 32/23 35/19 36/3 36/9 36/11
seeking [1] 22/4
seems [1] 21/6
seen [1] 6/16
sell [6] 14/2 18/11 19/5 20/12 30/13 35/8
seller [1] 19/18
sense [1] 15/6
sent [2] 28/25 29/23
September [3] 18/5 18/21 27/23
September 28th [1] 27/23
set [12] 11/12 16/2 17/9 22/16 23/16 24/4 31/4 31/13 31/15 31/17 31/19 32/18
settle [1] 21/15
she [8] 16/11 16/12 28/20 32/18 32/19 32/23 32/24 32/25
she's [8] 19/17 32/20 32/24 33/2 33/6 33/7 33/8 33/12
Sheer [1] 35/14
shopping [4] 22/7 22/9 24/13 25/13
short [2] 14/13 35/17
should [3] 20/1 23/1 25/3
shouldn't [1] 24/2
shows [1] 29/21
Shuchart [1] 1/22

S
sign [1] 13/20
signature [3] 8/20 8/23 31/1
signed [5] 9/22 13/17 17/14 28/17 32/8
simply [2] 20/1 27/18
since [5] 6/20 14/22 19/16 30/3 31/12
sincerely [1] 35/9
single [2] 31/20 32/4
sir [5] 4/7 8/3 11/22 25/23 35/3
sit [3] 9/3 26/1 26/2
situation [5] 9/4 11/20 19/25 22/7 24/1
so [66]
sold [6] 12/15 19/18 19/21 20/6 20/20 35/24
solution [1] 20/1
some [1] 31/19
somebody [2] 6/4 24/23
something [2] 14/5 31/21
sorry [8] 4/12 4/19 5/9 7/9 13/18 15/16 26/8 26/25
sort [3] 13/2 17/3 31/21
sorts [1] 13/20
sought [2] 9/8 15/9
speak [2] 24/23 36/1
speaking [1] 4/18
spec [2] 19/20 20/3
special [1] 21/18
standing [6] 9/2 10/6 11/21 24/13 24/25 26/9
start [1] 13/1
started [1] 32/2
starting [1] 4/4
state [17] 1/5 1/12 2/12 4/3 4/25 9/17 13/24 17/11 17/22 19/10 19/19 21/12 24/10 27/9 35/17 36/16 37/5
states [1] 11/13
status [1] 29/22
Staub [7] 4/9 4/15 24/8 26/9 26/18 26/18 27/6
stay [3] 4/6 28/4 28/6
staying [1] 7/5
stays [1] 33/14
stenotype [1] 1/24
stick [1] 12/25
still [1] 33/9
stop [1] 6/18
stopped [1] 32/4
Straub [3] 2/7 26/16 26/17
Street [1] 2/4
strictly [1] 12/25
structure [1] 10/1
stuff [1] 21/22
styled [1] 37/10
subject [1] 25/15
submitted [2] 34/11 34/17
substitute [4] 1/13 5/1 27/24 29/18
sufficiently [1] 13/13
Suite [1] 2/11
sure [5] 7/18 17/1 21/23 29/14 33/15

T
table [1] 4/7
take [6] 18/2 18/11 18/12 21/8 21/12 36/2
taking [2] 5/10 26/10
talk [2] 11/18 21/17
talked [2] 10/23 28/22
talking [3] 7/8 15/13 29/10
talks [1] 29/9
Telephone [3] 2/5 2/12 37/24
tell [4] 6/17 12/4 12/5 23/23
temporary [4] 1/17 3/3 12/9 26/12
testified [1] 18/4
testify [1] 16/16
testimony [7] 13/23 18/13 19/2 19/23 20/19 20/23 35/19
TEXAS [11] 1/4 1/11 1/23 2/4 2/11 28/12 37/1 37/5 37/21 37/23 37/24
than [1] 30/4
Thank [3] 26/1 36/12 36/13
that [170]
that's [39]
their [7] 12/5 18/22 22/15 25/19 30/12 31/6 34/21
them [11] 8/8 8/23 14/8 18/11 19/5 19/11 22/3 31/7 35/7 35/7 35/10
then [16] 6/12 10/4 15/23 16/1 16/14 17/13 19/22 23/1 23/21 24/23 27/24 27/25 28/1 28/9 29/8 33/14
Then MCITBE [1] 15/23
there [33] 6/10 6/11 6/13 7/3 7/4 7/7 10/12 10/14 10/19 11/11 12/19 13/12 15/8 15/10 15/14 15/14 16/9 17/8 17/21 18/15 18/19 20/1 20/2 20/23 20/24 21/6 22/16 23/1 25/3 27/20 29/12 30/15 32/5
there's [21] 6/1 6/2 6/3 7/10 11/11 15/18 17/5 19/5 20/9 21/3 21/21 21/23 22/18 23/11 24/21 24/25 26/11 26/12 30/21 31/1 33/15
these [6] 18/7 19/6 24/2 30/15 31/4 33/3
they [44]
they've [3] 13/25 19/25 31/2
thing [8] 11/22 13/6 15/1 30/16 31/21 33/20 35/11 35/15
things [10] 20/25 21/4 27/6 29/8 29/22 30/19 33/7 33/25 34/11 35/2
think [8] 7/14 8/10 17/18 18/18 24/12 33/10 33/20 35/10
third [1] 16/1
this [69]
those [3] 13/20 29/22 34/2
though [1] 24/11
three [4] 15/18 25/17 29/8 30/9
threshold [1] 8/17
through [4] 17/3 22/3 23/2 23/3
TI [10] 16/3 16/3 16/4 17/9 22/16 23/16 23/22 25/2 25/16 31/18
time [11] 7/15 14/13 23/22 27/20 28/9 31/19 31/20 32/4 33/21 33/22 36/10
times [2] 33/2 35/22
title [14] 11/3 11/6 14/3 18/23 19/4 19/21 19/22 20/5 20/6 20/9 20/13 20/19 20/21 20/22
titled [1] 1/20
today [7] 9/10 16/17 16/25 21/19 23/5 23/12 26/15
Today's [1] 36/14
told [4] 25/17 25/24 30/14 31/5
tomorrow [7] 6/19 7/11 12/13 17/5 32/20 33/11 33/17
tonight [2] 33/16 34/6
took [5] 13/23 17/12 21/1 25/21 35/22
tortured [1] 7/1
total [1] 37/16
towards [1] 21/5
transcription [1] 37/7
TRAVIS [2] 1/6 10/19
trespass [1] 11/5
TRIAL [2] 1/2 1/8
TRO [29] 5/19 5/20 5/24 6/11 6/18 11/11 13/25 14/10 15/8 15/8 15/20 15/23 15/25 16/1 17/15 20/24 23/3 23/11 23/16 24/5 24/18 24/20 24/22 25/4 26/4 26/10 26/11 26/16 27/18
TROs [1] 30/9
true [4] 20/8 20/13 20/15 37/7
truly [1] 37/14
TRUST [4] 1/5 1/13 2/12 4/25
trustee [3] 1/13 5/1 27/24
try [3] 11/6 11/24 35/6
trying [4] 11/19 15/1 32/2 34/23
two [7] 6/1 6/2 18/10 27/20 30/9 31/7 33/7
two-week [1] 31/7

U
unauthorized [1] 7/22
under [3] 11/25 18/4 18/14
understand [7] 4/13 7/18 8/2 11/7 13/3 25/10 32/7
unfortunately [2] 17/15 19/10
Unit [1] 2/4
universe [2] 21/4 26/24
until [5] 14/14 23/4 23/21 28/2 33/19
up [9] 16/15 17/15 25/20 26/24 27/2 27/2 30/2 30/17 31/17
upon [1] 24/24
us [3] 28/18 31/19 35/1

V
vacated [2] 15/20 15/25
valid [1] 30/22
valid contract [1] 30/22
VARGO [12] 1/6 10/19 10/25 11/4 11/14 18/3 18/4 18/8 18/8 19/6 19/12 21/2
very [1] 19/15
void [1] 28/7
VOL [1] 3/4
volume [3] 1/1 3/2 37/9
VOLUMES [1] 1/1
vs [2] 1/4 1/11

W
want [18] 8/14 8/19 9/9 16/20 16/24 20/2 23/23 24/4 27/2 33/22 34/9 34/10 34/24 35/4 35/6 35/7 35/15 35/23

W

wanted [3] 18/18 29/14 34/18
was [42]
wasn't [6] 14/24 14/24 16/14 18/19 25/11 25/13
way [4] 14/23 30/21 31/12 35/18
we [22] 7/18 10/23 11/5 15/12 16/3 21/17 22/6 28/22 28/23 28/24 29/2 30/9 32/1 32/2 32/3 32/23 33/12 33/16 33/19 34/23 35/8 36/11
we'll [2] 7/16 36/11
we're [1] 11/20
we've [6] 16/17 17/2 30/9 30/9 31/18 31/20
weeds [1] 7/17
week [1] 31/7
weekend [1] 32/15
weeks [1] 25/20
well [18] 4/22 6/4 6/25 7/15 7/23 8/6 12/18 15/10 16/17 20/6 20/8 20/11 20/18 22/20 26/23 30/11 34/5 35/20
went [5] 16/1 28/3 28/23 29/21 29/21
were [6] 20/25 22/25 28/1 28/24 29/23 37/12
what [37] 4/16 4/17 5/11 6/15 6/17 7/16 9/6 9/9 9/14 9/25 10/22 10/24 11/13 11/20 11/20 15/1 17/13 18/20 20/18 23/19 24/7 25/16 25/24 26/20 29/22 31/5 31/5 32/11 32/20 32/23 32/23 34/9 34/17 34/19 34/22 36/3 36/11
what the [1] 11/20
what's [4] 5/16 7/18 16/25 33/24
when [10] 13/16 13/20 16/3 17/14 17/24 18/10 18/19 19/12 35/17 35/22
where [8] 14/1 16/15 17/6 18/14 19/10 21/17 22/17 29/21
whether [3] 11/24 20/9 23/4
which [14] 7/22 11/25 12/18 13/10 14/7 15/7 16/8 16/16 26/5 28/18 28/18 29/9 30/18 37/11
while [5] 14/1 27/1 27/2 28/20 29/10
who [13] 5/7 9/14 9/22 10/20 11/23 16/11 19/6 19/12 20/2 22/14 22/15 24/8 29/21
who's [1] 8/11
whole [1] 21/3
why [8] 9/3 12/7 12/7 21/18 27/13 34/8 35/23 36/6
wild [2] 35/23 35/25
will [15] 7/14 22/2 22/18 24/6 24/19 25/24 25/25 27/2 31/5 31/6 33/18 34/1 36/1 36/9 36/10
willing [1] 24/19
wipe [1] 30/18
wipes [1] 12/13
within [1] 28/12
without [2] 17/20 17/21
Wizard [1] 16/12
word [2] 3/10 36/2
world [1] 35/11
would [33] 5/22 8/12 12/18 13/14 14/9 14/10 15/1 20/21 22/23 23/3 23/5 23/12 23/13 23/16 23/21 28/4 28/7 28/8 28/11 29/4 29/5 29/7 29/15 29/19 31/6 32/23 33/17 35/11 35/12 35/15 35/15 35/16 35/23
would like [1] 29/19
wouldn't [2] 27/20 28/12
writing [1] 37/8

Y

year [3] 6/24 32/3 32/5
yes [30] 5/13 5/17 7/25 8/4 8/15 8/16 8/18 9/11 10/14 10/18 12/24 13/4 14/16 15/5 17/4 17/8 21/9 21/20 25/25 26/3 26/4 26/14 26/22 26/25 27/15 27/17 29/5 30/6 35/4 36/5
yesterday [1] 32/14
yet [3] 18/7 20/17 30/2
you [92]
you'd [1] 15/24
you're [1] 22/20
you've [4] 8/20 24/1 25/16 31/17
your [91]
yourself [1] 8/20