***REPORTER'S RECORD***
***VOLUME 2 OF 2 VOLUMES***
***TRIAL COURT CAUSE NO. 2026-22035***

| | | |
|---|---|---|
| ***MCITBE, LLC*** | ) | ***IN THE DISTRICT COURT*** |
| | ) | |
| ***vs.*** | ) | ***HARRIS COUNTY, TEXAS*** |
| | ) | |
| ***RUSSEL GRIBBLE; SECURITY STATE BANK AND TRUST; AND TRAVIS VARGO*** | ) | ***61ST JUDICIAL DISTRICT*** |

***TRIAL COURT CAUSE NO. 2026-82933***

| | | |
|---|---|---|
| ***ALI CHOUDHRI, DERIVATIVELY ON BEHALF OF JETALL/CROIX PROPERTIES, LP*** | ) | ***IN THE DISTRICT COURT*** |
| | ) | |
| ***vs.*** | ) | ***HARRIS COUNTY, TEXAS*** |
| | ) | |
| ***SECURITY STATE BANK AND TRUST AND RUSSEL GRIBBLE, SUBSTITUTE TRUSTEE, AND JETALL/CROIX PROPERTIES, LP*** | ) | ***61ST JUDICIAL DISTRICT*** |

---

TEMPORARY RESTRAINING ORDER

---

On the 3rf day of November, 2026, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable Lee Kathryn Shuchart, Judge Presiding, held in Houston, Harris County, Texas.

Proceedings reported by computerized stenotype machine.



Exhibit M

***A-P-P-E-A-R-A-N-C-E-S***

***ALI CHOUDHRI***
4521 San Felipe Street, Unit 3201
Houston, Texas 77027
Telephone: (281) 630-6627
E-mail: ali@jetallcapital.com
***PRO SE***

***JAY JOHNSON***
***Counsel appearing on behalf of Derek Straub, Counsel for MCITBE, LLC***

***JIM AYCOCK***
SBOT NO. 24034309
THE AYCOCK LAW FIRM
5850 San Felipe
Suite 500, #1020
Houston, Texas 77057
Telephone: (254) 253-5460
***Counsel for Defendants Security State Bank and Trust and Russel Gribble***

**I-N-D-E-X**

**VOLUME 2**

***Temporary Restraining Order***


| ***November 3, 2026*** | ***PAGE*** | ***VOL.*** |
|---|---|---|
| Appearances | 2 | 2 |
| Index | 3 | 2 |
| Proceedings | 4 | 2 |
| Court's Ruling | 10 | 2 |
| Court's Ruling | 11 | 2 |
| Court's Ruling | 22 | 2 |
| Proceeding concluded | 28 | 2 |
| Reporter's Certificate | 29 | 2 |
| Word Index | 30 | 2 |

**P-R-O-C-E-E-D-I-N-G-S**

THE COURT: We are on the record in the request for temporary injunction -- sorry, restraining orders in Cause No. 2026-22035, MCITBE, LLC v. Security State Bank and Trust; and Cause No. 2026-82933, Ali Choudhri v. Security State Bank and Trust.

Please state your appearances for the record, beginning with the plaintiff's counsel.

MR. JOHNSON: Jay Johnson here appearing for Derek Staub.

THE COURT: Derek Staub is not listed as counsel of record in this case.

MR. JOHNSON: He will -- I apologize, Your Honor. So, Your Honor, he's the one listed on all of the pleadings that I have -- here. And --

THE COURT: Well, he's never identified himself as counsel in this case. And the counsel in this case is still identified as Justin Peter Louis Rayome. And Mr. Rayome, as I understand it, is not making an appearance here today.

MR. JOHNSON: Yes, Your Honor. Then, I --

THE COURT: Do you have any communications with the attorney of record in this case?

MR. JOHNSON: I've been in communication

with Derek Staub, Your Honor.

THE COURT: Have you had any communications with the attorney of record in this case?

MR. JOHNSON: No, Your Honor.

THE COURT: All right. Thank you. All right, and --

MR. CHOUDHRI: Ali Choudhri for myself, Your Honor.

THE COURT: All right. Thank you.

MR. AYCOCK: Jim Aycock for the Security State Bank and Mr. Vargo.

THE COURT: This is the continuation of the record that we started yesterday. We have got about ten minutes to finish -- the completion of this hearing. At this time, it is my understanding that there was a Motion for Reconsideration in the bankruptcy court in the Northern District of Texas. And Cause No. -- in the federal bankruptcy case in the Northern District is In re MCITBE, LLC, Cause No. 2026-32580 NVL 11, Chapter 11. And I believe that there was a motion pending this morning in the bankruptcy court to consider the dismissal of the bankruptcy. Is that correct, sir?

MR. AYCOCK: Your Honor, the bankruptcy was previously dismissed on October 19th with prejudice to refiling and after finding of bad faith by Judge

Larson in the bankruptcy court, there was a -- over the weekend or late last week, there were motions to basically reconsider, alter, amend, strike that -- the rulings the court to try to basically stop the foreclosure there again.

Today, the Judge gave an oral order. I will just give the Court a very brief summary of it. She indicated that her decisions at the previous motion to dismiss have been made after a review of the full record. We had ample evidence presented. She's found -- today she mentioned that she found Mr. Choudhri's actions were specifically meant to delay and hinder its creditors. She said that there was no irreparable harm. And that Mr. Choudhri or any of his family members are free to bid on the sale if they want to protect interest. She's found no likelihood of success. She restated that she found that Mr. Choudhri was -- effort to hinder and to delay Security State Bank and to bottleneck State Court proceedings. And she was not going to put something in place that would cause Security State Bank to have to chase -- continuously chase those in her court. And she ended it by basically saying, if you want to protect your interest, put your money where your mouth is and bid on the foreclosure.

THE COURT: All right. Thank you. So in

other words, she denied the reconsideration.

MR. AYCOCK: She denied the reconsideration in whole. The bankruptcy is formally over. The stay is lifted. Your Honor, you know, at this point, you know, I don't want to rehash what we did yesterday. But there's just three basic points that I want to make, the Court should take in addition to taking Judge Larson's ruling. Keep in mind that Judge Larson has been dealing with this -- multiple hearings over many months of time. So she has heard everything Mr. Choudhri is going to tell you today about every bad thing I've ever done, the Bank's done. She's heard it all.

And so, Your Honor, the -- basically, we think that the application for TRO should be denied. There's a very simple procedural mechanism for you to deal with, which I will deal with first, and then the substantive. If you look at the MCITBE's application for TRO, it claims to be supported by Exhibit L, which is the declaration of Carl Cox. [spelled phonetically] That declaration is not filed with the Court. There's no substance at all supporting the allegations made in the application. And without an affidavit proving up what they are saying is the basis for their request for a temporary relief or temporary injunction or temporary

restraining order, without that evidence in the record, there can be no finding by this Court that there is a probable right to relief. And there can be no finding that there's irreparable harm because there is no evidence supporting that in the Court's record at this time.

Also, part of the pleadings that the application is based on is lack of notice. We provided the Court yesterday with evidence that we did provide notice. So that argument fails, as well.

The -- one of the exhibits that was filed was Exhibit M, which this is their exhibits, which is a purported contract to sell the property. Now that I have had a chance to actually see it, it's not authenticated because there's no Exhibit L to authenticate it. So we don't know if it's just created out of whole cloth or not. It's not signed by the plaintiff. It's not -- so it's not a binding contract. It's not escrowed with any --

THE COURT: When you say plaintiff, you are referring to MCITBE, correct?

MR. AYCOCK: Yes, correct. It's not escrowed. There's no title company mentioned. There's no escrowed stamp. There's no deposit with an escrow company. It actually says that the earnest money will

go to Ms. -- will go to the seller, MCITBE, which is very odd.

And then finally, Your Honor, you heard yesterday from Mr. Choudhri that there's such a cloud on title that this property cannot be sold and that there's no way a title company is going to insure it. Which means that this sale that he's basing -- that he's basing this request for relief on cannot possibly go through. And if that's the case, then putting an injunction in place to put a sale to stop -- to try to sell a property that he's already admitted can't be sold doesn't make any sense whatsoever.

And then finally, Your Honor, you get to the whole point of, they have to be able to show that there's a probable right, a relief, against my client for the things that have been alleged in the lawsuit, and again, without Exhibit L, there's no support for those. We just have -- we just have pleadings. That's all we have. And as the Court knows, pleadings cannot be evidence.

THE COURT: So, this is specifically as to the Cause No. 2026-22035 request made by MCITBE, LLC. I note that counsel of record is not entered -- is not appearing today. The attorney who requested the temporary injunction hearing that we discussed

yesterday, which is scheduled for September -- sorry, November the 19th, in the 129th, was set by Derek Ryan Staub, who is not counsel for anyone in this case.

There was a TRO originally granted in this cause number on April the 2nd. TRO was granted. On April 14th 2026, the TRO extension is denied. On May the 5th, a separate TRO was granted again. Another one was filed on May 27th, and that TRO was denied. Also it's been advised that there was an ancillary proceeding during the time when Judge Gomez, who is from the 129th, proceeded involving Mr. Choudhri and his property and at that time the bankruptcy was pending, but that there was an attempt to make a TRO at that time about, I think it was in October, while the bankruptcy was pending. And Judge Gomez deferred ruling in that particular case because of the pendency of the bankruptcy. Noting that the prior request, multiple requests for TRO in the MCITBE, LLC case have been denied. And that MCITBE was the subject of the bankruptcy that we referred to earlier and ordered by Judge Larson. And that there's been no change in circumstances despite the pendency of multiple months since the original TRO was granted in that cause number. That the TRO in this case is denied.

Also understand that there was some issues with regard to any proper service while Mr. Vargo

was the receiver, who was appointed in yet another court in Harris County to serve as a receiver in this case that there was some, again, multiplicity of lawsuits overlapping relating -- ended up without going to the proper appellate channels and mandamus channels with regard to the original receivership orders. So for those reasons, I'm denying the request for temporary restraining order in Cause No. 2026-22035.

We also had extensive discussions and I explained yesterday to Mr. Choudhri in Cause No. 2026-82933 that he did not have standing to make the request for the temporary injunction, that he was potentially getting engaged in the illegal practice of law, that the case should have been referred to -- back to the 129th where these issues were already pending, as well as to the other court in Harris County where the receivership originated and that there was no proper procedure filed in regard to those.

But there has been multiple attempts to delay the process here. And accordingly in this regard, the request for temporary restraining order in Cause No. 2026-82933 is also denied.

MR. AYCOCK: Thank you, Your Honor.

THE COURT: Anything further?

MR. CHOUDHRI: Your Honor, may I just be

heard, please?

THE COURT: Well, we heard you pretty extensively yesterday. You don't have any standing to talk in Cause No. 2026-22035. And you are -- that's -- they're represented by counsel who is not here today. And --

MR. CHOUDHRI: So, Your Honor, there's been very disingenuous statements made. Number one, Your Honor, I have not been in front of Judge Gomez in October for this property or any kind of TRO --

THE COURT: I didn't say in October. I said I believe it might have been October. But yes --

MR. CHOUDHRI: So for this property, there's been no TRO in October. This is my home, my residence. That's a different -- let me just explain, Judge, please.

THE COURT: Judge Gomez, I just spoke with him personally this morning. He advised me that the hearing that you held with him you specifically -- that it was your homestead.

MR. CHOUDHRI: Not this property. Where I live --

THE COURT: Oh, it was another --

MR. CHOUDHRI: No, no, no. Wait a second.

THE COURT: No, no, no, no, no. Mr. Choudhri. No, we're not going to --

MR. CHOUDHRI: Your Honor, I'm not trying to -- I went in front of Judge Gomez for where I live, 4521 San Felipe. This property is 2232 Swift, which is a different entity owned by my mom, MCITBE, that is in this case. I just want to clarify, Judge.

THE COURT: Then you have no standing whatsoever because you said that you were here on behalf of derivative defendant, Jetall --

MR. CHOUDHRI: Yes, Your Honor, if you would, I filed a response. He had filed a response to the TRO and a plea to the abatement. And you had made some statements yesterday which I took -- which where you felt that we may be forum shopping, number one. And number two, that I didn't have standing.

So Your Honor, what I did is I do have this PowerPoint in a supplemental briefing that I did file this morning. And I just wanted to mention, Your Honor, first of all, I'm okay consolidating the case into -- that is a case between MCITBE and Security State Bank. There was a TRO granted on May the 5th. There is a TI scheduled on November 19th. On April 23rd in their pleadings, they state I'm not in control of Jetall/Croix. I'm not in control of MCITBE. My mom is

not in control of MCITBE. Mr. Vargo is. That's their contention. They have now abandoned that recently.

Just a couple of -- just recently. But their contentions in their pleadings which I have attached, Your Honor. The loan is not due until July, 2028. This property has value. The question is who owns. Does MCITBE own it? Or does Jetall/Croix own it? Who controls it? They put those issues in front of the pleadings themselves that's going to be decided in Judge Gomez's court.

In the interim, they -- the property can't -- yes, the -- yes, the title is clouded. They confess in their deposition that the property can't be sold because the title is clouded. It's not marketable. Yet, they contend that -- their pleadings that MCITBE or Jetall/Croix is not in control of the property. Mr. Vargo is. Yet, the order, the receivership states expressly it excludes LLC interest. They have now conceded that recently.

So what -- what is completely unfair is that you have someone who hijacks these LLCs. There's dozens of them. And Mr. Vargo has. And that's why there's -- I would just implore Your Honor to -- that SSB has kept its own evidence for the -- its corporate rep refused more than 200 questions in the deposition.

The sale can't be undone. SSBT loses nothing by waiting until November 9th.

The tax value itself in the property is $2.75 million. They are owed significantly less, less than $2 million. And the equity will be gone. There would be a deficiency. Why I have standing -- because this bothered me. Because I don't want to practice law without a license. That's the last thing I'm going to do. So I can appear pro se if every party can prosecute its own right in person under Texas Rule of Civil Procedure 7. And I've stated, Your Honor, because I can sue the partnership when the general partner cannot or will not act under the Business Organization Code. And the reason is Mr. Vargo claims he's in control of MCITBE and Jetall/Croix. So that's why I brought a derivative pro se on behalf of that. That's how I have standing, Your Honor.

THE COURT: You have a fundamental misunderstanding of the application of that law. But please, continue.

MR. CHOUDHRI: I'm not practicing law. I represent no one but myself. I do not sign or appear for Jetall/Croix, MCITBE, or anyone else. I agree to consolidation to the MCITBE case. I have no problem. We want to have an evidentiary hearing. We've never had

that. And the -- any party to suit may appear to prosecute or defend his rights either in person or by attorney of --

THE COURT: And since the pleadings in the case in the 129th, that request for temporary injunction when it was filed back in May, you had over six months where you could have -- where the attorney of record or the appropriate party could have made a request for a hearing, but that was never done until recently.

MR. CHOUDHRI: So, Your Honor, what they have done is they filed papers saying that we don't -- the attorney cannot be hired by MCITBE because Mr. Vargo is in control. And Jetall/Croix is in control by Mr. Vargo. Yet, Mr. Vargo has testified as of September 23rd, the opposite. Because the charging -- the receivership order says that he has a charging order only. And so it's -- it's -- it's Mr. Aycock who's filed pleadings on April 23rd in that case. And on May 5th, there was a TRO that was granted, Your Honor. And there wasn't any other TRO after that.

Subsequently, MCITBE filed bankruptcy. They took a position at the bankruptcy court that MCITBE doesn't own it because of foreclosure --

COURT REPORTER: Slow down.

MR. CHOUDHRI: -- sorry. The foreclosure was no good. And so Jetall/Croix owns it. And then Mr. Vargo takes a position that he's in control of Jetall/Croix. That's why the derivative filing, Your Honor.

And so what I'm doing, I'm appearing on my own name as plaintiff. What I'm not doing, appearance for Jetall/Croix as an attorney. What I'm doing is --

THE COURT: Pleadings on file in this Court with regard to Cause No. 2026-82933 says that you're appearing derivatively as Jetall/Croix and you do not have any right to do so.

MR. CHOUDHRI: Your Honor, as a limited partner, I have the right under the business code to -- for -- individually and take a derivative -- I really --

THE COURT: That is a fundamental -- as I said, misreading and misunderstanding of what that statute means. And you are taking it all completely --

MR. CHOUDHRI: I just --

THE COURT: You do not have authority. You may have authority to retain or to hire or to initiate through an appropriate counsel, but you do not have the ability to prosecute that on behalf of the LLC.

MR. CHOUDHRI: But when, Your Honor, when

the LLC will not because of the situation --

THE COURT: I'm not -- I'm not going to argue with that -- with you, sir. We have been around that thing.

MR. CHOUDHRI: Yes -- I --

THE COURT: Move on. If you have other things that you want to say, I'm letting you speak just out of the courtesy to you, sir.

MR. CHOUDHRI: Thank you, Your Honor.

THE COURT: But I've already ruled that you do not have standing to have brought the lawsuit that you have filed here. Okay?

MR. CHOUDHRI: So the plaintiff must be a limited partner when the conduct occurred and when the suit -- petition must -- the -- and the record, limited partner Jetall/Croix continuously since -- I've been since January -- June 2010. And the record -- the petition Paragraph 11 gives three specific reasons. A demand would not succeed before the sale. Any discovery doesn't go to me. It goes to Jetall/Croix. I'm not recovering for myself. I'm recovering through the partnership. The petition must state the effort made and why none was made under the Statute 153.403, where I stated in the petition, Paragraph 11.

In the Government Code 81.101 defines

practice of law as on behalf of a client. I have no client. I'm appearing on my own behalf as Rule 7 permits.

A derivative plaintiff sues in his own name. The statute gives the right of action to the limited partner. I'm that partner. I signed that petition only for myself. And as far as -- this is not forum shopping. The interest is MCITBE, you know -- the cause number in this case, in their case, says MCITBE titled -- the foreclosure is in the second lien. They're contending Jetall/Croix is the title owner as of recently, which is what they've told the bankruptcy court. And that's where -- where -- so SSB is right. I don't know if they are. Jetall/Croix owns the property and no one is protecting it.

The maturity loan is 2028. And the company agreement allows me to -- as a -- the SSB's officer swore -- the documents. They've also testified under oath that they never had an offer or someone who come in and re-fi. We had groups coming and re-fi the property to take the amount of the loan. And they testified under oath that they never had received any offers. Yet, there are documents that show -- that those offers were made by bona fide lenders. And there's a declaration attached.

Furthermore, my mom's lawyer, Lori Hood, contacted Mr. Vargo and said, Enough with the shenanigans. What's owed? Tell us what's owed.

That's one of the declarations. And Mr. Vargo says, I'm not -- show me where in the Court's order I'm required to tell you what's owed.

Well, what does MCITBE owe you?

I'm not going to tell you.

That's what they say. So we are trapped. Right. Mr. Vargo is contending he's in control of these entities. They're contending that I'm not in control of borrower. They won't communicate with me because they don't recognize me as the manager of the borrower, they recognize Mr. Vargo. Yet, they backed out of that position recently because the order says the opposite. They chose to believe what Mr. Vargo represented to them. And that's the fundamental problem.

It's two: Who controls the entity? And two, who owns the property? Is it MCITBE? Or is it Jetall/Croix? And there are many cases, Your Honor, because Mr. Vargo's contended he's in control of all of these LLCs where he has a charging order only. He just gets distributions and which underlying judgment is on appeal. And we have attempted to pay. He's also collected and not given an accounting or given the

payoff.

And he's literally terrorized, not just me, but my mom's company, and all these other -- and I did convince my mom's company to sell the property to Jetall/Croix three years ago. And Security State Bank also had a relationship and ensured that it would be safe. And now, when the property needs to be sold, there should be some cooperation and just a solution. And the solution is that the property gets sold. Everyone gets paid. And they go down the road, Your Honor.

So I would -- just, you know, and I agree to consolidate. This is not a -- this is not a forum shopping in any way whatsoever. And I was in front of Judge Gomez in October for my home. And this is not my home. I've never contended this is my home. This property is a spec home that was built to be sold. The title was clouded and Security State Bank before the loan went into any kind of default, they communicated with the group that's gone around and clouding title and then they contacted the lender to buy the loans at discounts, to wipe out equity. And this has been a pattern, not just once but many, many occurrences that have happened over and over again.

And so there's never been an evidentiary

hearing. I will just implore you, Your Honor, to please -- there's no harm. There's a TI setting. I can consolidate. I'm not trying to duplicate litigation. We have tried to get Mr. Vargo paid. We have tried to get Security State Bank refinanced and paid, as well.

There's just some practical things that have to be done. And if they are part of the problem and not cooperating and not part of the solution, then that makes it difficult. Their position is the foreclosure will wipe everything out. And -- and that's it.

That's -- and when Mr. Vargo has frozen accounts, my accounts and my mom's accounts with her social security funds. And he's done it ultra vires. There's a bunch of ultra vires acts that have been done. And it's not just. It's not justful [sic] at all.

And, you know, I know there's maybe a narrative or something that he mentions or there's a belief, but I sincerely tell you that if you actually look at what the order says, and what the facts are, and when you look at the evidence, and the testimony, you will see. I'm not making any of this up. It's absolutely true.

Mr. Vargo just -- all these entities, clouded title, and he's benefiting one group that is

basically -- and he refuses to provide a payoff. And he refuses to get paid on this receivership that he's going in, you know --

THE COURT: That's an issue for the Court, not issue for the receivership.

MR. CHOUDHRI: Your Honor, there was a motion for transfer. That motion hasn't been ruled on. There's pending motions in front of Judge Gomez. And there is a TI that's set.

THE COURT: The receivership as I understand it, it was not issued by Judge Gomez's court. And I strictly contacted Judge Gomez with regard to --

MR. CHOUDHRI: Judge Gomez didn't issue the receivership, I agree.

THE COURT: -- I believe it's another case.

MR. CHOUDHRI: Yes.

THE COURT: And the issues with the receivership need to be addressed with the Court where the receivership order was entered.

MR. CHOUDHRI: I totally agree. Mr. Staub filed a motion for clarification. And there's been no ruling on that. But in the interim, the receiver is taking over my mom's LLCs and it's irreparable, Your Honor. I will just implore you --

THE COURT: You don't have standing to represent your mom or your mom's LLCs.

MR. CHOUDHRI: I'm not representing my mom's LLCs. I'm --

THE COURT: You talked about -- you just said, I implore you on behalf of the fact that they're trying to take my mom's companies and my mom's LLCs.

MR. CHOUDHRI: Well, it's because it affects me because here's the thing. If -- first, the Bank, there's a chart, right, the Bank gets paid. My mom gets her funds. And then I don't have a deficiency. And then I get some -- anything that's left over and then I don't have to worry about deficiency.

THE COURT: She's not here and her attorney is not here. So that's completely irrelevant to the case involving you. And that's the only thing that you have any potential right to talk about.

MR. CHOUDHRI: So Your Honor, could I make one request? One of the things that, you know, they said, unlike Rule 11, we won't go to the court, we'll come here. If there can -- if they have a window of like 10:00 to 1:00 to foreclose, if they can at least wait so I can discuss with counsel because if there's a bankruptcy that needs to be filed, certain actions that need to be done that aren't available, we have some

amount of time. I think Mr. Aycock yesterday said that he wouldn't mind doing --

THE COURT: Sir, I gave you my concerns last night about your motion that I specifically told you what I thought that I believe it should be denied based upon a number of jurisdictional and legal issues. And so there's times -- time to be -- for some other sort of remedial relief. You had time to do it since 5:00 o'clock yesterday afternoon.

So with that, I'm going to ask this gentleman -- and I apologize, I do not believe that you are properly here before the Court on behalf of LLC because the attorney who asked you to stand in for him was not designated as counsel in this case. However, if you have anything to say, I'm going to give you the opportunity to say it, relying on your good faith that you believe somehow that the person who sent you here, Mr. Staub, has some relationship to this case.

MR. JOHNSON: Yes, Your Honor. The only argument that I would actively make, Your Honor, is that even though counsel pointed out yesterday that the bankruptcy court gave them permission to post, the fact that he went back into the bankruptcy would have made it an automatic stay with the retaken in effect. Because the automatic stay would have retaken in effect, they

wouldn't have had time to actually make the curing portion of their actual post. They're contending that notice doesn't have to be given to MCITBE; however, even if notice isn't given, you have to give the appropriate amount of time to actually cure once you post for bankruptcy. Bankruptcy would have ended October 19th. That would have given them the 21 days required under Texas law to actively have the actual posting up and make --

THE COURT: Take a seat, sir.

MR. JOHNSON: -- for the actual case itself. So there wouldn't be incomplete compliance nor have the ability to foreclose today, Your Honor. That would be my argument.

MR. AYCOCK: The order yesterday specifically addresses approval of -- the bankruptcy because Judge Larson wanted us to be able to foreclose if she dismissed the case. You are welcome to call her and ask her if you would like to, but that was the ruling.

THE COURT: Mr. Choudhri, you are not a party to that lawsuit. Okay? We are specifically referring to Cause No. 2026-22035, MCITBE, LLC v. Security State and Trust. This gentleman is representing that he believes he's here on good faith --

some sort of counsel for that company. You have no standing to speak with regard to issues in that case in which you are not a party. Is that understood, sir?

MR. CHOUDHRI: Yes, Your Honor, it is. Thank you. I just --

THE COURT: I gave you the opportunity to speak in the case that you spoke that you filed yesterday.

MR. CHOUDHRI: Could they just wait an hour, Your Honor, since we are here?

THE COURT: That's entirely up to them. Okay?

MR. CHOUDHRI: I was under the impression, Your Honor, that -- I think it was reasonable that you said that you were granting it potentially. And then you decided -- and you let him post it and then that they can post it for December. And I thought that was -- I thought that was balanced and fair, Your Honor. You would just -- you have all the discretion in the world.

THE COURT: Not all of the discretion in the world but there's a good reason for that. Thank goodness. But I will tell you that after consideration, and I've told you last night, last thing that I told you was that I was going to read through what you have filed

because I had not had an opportunity to do so, which I did first thing this morning. I was here at 7:30 to do so. And I read through all of the things that were filed yesterday and --

MR. CHOUDHRI: Did you read what I filed this morning? Because I filed --

THE COURT: I did not. No. I saw that something had been filed, but I had other hearings, as you know --

MR. CHOUDHRI: Of course, and I was --

THE COURT: Excuse me.

MR. CHOUDHRI: Sorry. I will be quiet. Sorry.

THE COURT: Yes, you will. And after reviewing the entirety of the file, and after speaking with Judge Gomez about the case pending in his court, and after hearing the information with regard to what Judge Larson had to say this morning, I don't feel that a further delay is warranted in this situation. So that is the basis among others for my decision.

MR. AYCOCK: Thank you, Your Honor. May we be excused?

THE COURT: At this time we are concluded.

(Proceedings concluded.)

STATE OF TEXAS

COUNTY OF HARRIS

I, Jessica Chang, Official Court Reporter in and for the 61st District Court of Harris, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record is $_______ and was paid by ________________________.

/s/Jessica Chang
Jessica Chang, CSR
Texas CSR 8971
Official Court Reporter
61st District Court
Harris County, Texas
201 Caroline, 9th Floor
Houston, Texas 77002
Telephone: (832) 927-2627
Expiration: 10/31/2028

COURT REPORTER: [1] 16/25
MR. AYCOCK: [7] 5/10 5/23 7/2 8/22 11/23 26/15 28/21
MR. CHOUDHRI: [30]
MR. JOHNSON: [7] 4/9 4/13 4/21 4/25 5/4 25/19 26/11
THE COURT: [43]

$

$2 [1] 15/5
$2 million [1] 15/5
$2.75 [1] 15/4

.

..........................................3 [1] 3/6
...................................2 [1] 3/5
...................................30 [1] 3/13
...................................4 [1] 3/7
................................10 [1] 3/8
................................11 [1] 3/9
................................22 [1] 3/10
...........................28 [1] 3/11
.........................29 [1] 3/12

/

/s/Jessica [1] 29/20

1

10/31/2028 [1] 29/25
1020 [1] 2/10
10:00 [1] 24/22
11 [5] 5/19 5/19 18/18 18/24 24/20
129th [4] 10/2 10/10 11/15 16/5
14th [1] 10/6
153.403 [1] 18/23
19th [4] 5/24 10/2 13/23 26/6
1:00 [1] 24/22

2

200 [1] 14/25
201 [1] 29/23
2010 [1] 18/17
2026 [3] 1/19 3/4 10/6
2026-22035 [2] 1/2 12/4
2026-82933 [1] 1/8
2028 [3] 14/6 19/16 29/25
21 [1] 26/7
22035 [6] 1/2 4/4 9/22 11/8 12/4 26/23
2232 [1] 13/5
23rd [3] 13/23 16/16 16/19
24034309 [1] 2/9
253-5460 [1] 2/11
254 [1] 2/11
2627 [1] 29/24
27th [1] 10/8
281 [1] 2/4
2nd [1] 10/5

3

3201 [1] 2/3
32580 [1] 5/19
3rf [1] 1/19

4

4521 [2] 2/3 13/5

5

500 [1] 2/10
5460 [1] 2/11
5850 [1] 2/10
5:00 o'clock [1] 25/9
5th [3] 10/7 13/22 16/20

6

61ST [4] 1/6 1/14 29/5 29/22
630-6627 [1] 2/4
6627 [1] 2/4

7

77002 [1] 29/24
77027 [1] 2/4
77057 [1] 2/11
7:30 [1] 28/2

8

81.101 [1] 18/25
82933 [5] 1/8 4/5 11/11 11/22 17/11
832 [1] 29/24
8971 [1] 29/21

9

927-2627 [1] 29/24
9th [2] 15/2 29/23

A

abandoned [1] 14/2
abatement [1] 13/13
ability [2] 17/24 26/13
able [2] 9/14 26/17
about [8] 5/13 7/11 10/13 24/5 24/13 24/17 25/4 28/16
above [3] 1/20 29/6 29/10
above-styled [1] 29/10
above-titled [1] 1/20
absolutely [1] 22/23
accordingly [1] 11/20
accounting [1] 20/25
accounts [3] 22/13 22/13 22/13
act [1] 15/13
action [1] 19/5
actions [2] 6/12 24/24
actively [2] 25/20 26/8
acts [1] 22/15
actual [3] 26/2 26/8 26/11
actually [5] 8/14 8/25 22/19 26/1 26/5
addition [1] 7/7
addressed [1] 23/19
addresses [1] 26/16
admitted [1] 9/11
advised [2] 10/9 12/18
affects [1] 24/9
affidavit [1] 7/23
after [7] 5/25 6/9 16/21 27/23 28/14 28/15 28/17
afternoon [1] 25/9
again [5] 6/5 9/17 10/7 11/3 21/24
against [1] 9/15
ago [1] 21/5
agree [4] 15/23 21/12 23/14 23/21
agreement [1] 19/17
ali [5] 1/9 2/3 2/5 4/5 5/7
all [19] 4/14 5/5 5/5 5/9 6/25 7/13 7/22 9/19 13/20 17/19 20/21 21/3 22/16 22/24 27/19 27/21 28/3 29/7 29/11
allegations [1] 7/22
alleged [1] 9/16
allows [1] 19/17
already [3] 9/11 11/15 18/10
also [8] 8/7 10/8 10/24 11/9 11/22 19/18 20/24 21/6
alter [1] 6/3
amend [1] 6/3
among [1] 28/20
amount [3] 19/21 25/1 26/5
ample [1] 6/10
ancillary [1] 10/9
another [4] 10/7 11/1 12/23 23/15
any [18] 4/23 5/2 6/14 8/19 9/12 10/25 12/3 12/10 16/1 16/21 17/13 18/19 19/22 21/14 21/19 22/22 24/17 29/15
anyone [2] 10/3 15/23
anything [3] 11/24 24/12 25/15
apologize [2] 4/13 25/11
appeal [1] 20/24
appear [3] 15/9 15/22 16/1
appearance [2] 4/20 17/8
appearances [2] 3/5 4/7
appearing [6] 2/7 4/9 9/24 17/6 17/12 19/2
appellate [1] 11/5
application [5] 7/15 7/18 7/23 8/8 15/19
appointed [1] 11/1
appropriate [3] 16/8 17/23 26/4
approval [1] 26/16
April [4] 10/5 10/6 13/23 16/19
April 14th [1] 10/6
April 23rd [1] 13/23
are [20] 4/2 6/15 7/24 8/21 12/4 15/4 17/19 19/14 19/23 20/9 20/20 22/7 22/20 25/12 26/18 26/21 26/22 27/3 27/10 28/23
aren't [1] 24/25
argue [1] 18/3
argument [3] 8/10 25/20 26/14
around [2] 18/3 21/20
as [27] 4/11 4/17 4/18 4/19 8/10 9/19 9/21 11/2 11/15 11/16 16/15 17/7 17/8 17/12 17/14 17/17 19/1 19/2 19/7 19/7 19/11 19/17 20/13 22/5 23/10 25/14 28/8
ask [2] 25/10 26/19
asked [1] 25/13
attached [2] 14/5 19/25
attempt [1] 10/13
attempted [1] 20/24
attempts [1] 11/19
attorney [9] 4/24 5/3 9/24 16/3 16/7 16/13 17/8 24/15 25/13

A

authenticate [1] 8/16
authenticated [1] 8/15
authority [2] 17/21 17/22
automatic [2] 25/24 25/25
available [1] 24/25
AYCOCK [5] 2/8 2/9 5/10 16/18 25/1

B

back [3] 11/14 16/6 25/23
backed [1] 20/14
bad [2] 5/25 7/11
balanced [1] 27/18
BANK [14] 1/5 1/12 2/12 4/5 4/6 5/11 6/18 6/21 13/22 21/5 21/18 22/5 24/10 24/10
Bank's [1] 7/12
bankruptcy [20] 5/16 5/18 5/21 5/22 5/23 6/1 7/3 10/12 10/14 10/16 10/19 16/22 16/23 19/12 24/24 25/22 25/23 26/6 26/6 26/16
based [2] 8/8 25/6
basic [1] 7/6
basically [5] 6/3 6/4 6/22 7/14 23/1
basing [2] 9/7 9/8
basis [2] 7/24 28/20
be [35]
because [23] 8/4 8/15 10/16 13/9 14/14 15/6 15/7 15/11 16/13 16/16 16/24 18/1 20/12 20/15 20/21 24/8 24/9 24/23 25/13 25/24 26/17 28/1 28/6
been [21] 4/25 6/9 7/9 9/16 10/9 10/18 10/21 11/14 11/19 12/8 12/9 12/12 12/14 18/3 18/16 21/22 21/25 22/15 23/7 23/23 28/8
before [4] 1/21 18/19 21/18 25/12
beginning [1] 4/8
behalf [9] 1/9 2/7 13/9 15/16 17/24 19/1 19/2 24/6 25/12
belief [1] 22/19
believe [7] 5/20 12/12 20/16 23/15 25/5 25/11 25/17
believes [1] 26/25
benefiting [1] 22/25
between [1] 13/21
bid [2] 6/15 6/24
binding [1] 8/18
bona [1] 19/24
borrower [2] 20/12 20/13
bothered [1] 15/7
bottleneck [1] 6/19
brief [1] 6/7
briefing [1] 13/18
brought [2] 15/15 18/11
built [1] 21/17
bunch [1] 22/15
business [2] 15/13 17/15
buy [1] 21/21

C

call [1] 26/18
came [1] 1/20
can [10] 8/2 8/3 15/9 15/9 15/11 22/2 24/21 24/22 24/23 27/17
can't [4] 9/11 14/12 14/13 15/1
cannot [5] 9/5 9/8 9/19 15/12 16/13
Carl [1] 7/20
Caroline [1] 29/23
case [30]
cases [1] 20/20
cause [19] 1/2 1/8 1/21 4/4 4/5 5/17 5/19 6/20 9/22 10/5 10/23 11/8 11/10 11/21 12/4 17/11 19/9 26/23 29/11
certain [1] 24/24
Certificate [1] 3/12
certify [3] 29/6 29/13 29/16
chambers [1] 29/12
chance [1] 8/14
Chang [3] 29/4 29/20 29/21
change [1] 10/21
channels [2] 11/5 11/5
Chapter [1] 5/19
charging [3] 16/16 16/17 20/22
chart [1] 24/10
chase [2] 6/21 6/22
chose [1] 20/16
CHOUDHRI [12] 1/9 2/3 4/6 5/7 6/14 6/17 7/11 9/4 10/11 11/10 13/2 26/21
Choudhri's [1] 6/12
circumstances [1] 10/21
Civil [1] 15/10
claims [2] 7/19 15/14
clarification [1] 23/22
clarify [1] 13/7
client [3] 9/15 19/1 19/2
cloth [1] 8/17
cloud [1] 9/4
clouded [4] 14/12 14/14 21/18 22/25
clouding [1] 21/20
code [3] 15/13 17/15 18/25
collected [1] 20/25
come [2] 19/20 24/21
coming [1] 19/20
communicate [1] 20/12
communicated [1] 21/19
communication [1] 4/25
communications [2] 4/24 5/3
companies [1] 24/7
company [7] 8/23 8/25 9/6 19/17 21/3 21/4 27/1
completely [3] 14/20 17/19 24/15
completion [1] 5/14
compliance [1] 26/12
computerized [1] 1/24
conceded [1] 14/19
concerns [1] 25/3
concluded [3] 3/11 28/24 28/25
conduct [1] 18/14
confess [1] 14/13
consider [1] 5/21
consideration [1] 27/23
consolidate [2] 21/13 22/3
consolidating [1] 13/20
consolidation [1] 15/24
contacted [3] 20/2 21/21 23/12
contains [1] 29/6
contend [1] 14/15
contended [2] 20/21 21/16
contending [4] 19/11 20/10 20/11 26/2
contention [1] 14/2
contentions [1] 14/4
continuation [1] 5/12
continue [1] 15/20
continuously [2] 6/21 18/16
contract [2] 8/13 8/18
control [11] 13/24 13/25 14/1 14/16 15/14 16/14 16/14 17/3 20/10 20/11 20/21
controls [2] 14/8 20/18
convince [1] 21/4
cooperating [1] 22/8
cooperation [1] 21/8
corporate [1] 14/24
correct [4] 5/22 8/21 8/22 29/7
correctly [1] 29/14
cost [1] 29/16
could [4] 16/7 16/8 24/18 27/9
counsel [16] 2/7 2/7 2/12 4/8 4/12 4/17 4/17 9/23 10/3 12/5 17/23 24/23 25/14 25/21 27/1 29/9
COUNTY [7] 1/4 1/11 1/23 11/2 11/16 29/2 29/23
couple [1] 14/3
course [1] 28/10
court [34]
Court's [5] 3/8 3/9 3/10 8/5 20/5
courtesy [1] 18/8
Cox [1] 7/20
created [1] 8/16
creditors [1] 6/13
CROIX [18] 1/10 1/14 13/25 14/7 14/16 15/15 15/23 16/14 17/2 17/4 17/8 17/12 18/16 18/20 19/11 19/14 20/20 21/5
CSR [2] 29/21 29/21
cure [1] 26/5
curing [1] 26/1

D

day [1] 1/19
days [1] 26/7
deal [2] 7/17 7/17
dealing [1] 7/9
December [1] 27/17
decided [2] 14/9 27/16
decision [1] 28/20
decisions [1] 6/8
declaration [3] 7/20 7/21 19/25
declarations [1] 20/4
default [1] 21/19
defend [1] 16/2
defendant [1] 13/10
Defendants [1] 2/12
deferred [1] 10/15
deficiency [3] 15/6 24/11 24/13
defines [1] 18/25
delay [4] 6/12 6/18 11/20 28/19
demand [1] 18/19
denied [9] 7/1 7/2 7/15 10/6 10/8 10/18 10/23 11/22 25/5

D
denying [1] 11/7
deposit [1] 8/24
deposition [2] 14/13 14/25
Derek [5] 2/7 4/10 4/11 5/1 10/2
derivative [5] 13/10 15/15 17/4 17/16 19/4
derivatively [2] 1/9 17/12
designated [1] 25/14
despite [1] 10/21
did [9] 7/5 8/9 11/11 13/17 13/18 21/4 28/2 28/5 28/7
didn't [3] 12/11 13/16 23/13
different [2] 12/15 13/6
difficult [1] 22/9
discounts [1] 21/22
discovery [1] 18/19
discretion [2] 27/20 27/21
discuss [1] 24/23
discussed [1] 9/25
discussions [1] 11/9
disingenuous [1] 12/8
dismiss [1] 6/9
dismissal [1] 5/22
dismissed [2] 5/24 26/18
distributions [1] 20/23
DISTRICT [8] 1/3 1/6 1/9 1/14 5/17 5/18 29/5 29/22
do [14] 4/23 13/17 15/9 15/22 17/12 17/13 17/21 17/23 18/11 25/8 25/11 28/1 28/2 29/5
documents [2] 19/18 19/23
does [3] 14/7 14/7 20/7
doesn't [4] 9/12 16/24 18/20 26/3
doing [4] 17/6 17/7 17/9 25/2
don't [11] 7/5 8/16 12/3 15/7 16/12 19/14 20/13 24/1 24/11 24/13 28/18
done [8] 7/12 7/12 16/9 16/12 22/7 22/14 22/15 24/25
down [2] 16/25 21/10
dozens [1] 14/22
due [1] 14/5
duplicate [1] 22/3
during [1] 10/10

E
E-mail [1] 2/5
earlier [1] 10/20
earnest [1] 8/25
effect [2] 25/24 25/25
effort [2] 6/18 18/22
either [1] 16/2
else [1] 15/23
ended [3] 6/22 11/4 26/6
engaged [1] 11/13
Enough [1] 20/2
ensured [1] 21/6
entered [2] 9/23 23/20
entirely [1] 27/11
entirety [1] 28/15
entities [2] 20/11 22/24
entity [2] 13/6 20/18
equity [2] 15/5 21/22
escrow [1] 8/24
escrowed [3] 8/19 8/23 8/24
even [2] 25/21 26/3
ever [1] 7/12
every [2] 7/11 15/9
Everyone [1] 21/10
everything [2] 7/10 22/10
evidence [8] 6/10 8/1 8/5 8/9 9/20 14/24 22/21 29/8
evidentiary [2] 15/25 21/25
excludes [1] 14/18
Excuse [1] 28/11
excused [1] 28/22
Exhibit [4] 7/19 8/12 8/15 9/17
exhibits [3] 8/11 8/12 29/14
Expiration [1] 29/25
explain [1] 12/15
explained [1] 11/10
expressly [1] 14/18
extension [1] 10/6
extensive [1] 11/9
extensively [1] 12/3

F
fact [2] 24/6 25/22
facts [1] 22/20
fails [1] 8/10
fair [1] 27/19
faith [3] 5/25 25/16 26/25
family [1] 6/15
far [1] 19/7
federal [1] 5/18
feel [1] 28/18
Felipe [3] 2/3 2/10 13/5
felt [1] 13/15
fi [2] 19/20 19/20
fide [1] 19/24
file [3] 13/19 17/10 28/15
filed [19] 7/21 8/11 10/8 11/18 13/12 13/12 16/6 16/12 16/19 16/22 18/12 23/22 24/24 27/7 27/25 28/4 28/5 28/6 28/8
filing [1] 17/4
finally [2] 9/3 9/13
finding [3] 5/25 8/2 8/3
finish [1] 5/14
FIRM [1] 2/9
first [4] 7/17 13/20 24/9 28/2
Floor [1] 29/23
following [1] 1/19
foreclose [3] 24/22 26/13 26/17
foreclosure [6] 6/5 6/24 16/24 17/1 19/10 22/10
foregoing [1] 29/6
formally [1] 7/3
forum [3] 13/15 19/8 21/13
found [4] 6/11 6/11 6/16 6/17
free [1] 6/15
front [5] 12/9 13/4 14/8 21/14 23/8
frozen [1] 22/12
full [1] 6/9
fundamental [3] 15/18 17/17 20/17
funds [2] 22/14 24/11
further [4] 11/24 28/19 29/13 29/16
Furthermore [1] 20/1

G
gave [4] 6/6 25/3 25/22 27/6
general [1] 15/12
gentleman [2] 25/11 26/24
get [5] 9/13 22/4 22/5 23/2 24/12
gets [5] 20/23 21/9 21/10 24/10 24/11
getting [1] 11/13
give [3] 6/7 25/15 26/4
given [5] 20/25 20/25 26/3 26/4 26/7
gives [2] 18/18 19/5
go [6] 9/1 9/1 9/8 18/20 21/10 24/20
goes [1] 18/20
going [13] 6/20 7/11 9/6 11/4 13/2 14/9 15/8 18/2 20/8 23/2 25/10 25/15 27/25
Gomez [10] 10/10 10/15 12/9 12/17 13/4 21/15 23/8 23/12 23/13 28/16
Gomez's [2] 14/10 23/11
gone [2] 15/5 21/20
good [4] 17/2 25/16 26/25 27/22
goodness [1] 27/23
got [1] 5/13
Government [1] 18/25
granted [6] 10/4 10/5 10/7 10/22 13/22 16/20
granting [1] 27/15
GRIBBLE [3] 1/5 1/13 2/12
group [2] 21/20 22/25
groups [1] 19/20

H
had [19] 5/2 6/10 8/14 11/9 13/12 13/13 15/25 16/6 19/19 19/20 19/22 21/6 25/8 26/1 28/1 28/1 28/8 28/8 28/18
happened [1] 21/24
harm [3] 6/14 8/4 22/2
HARRIS [8] 1/4 1/11 1/22 11/2 11/16 29/2 29/5 29/23
has [12] 7/9 7/10 11/19 14/6 14/22 14/24 16/15 16/17 20/22 21/22 22/12 25/18
hasn't [1] 23/7
have [69]
he [14] 4/13 11/11 11/12 12/18 13/12 16/17 20/22 20/22 22/18 23/1 23/1 25/2 25/23 26/25
he's [15] 4/14 4/16 9/7 9/7 9/11 15/14 17/3 20/10 20/21 20/24 21/2 22/14 22/25 23/2 26/25
heard [5] 7/10 7/12 9/3 12/1 12/2
hearing [7] 5/14 9/25 12/19 15/25 16/9 22/1 28/17
hearings [2] 7/9 28/8
held [3] 1/20 1/22 12/19
her [7] 6/8 6/22 22/13 24/11 24/14 26/18 26/19
here [15] 4/9 4/15 4/20 11/20 12/5 13/9 18/12 24/14 24/15 24/21 25/12 25/17 26/25 27/10 28/2
here's [1] 24/9
hereby [1] 29/6
hijacks [1] 14/21
him [4] 12/18 12/19 25/13 27/16

H
himself [1] 4/17
hinder [2] 6/13 6/18
hire [1] 17/22
hired [1] 16/13
his [5] 6/14 10/11 16/2 19/4 28/16
home [5] 12/14 21/15 21/16 21/16 21/17
homestead [1] 12/20
Honor [43]
Honorable [1] 1/21
Hood [1] 20/1
hour [1] 27/10
Houston [4] 1/22 2/4 2/11 29/24
how [1] 15/16
however [2] 25/14 26/3

I
I'm [28] 11/7 13/3 13/20 13/24 13/25 15/8 15/21 17/6 17/6 17/7 17/8 18/2 18/2 18/7 18/20 18/21 19/2 19/6 20/5 20/6 20/8 20/11 22/3 22/22 24/3 24/4 25/10 25/15
I've [7] 4/25 7/12 15/11 18/10 18/16 21/16 27/24
I-N-D-E-X [1] 2/15
identified [2] 4/16 4/18
illegal [1] 11/13
implore [4] 14/23 22/1 23/25 24/6
impression [1] 27/14
included [1] 29/9
incomplete [1] 26/12
Index [2] 3/6 3/13
indicated [1] 6/8
individually [1] 17/16
information [1] 28/17
initiate [1] 17/23
injunction [6] 4/3 7/25 9/10 9/25 11/12 16/6
insure [1] 9/6
interest [4] 6/16 6/23 14/18 19/8
interim [2] 14/11 23/23
involving [2] 10/11 24/16
irrelevant [1] 24/15
irreparable [3] 6/14 8/4 23/25
is [86]
isn't [1] 26/4
issue [3] 23/4 23/5 23/13
issued [1] 23/11
issues [6] 10/25 11/15 14/8 23/18 25/6 27/2
it [42]
it's [19] 8/14 8/16 8/17 8/18 8/18 8/19 8/22 10/9 14/14 16/18 16/18 16/18 20/18 22/16 22/16 22/22 23/15 23/24 24/8
its [4] 6/13 14/24 14/24 15/10
itself [2] 15/3 26/12

J
January [1] 18/17
JAY [2] 2/6 4/9
Jessica [3] 29/4 29/20 29/21
JETALL [19] 1/10 1/14 13/10 13/25 14/7 14/16 15/15 15/23 16/14 17/2 17/4 17/8 17/12 18/16 18/20 19/11 19/14 20/20 21/5
JETALL/CROIX [18] 1/10 1/14 13/25 14/7 14/16 15/15 15/23 16/14 17/2 17/4 17/8 17/12 18/16 18/20 19/11 19/14 20/20 21/5
jetallcapital.com [1] 2/5
JIM [2] 2/8 5/10
JOHNSON [2] 2/6 4/9
Judge [22] 1/22 5/25 6/6 7/8 7/8 10/10 10/15 10/20 12/9 12/16 12/17 13/4 13/7 14/9 21/15 23/8 23/11 23/12 23/13 26/17 28/16 28/18
judgment [1] 20/23
JUDICIAL [2] 1/6 1/14
July [1] 14/5
June [1] 18/17
June 2010 [1] 18/17
jurisdictional [1] 25/6
just [29] 6/7 7/6 8/16 9/18 9/18 11/25 12/15 12/17 13/7 13/19 14/3 14/3 14/23 17/20 18/7 20/22 21/2 21/8 21/12 21/23 22/1 22/6 22/16 22/24 23/25 24/5 27/5 27/9 27/19
justful [1] 22/16
Justin [1] 4/18

K
Kathryn [1] 1/21
Keep [1] 7/8
kept [1] 14/24
kind [2] 12/10 21/19
know [11] 7/4 7/5 8/16 19/8 19/14 21/12 22/17 22/17 23/3 24/19 28/9
knows [1] 9/19

L
lack [1] 8/8
Larson [5] 6/1 7/9 10/20 26/17 28/18
Larson's [1] 7/8
last [5] 6/2 15/8 25/4 27/24 27/24
late [1] 6/2
law [7] 2/9 11/14 15/7 15/19 15/21 19/1 26/8
lawsuit [3] 9/16 18/11 26/22
lawsuits [1] 11/3
lawyer [1] 20/1
least [1] 24/22
Lee [1] 1/21
left [1] 24/12
legal [1] 25/6
lender [1] 21/21
lenders [1] 19/24
less [2] 15/4 15/4
let [2] 12/15 27/16
letting [1] 18/7
license [1] 15/8
lien [1] 19/10
lifted [1] 7/4
like [2] 24/22 26/19
likelihood [1] 6/16
limited [4] 17/14 18/14 18/15 19/6
listed [2] 4/11 4/14
literally [1] 21/2
litigation [1] 22/3
live [2] 12/22 13/4
LLC [11] 1/3 2/7 4/4 5/19 9/22 10/18 14/18 17/24 18/1 25/12 26/23
LLCs [6] 14/21 20/22 23/24 24/2 24/4 24/7
loan [4] 14/5 19/16 19/21 21/19
loans [1] 21/21
look [3] 7/18 22/20 22/21
Lori [1] 20/1
loses [1] 15/1
Louis [1] 4/18
LP [2] 1/10 1/14

M
machine [1] 1/25
made [10] 6/9 7/22 9/22 12/8 13/13 16/8 18/22 18/23 19/24 25/23
mail [1] 2/5
make [8] 7/7 9/12 10/13 11/11 24/19 25/20 26/1 26/9
makes [1] 22/9
making [2] 4/20 22/22
manager [1] 20/13
mandamus [1] 11/5
many [4] 7/10 20/20 21/23 21/23
marketable [1] 14/14
maturity [1] 19/16
may [10] 10/6 10/8 11/25 13/15 13/22 16/1 16/6 16/20 17/22 28/21
May 5th [1] 16/20
maybe [1] 22/17
MCITBE [27] 1/3 2/7 4/4 5/19 8/21 9/1 9/22 10/18 10/18 13/6 13/21 13/25 14/1 14/7 14/15 15/14 15/23 15/24 16/13 16/22 16/23 19/8 19/9 20/7 20/19 26/3 26/23
MCITBE's [1] 7/18
me [12] 12/15 12/18 15/7 18/20 19/17 20/5 20/12 20/13 21/3 24/9 28/11 29/12
means [2] 9/7 17/19
meant [1] 6/12
mechanism [1] 7/16
members [1] 6/15
mention [1] 13/19
mentioned [2] 6/11 8/23
mentions [1] 22/18
might [1] 12/12
million [2] 15/4 15/5
mind [2] 7/8 25/2
minutes [1] 5/14
misreading [1] 17/18
misunderstanding [2] 15/19 17/18
mom [4] 13/6 13/25 24/2 24/11
mom's [9] 20/1 21/3 21/4 22/13 23/24 24/2 24/4 24/7 24/7
money [2] 6/24 8/25
months [3] 7/10 10/22 16/7
more [1] 14/25
morning [6] 5/21 12/18 13/19 28/2 28/6 28/18
motion [7] 5/16 5/20 6/8 23/7 23/7

## M

motion... [2] 23/22 25/4
motions [2] 6/2 23/8
mouth [1] 6/24
Move [1] 18/6
Mr [6] 5/11 10/11 16/15 16/18 20/2 25/1
Mr. [27] 4/19 6/12 6/14 6/17 7/11 9/4 10/25 11/10 13/2 14/1 14/17 14/22 15/14 16/13 16/15 17/3 20/5 20/10 20/14 20/16 20/21 22/4 22/12 22/24 23/22 25/18 26/21
Mr. Choudhri [7] 6/14 6/17 7/11 9/4 11/10 13/2 26/21
Mr. Choudhri's [1] 6/12
Mr. Rayome [1] 4/19
Mr. Staub [2] 23/22 25/18
Mr. Vargo [15] 10/25 14/1 14/17 14/22 15/14 16/13 16/15 17/3 20/5 20/10 20/14 20/16 22/4 22/12 22/24
Mr. Vargo's [1] 20/21
Ms [1] 9/1
multiple [4] 7/9 10/17 10/22 11/19
multiplicity [1] 11/3
must [3] 18/13 18/15 18/22
my [24] 5/15 9/15 12/14 12/14 13/6 13/25 17/7 19/2 20/1 21/3 21/4 21/15 21/15 21/16 22/13 22/13 23/24 24/3 24/7 24/7 24/10 25/3 26/14 28/20
myself [4] 5/7 15/22 18/21 19/7

## N

name [2] 17/7 19/5
narrative [1] 22/18
need [2] 23/19 24/25
needs [2] 21/7 24/24
never [7] 4/16 15/25 16/9 19/19 19/22 21/16 21/25
night [2] 25/4 27/24
no [40]
No. [9] 4/4 4/5 5/19 9/22 11/8 11/11 11/22 17/11 26/23
No. 2026-22035 [4] 4/4 9/22 11/8 26/23
No. 2026-32580 [1] 5/19
No. 2026-82933 [4] 4/5 11/11 11/22 17/11
none [1] 18/23
Northern [2] 5/17 5/18
not [67]
note [1] 9/23
nothing [1] 15/1
notice [4] 8/8 8/10 26/3 26/4
Noting [1] 10/16
November [5] 1/19 3/4 10/2 13/23 15/2
November 19th [1] 13/23
November 9th [1] 15/2
now [4] 8/13 14/2 14/18 21/7
number [7] 10/5 10/23 12/8 13/15 13/16 19/9 25/6
numbered [2] 1/21 29/10
NVL [1] 5/19

## O

o'clock [1] 25/9
oath [2] 19/19 19/22
occurred [2] 18/14 29/11
occurrences [1] 21/23
October [8] 5/24 10/14 12/10 12/11 12/12 12/14 21/15 26/6
October 19th [2] 5/24 26/6
odd [1] 9/2
offer [1] 19/19
offered [1] 29/15
offers [2] 19/23 19/24
officer [1] 19/18
Official [2] 29/4 29/22
Oh [1] 12/23
okay [4] 13/20 18/12 26/22 27/12
once [2] 21/23 26/5
one [11] 4/14 8/11 10/7 12/8 13/15 15/22 19/15 20/4 22/25 24/19 24/19
only [5] 16/18 19/7 20/22 24/16 25/19
open [1] 29/11
opportunity [3] 25/16 27/6 28/1
opposite [2] 16/16 20/15
oral [1] 6/6
order [15] 1/17 3/3 6/6 8/1 11/8 11/21 14/17 16/17 16/17 20/6 20/15 20/22 22/20 23/20 26/15
ordered [1] 10/20
orders [2] 4/4 11/6
Organization [1] 15/13
original [2] 10/22 11/6
originally [1] 10/4
originated [1] 11/17
other [8] 7/1 11/16 16/21 18/6 21/3 25/7 28/8 29/8
others [1] 28/20
out [6] 8/17 18/8 20/14 21/22 22/10 25/21
over [8] 6/1 7/4 7/10 16/6 21/24 21/24 23/24 24/12
overlapping [1] 11/4
owe [1] 20/7
owed [4] 15/4 20/3 20/3 20/6
own [8] 14/7 14/7 14/24 15/10 16/24 17/7 19/2 19/4
owned [1] 13/6
owner [1] 19/11
owns [4] 14/7 17/2 19/14 20/19

## P

P-R-O-C-E-E-D-I-N-G-S [1] 3/16
PAGE [1] 3/4
paid [6] 21/10 22/4 22/5 23/2 24/10 29/18
papers [1] 16/12
Paragraph [2] 18/18 18/24
part [3] 8/7 22/7 22/8
particular [1] 10/15
parties [2] 29/9 29/15
partner [6] 15/12 17/15 18/14 18/16 19/6 19/6
partnership [2] 15/12 18/22
party [5] 15/9 16/1 16/8 26/22 27/3
pattern [1] 21/23
pay [1] 20/24
payoff [2] 21/1 23/1
pendency [2] 10/16 10/21
pending [6] 5/20 10/12 10/14 11/15 23/8 28/16
permission [1] 25/22
permits [1] 19/3
person [3] 15/10 16/2 25/17
personally [1] 12/18
Peter [1] 4/18
petition [5] 18/15 18/18 18/22 18/24 19/7
phonetically [1] 7/20
place [2] 6/20 9/10
plaintiff [5] 8/18 8/20 17/7 18/13 19/4
plaintiff's [1] 4/8
plea [1] 13/13
pleadings [11] 4/15 8/7 9/18 9/19 13/24 14/4 14/9 14/15 16/4 16/19 17/10
please [5] 4/7 12/1 12/16 15/20 22/2
point [2] 7/5 9/14
pointed [1] 25/21
points [1] 7/6
portion [1] 26/2
portions [1] 29/7
position [4] 16/23 17/3 20/15 22/9
possibly [1] 9/8
post [5] 25/22 26/2 26/5 27/17 27/17
posting [1] 26/8
potential [1] 24/17
potentially [2] 11/13 27/16
PowerPoint [1] 13/18
practical [1] 22/6
practice [3] 11/13 15/7 19/1
practicing [1] 15/21
prejudice [1] 5/24
preparation [1] 29/17
presented [1] 6/10
Presiding [1] 1/22
pretty [1] 12/2
previous [1] 6/8
previously [1] 5/24
prior [1] 10/17
pro [3] 2/5 15/9 15/16
probable [2] 8/3 9/15
problem [3] 15/24 20/17 22/7
procedural [1] 7/16
procedure [2] 11/18 15/11
proceeded [1] 10/11
proceeding [2] 3/11 10/9
proceedings [7] 1/20 1/24 3/7 6/19 28/25 29/8 29/14
process [1] 11/20
proper [3] 10/25 11/5 11/17
properly [1] 25/12
PROPERTIES [2] 1/10 1/14
property [20] 8/13 9/5 9/11 10/11 12/10 12/13 12/21 13/5 14/6 14/11 14/13 14/16 15/3 19/14 19/21 20/19 21/4 21/7 21/9 21/17
prosecute [3] 15/9 16/2 17/24
protect [2] 6/16 6/23
protecting [1] 19/15

P
provide [2] 8/9 23/1
provided [1] 8/8
proving [1] 7/23
purported [1] 8/13
put [4] 6/20 6/23 9/10 14/8
putting [1] 9/9

Q
question [1] 14/6
questions [1] 14/25
quiet [1] 28/12

R
Rayome [2] 4/19 4/19
re [3] 5/19 19/20 19/20
re-fi [2] 19/20 19/20
read [3] 27/25 28/3 28/5
really [1] 17/16
reason [2] 15/14 27/22
reasonable [1] 27/15
reasons [2] 11/7 18/18
received [1] 19/22
receiver [3] 11/1 11/2 23/24
receivership [10] 11/6 11/17 14/17 16/17 23/2 23/5 23/10 23/14 23/19 23/20
recently [6] 14/2 14/3 14/19 16/10 19/12 20/15
recognize [2] 20/13 20/14
reconsider [1] 6/3
reconsideration [3] 5/16 7/1 7/3
record [17] 1/1 4/2 4/8 4/12 4/24 5/3 5/13 6/10 8/1 8/5 9/23 16/8 18/15 18/17 29/10 29/13 29/17
recovering [2] 18/21 18/21
referred [2] 10/19 11/14
referring [2] 8/21 26/23
refiling [1] 5/25
refinanced [1] 22/5
reflects [1] 29/14
refused [1] 14/25
refuses [2] 23/1 23/2
regard [8] 10/25 11/6 11/18 11/20 17/11 23/12 27/2 28/17
rehash [1] 7/5
relating [1] 11/4
relationship [2] 21/6 25/18
relief [5] 7/25 8/3 9/8 9/15 25/8
relying [1] 25/16
remedial [1] 25/8
rep [1] 14/25
reported [2] 1/24 29/12
Reporter [2] 29/4 29/22
REPORTER'S [5] 1/1 3/12 29/10 29/13 29/17
represent [2] 15/22 24/2
represented [2] 12/5 20/16
representing [2] 24/3 26/25
request [11] 4/3 7/24 9/8 9/22 10/17 11/7 11/12 11/21 16/5 16/9 24/19
requested [2] 9/24 29/8
requests [1] 10/17
required [2] 20/6 26/7
residence [1] 12/15
respective [1] 29/15
response [2] 13/12 13/12
restated [1] 6/17
restraining [6] 1/17 3/3 4/3 8/1 11/8 11/21
retain [1] 17/22
retaken [2] 25/24 25/25
review [1] 6/9
reviewing [1] 28/15
right [14] 5/5 5/6 5/9 6/25 8/3 9/15 15/10 17/13 17/15 19/5 19/13 20/10 24/10 24/17
rights [1] 16/2
road [1] 21/10
Rule [3] 15/10 19/2 24/20
ruled [2] 18/10 23/7
ruling [7] 3/8 3/9 3/10 7/8 10/15 23/23 26/20
rulings [1] 6/4
RUSSEL [3] 1/5 1/13 2/12
Ryan [1] 10/2

S
safe [1] 21/7
said [9] 6/13 12/12 13/9 17/18 20/2 24/6 24/20 25/1 27/15
sale [5] 6/15 9/7 9/10 15/1 18/19
San [3] 2/3 2/10 13/5
saw [1] 28/7
say [7] 8/20 12/11 18/7 20/9 25/15 25/16 28/18
saying [3] 6/23 7/24 16/12
says [7] 8/25 16/17 17/11 19/9 20/5 20/15 22/20
SBOT [1] 2/9
scheduled [2] 10/1 13/23
se [3] 2/5 15/9 15/16
seat [1] 26/10
second [2] 12/25 19/10
security [14] 1/5 1/12 2/12 4/4 4/6 5/10 6/18 6/21 13/21 21/5 21/18 22/5 22/14 26/24
see [2] 8/14 22/22
sell [3] 8/13 9/11 21/4
seller [1] 9/1
sense [1] 9/12
sent [1] 25/17
separate [1] 10/7
September [2] 10/1 16/16
September 23rd [1] 16/16
serve [1] 11/2
service [1] 10/25
set [2] 10/2 23/9
setting [1] 22/2
she [12] 6/8 6/11 6/11 6/13 6/17 6/17 6/19 6/22 7/1 7/2 7/10 26/18
She's [4] 6/10 6/16 7/12 24/14
shenanigans [1] 20/3
shopping [3] 13/15 19/8 21/14
should [5] 7/7 7/15 11/14 21/8 25/5
show [3] 9/14 19/23 20/5
Shuchart [1] 1/22
sic [1] 22/16
sign [1] 15/22
signed [2] 8/17 19/6
significantly [1] 15/4
simple [1] 7/16
since [6] 10/22 16/4 18/16 18/17 25/8 27/10
sincerely [1] 22/19
sir [6] 5/22 18/3 18/8 25/3 26/10 27/3
situation [2] 18/1 28/19
six [1] 16/7
Slow [1] 16/25
so [34]
social [1] 22/14
sold [6] 9/5 9/11 14/14 21/7 21/9 21/17
solution [3] 21/8 21/9 22/8
some [10] 10/24 11/3 13/14 21/8 22/6 24/12 24/25 25/7 25/18 27/1
somehow [1] 25/17
someone [2] 14/21 19/19
something [3] 6/20 22/18 28/8
sorry [5] 4/3 10/1 17/1 28/12 28/13
sort [2] 25/8 27/1
speak [3] 18/7 27/2 27/7
speaking [1] 28/15
spec [1] 21/17
specific [1] 18/18
specifically [6] 6/12 9/21 12/19 25/4 26/16 26/22
spelled [1] 7/20
spoke [2] 12/17 27/7
SSB [2] 14/24 19/13
SSB's [1] 19/17
SSBT [1] 15/1
stamp [1] 8/24
stand [1] 25/13
standing [9] 11/11 12/3 13/8 13/16 15/6 15/16 18/11 24/1 27/2
started [1] 5/13
state [19] 1/5 1/12 2/12 4/5 4/6 4/7 5/11 6/18 6/19 6/21 13/21 13/24 18/22 21/5 21/18 22/5 26/24 29/1 29/5
stated [2] 15/11 18/24
statements [2] 12/8 13/14
states [1] 14/17
statute [3] 17/19 18/23 19/5
Staub [6] 4/10 4/11 5/1 10/3 23/22 25/18
stay [3] 7/4 25/24 25/25
stenotype [1] 1/24
still [1] 4/18
stop [2] 6/4 9/10
Straub [1] 2/7
Street [1] 2/3
strictly [1] 23/12
strike [1] 6/3
styled [1] 29/10
subject [1] 10/19
Subsequently [1] 16/22
substance [1] 7/22
substantive [1] 7/18
SUBSTITUTE [1] 1/13
succeed [1] 18/19

S

success [1] 6/17
such [1] 9/4
sue [1] 15/12
sues [1] 19/4
suit [2] 16/1 18/15
Suite [1] 2/10
summary [1] 6/7
supplemental [1] 13/18
support [1] 9/17
supported [1] 7/19
supporting [2] 7/22 8/5
Swift [1] 13/5
swore [1] 19/18

T

take [5] 7/7 17/16 19/21 24/7 26/10
takes [1] 17/3
taking [3] 7/8 17/19 23/24
talk [2] 12/4 24/17
talked [1] 24/5
tax [1] 15/3
Telephone [3] 2/4 2/11 29/24
tell [6] 7/11 20/3 20/6 20/8 22/19 27/23
temporary [11] 1/17 3/3 4/3 7/25 7/25 7/25 9/25 11/7 11/12 11/21 16/5
ten [1] 5/14
terrorized [1] 21/2
testified [3] 16/15 19/18 19/22
testimony [1] 22/21
TEXAS [13] 1/4 1/11 1/23 2/4 2/11 5/17 15/10 26/8 29/1 29/5 29/21 29/23 29/24
than [2] 14/25 15/5
Thank [8] 5/5 5/9 6/25 11/23 18/9 27/5 27/22 28/21
that [159]
that's [24] 9/9 9/18 12/4 12/15 14/1 14/9 14/22 15/8 15/15 15/16 17/4 19/13 20/4 20/9 20/17 21/20 22/10 22/12 23/4 23/9 24/12 24/15 24/16 27/11
their [11] 7/24 8/12 13/23 14/1 14/4 14/4 14/13 14/15 19/9 22/9 26/2
them [5] 14/22 20/17 25/22 26/7 27/11
themselves [1] 14/9
then [14] 4/21 7/17 9/3 9/9 9/13 13/8 17/2 21/21 22/8 24/11 24/12 24/13 27/16 27/17
there [29] 5/15 5/20 6/1 6/2 6/5 6/13 8/2 8/2 8/3 8/4 10/4 10/9 10/12 10/24 11/3 11/17 11/19 13/22 13/22 15/5 16/20 16/21 19/23 20/20 21/8 23/6 23/9 24/21 26/12
there's [31]
these [6] 11/15 14/21 20/10 20/22 21/3 22/24
they [34]
they're [5] 12/5 19/11 20/11 24/6 26/2
they've [2] 19/12 19/18
thing [7] 7/12 15/8 18/4 24/9 24/16 27/24 28/2
things [5] 9/16 18/7 22/6 24/19 28/3
think [4] 7/15 10/13 25/1 27/14
this [57]
those [6] 6/22 9/18 11/7 11/18 14/8 19/24
though [1] 25/21
thought [3] 25/5 27/18 27/18
three [3] 7/6 18/18 21/5
through [5] 9/9 17/23 18/21 27/25 28/3
TI [3] 13/23 22/2 23/9
time [12] 5/15 7/10 8/6 10/10 10/12 10/13 25/1 25/7 25/8 26/1 26/5 28/23
times [1] 25/7
title [9] 8/23 9/5 9/6 14/12 14/14 19/11 21/18 21/20 22/25
titled [2] 1/20 19/10
today [7] 4/20 6/6 6/11 7/11 9/24 12/5 26/13
told [4] 19/12 25/4 27/24 27/24
took [2] 13/14 16/23
total [1] 29/16
totally [1] 23/21
transcription [1] 29/7
transfer [1] 23/7
trapped [1] 20/9
TRAVIS [1] 1/6
TRIAL [2] 1/2 1/8
tried [2] 22/4 22/4
TRO [17] 7/15 7/19 10/4 10/5 10/6 10/7 10/8 10/13 10/17 10/22 10/23 12/10 12/14 13/13 13/22 16/20 16/21
true [2] 22/23 29/7
truly [1] 29/14
TRUST [6] 1/5 1/13 2/12 4/5 4/6 26/24
TRUSTEE [1] 1/13
try [2] 6/4 9/10
trying [3] 13/3 22/3 24/7
two [3] 13/16 20/18 20/19

U

ultra [2] 22/14 22/15
under [8] 15/10 15/13 17/15 18/23 19/19 19/22 26/7 27/13
underlying [1] 20/23
understand [3] 4/19 10/24 23/11
understanding [1] 5/15
understood [1] 27/3
undone [1] 15/1
unfair [1] 14/20
Unit [1] 2/3
unlike [1] 24/20
until [3] 14/5 15/2 16/9
up [5] 7/23 11/4 22/22 26/8 27/11
upon [1] 25/6
us [2] 20/3 26/17

V

value [2] 14/6 15/3
VARGO [19] 1/6 5/11 10/25 14/1 14/17 14/22 15/14 16/13 16/15 16/15 17/3 20/2 20/5 20/10 20/14 20/16 22/4 22/12 22/24
Vargo's [1] 20/21
very [4] 6/7 7/16 9/2 12/8
vires [2] 22/14 22/15
VOL [1] 3/4
volume [3] 1/1 3/2 29/9
VOLUMES [1] 1/1
vs [2] 1/4 1/11

W

wait [3] 12/24 24/23 27/9
waiting [1] 15/1
want [8] 6/15 6/23 7/5 7/7 13/7 15/7 15/25 18/7
wanted [2] 13/19 26/17
warranted [1] 28/19
was [54]
wasn't [1] 16/21
way [2] 9/6 21/14
we [31]
we'll [1] 24/21
we're [1] 13/2
We've [1] 15/25
week [1] 6/2
weekend [1] 6/2
welcome [1] 26/18
well [7] 4/16 8/10 11/16 12/2 20/7 22/5 24/8
went [3] 13/4 21/19 25/23
were [8] 6/2 6/12 11/15 13/9 19/24 27/15 28/3 29/12
what [20] 7/5 7/24 13/17 14/20 14/20 16/11 17/6 17/7 17/8 17/18 19/12 20/7 20/9 20/16 22/20 22/20 25/5 27/25 28/5 28/17
what's [3] 20/3 20/3 20/6
whatsoever [3] 9/12 13/9 21/14
when [11] 8/20 10/10 15/12 16/6 17/25 17/25 18/14 18/14 21/7 22/12 22/21
where [14] 6/24 11/15 11/16 12/21 13/4 13/14 16/7 16/7 18/23 19/13 19/13 20/5 20/22 23/19
which [16] 7/17 7/19 8/12 8/12 9/1 9/6 10/1 13/5 13/14 13/14 14/4 19/12 20/23 27/3 28/1 29/11
while [2] 10/14 10/25
who [13] 9/24 10/3 10/10 11/1 12/5 14/6 14/8 14/21 19/19 20/18 20/19 25/13 25/17
who's [1] 16/18
whole [3] 7/3 8/17 9/14
why [5] 14/22 15/6 15/15 17/4 18/23
will [15] 4/13 6/7 7/17 8/25 9/1 15/5 15/13 18/1 22/1 22/10 22/22 23/25 27/23 28/12 28/14
window [1] 24/21
wipe [2] 21/22 22/10
without [5] 7/23 8/1 9/17 11/4 15/8
won't [2] 20/12 24/20
Word [1] 3/13
words [1] 7/1
world [2] 27/20 27/22
worry [1] 24/13
would [15] 6/20 13/12 14/23 15/6

W

would... [11] 18/19 21/6 21/12 25/20 25/23 25/25 26/6 26/7 26/14 26/19 27/19
wouldn't [3] 25/2 26/1 26/12
writing [1] 29/8

Y

years [1] 21/5
yes [11] 4/21 8/22 12/12 13/11 14/12 14/12 18/5 23/17 25/19 27/4 28/14
yesterday [14] 5/13 7/6 8/9 9/4 10/1 11/10 12/3 13/14 25/1 25/9 25/21 26/15 27/8 28/4
yet [6] 11/1 14/15 14/17 16/15 19/23 20/14
you [98]
you're [1] 17/12
your [52]