**From:** Ali Choudhri
**To:** Jim Aycock
**Cc:** Vincent Law PLLC
**Subject:** Re: Jetall Croix properties LP
**Date:** Tuesday, November 3, 2026 10:16:42 AM

---

26-38421 SDTX Houston Div

This is the case number

On Tue, Nov 3, 2026 at 10:05 AM Ali Choudhri <ali@jetallcapital.com> wrote:

> Mr Aycock.
>
> A ch 11 bankruptcy has just been filed for jetall Croix properties lp

**Exhibit N**