## Kyle Woodard

| | |
|---|---|
| **From:** | Vincent Law PLLC <info@vincentlawpllc.com> |
| **Sent:** | Tuesday, November 3, 2026 10:17 AM |
| **To:** | Kyle Woodard; jim |
| **Subject:** | NOTICE OF BANKRUPTCY – Jetall/Croix Properties, LP – 2232 Swift Blvd. – Case No. 26-38421 (Bankr. S.D. Tex.) |

Counsel,

Jetall/Croix Properties, LP filed a voluntary petition under Chapter 11 of the Bankruptcy Code on November 3, 2026, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Case No. 26-38421.

The automatic stay under 11 U.S.C. § 362(a) is in effect. Please confirm immediately that the foreclosure sale of 2232 Swift Blvd., Houston, Texas 77030, posted for November 3, 2026, has been stopped and that the substitute trustee has been notified.

Regards,

With Appreciation,

***Courtney A. Vincent, J.D., M.Ed.***
***Federal Civil Rights Attorney***
P.O. Box 940129
Houston, TX. 77094
Phone: 713.223.9300 (Texas) 651.204.5300 (Minnesota)
Fax: 832.603.4444
www.vincentcivilrights.com | www.vincentlawpllc.com





**NOTICES**: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately. Any tax advice contained in this message is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the internal revenue code or (2) promoting, marketing, or recommending to others any tax-related matter(s) addressed here.



Exhibit O