2/2/2026 10:09:37 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 110723246
By: LAWSON, CHANDRA K
Filed: 2/2/2026 10:09:37 AM

2026-06827 / Court: 80

Pgs-2

TRORX
STBNX
CASO

**CAUSE NO. ___________________**

| | | |
|---|---|---|
| **JETALL CROIX PROPERTIES, LP,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **SECURITY STATE BANK AND TRUST,** | § | |
| | § | |
| *Defendants.* | § | |
| | § | **______ JUDICIAL DISTRICT** |

**ORDER GRANTING PLAINTIFF'S**
**AMENDED EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER**

**CAME ON FOR CONSIDERATION** Plaintiff's Emergency Application for Temporary Restraining Order and the court being apprised of the premises based upon the pleadings, exhibits, records, and documents filed by counsel and presented to the court, as well as the arguments of counsel at the hearing, the Court finds that unless Defendant is enjoined from foreclosing on Plaintiff's Harris County Property further described on Exhibit A at the February 2026 foreclosure sale, or any subsequent sale, Plaintiff will suffer immediate and irreparable harm and lose access to its property and the equity in the Harris County Property, and there is no other adequate remedy at law. The Court finds that there is a dispute between the parties and a possible violation of the Texas Property Code and certain obligations. Plaintiff was unable to resolve this matter prior to the hearing on Plaintiff's Application for Temporary Restraining Order. The Court is of the opinion that the Application should be **GRANTED**. Therefore, it is:

**ORDERED** that **Security State Bank and Trust** their agents, affiliates, assigns or successors in interest, shall not proceed with a February 2026 foreclosure sale concerning the Harris County Property commonly known as 2232 Swift Blvd., Houston, Texas 77030 and further described on Exhibit A, and shall not post the Harris County Property, for any subsequent foreclosure sale without further order of this court. It is further

**ORDERED** that **Security State Bank and Trust** their agents, assigns or successors in interest, shall not take any steps to cause the Harris County Property as further described on Exhibit A, to be sold at the February 2026 foreclosure sale, or any subsequent foreclosure sale, including



Exhibit P

Certified Document Number: 124907471 - Page 1 of 2

but not limited to, posting the Harris County Property for a future foreclosure sale, having a receiver, or any other third party, appointed that would adversely affect Plaintiff's interest in, or access to, the Property, and shall not in any way interfere, or cause an interference, with Plaintiff's quiet use and enjoyment of the Harris County Property commonly known as 2232 Swift Blvd., Houston, Texas 77030 and further described on Exhibit A, without further order of this court. It is further

**ORDERED** that any foreclosure sale conducted, by any person or entity, concerning the Harris County Property commonly known as 2232 Swift Blvd., Houston, Texas 77030 and further described on Exhibit A, after entry of this Order shall be immediately rescinded. It is further

**ORDERED** that bond shall be set in the amount of $ 100.00
and the Temporary Injunction hearing is set for the following date: February 16, 2026
at the following time: 1:30 pm.

Signed: ______________

Signed:
2/2/2026
3:00 pm

JUDGE PRESIDING



Certified Document Number: 124907471 - Page 2 of 2

DISTRICT COURT OF HARRIS COUNTY TEXAS

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this August 6, 2026

Certified Document Number: 124907471 Total Pages: 2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**