2/18/2026 8:17:15 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 111432472
By: JIMENEZ, DANIELLE N
Filed: 2/18/2026 8:17:15 PM

Pgs-2

STPLX
NCA
DITRX
AUTHX
11A

CAUSE NO. 202606827

| | | |
|---|---|---|
| JETALL CROIX PROPERTIES LP<br>*Plaintiff,* | §<br>§ | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 80TH JUDICIAL DISTRICT |
| | § | |
| SECURITY STATE BANK AND TRUST<br>*Defendant.* | §<br>§ | HARRIS COUNTY, TEXAS |

**ORDER GRANTING RULE 12 MOTION**

On this day, the Court considered Defendant Security State Bank and Trust's Verified Motion to Show Authority pursuant to Texas Rule of Civil Procedure 12 (the "Motion"). Having considered the Motion, the arguments of counsel, the filings and evidence submitted, the Court finds that the motion should be **GRANTED**.

The Court finds that Defendant filed a sworn written motion asserting that the suit is being prosecuted without authority and requested that Plaintiff's counsel be cited to appear and show authority under Texas Rule of Civil Procedure 12. The Motion asserts that Plaintiff's counsel, Justin Rayome, lacks authority to prosecute this suit on behalf of Plaintiff Jetall Croix Properties, LP, and requests that the pleadings be stricken and the suit dismissed if no authorized person appears.

The Court finds that TEX. R. CIV. P. 12 is the proper procedure to question an attorney's authority to bring suit, and if the challenged attorney fails to carry the burden to show authority, the Court must refuse to permit the attorney to appear and must strike the pleadings if no other person authorized to prosecute the lawsuit appears.

The Court, having provided the opportunity required by Rule 12, and based on the arguments and evidence presented, finds that Plaintiff's counsel, Justin Rayome, has not

Certified Document Number: 125413238 - Page 1 of 2

Exhibit Q

demonstrated authority to prosecute this action on behalf of Plaintiff, and that no other person authorized to prosecute this action has appeared.

IT IS THEREFORE **ORDERED** that Defendant's Rule 12 Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that Plaintiff's pleadings are **STRICKEN** ~~and this case is **DISMISSED** without prejudice~~.

IT IS FURTHER **ORDERED** that the Temporary Restraining Order issued in this case on February 2, 2026, to the extent it has not already expired according to its own terms, is hereby **VACATED** and the bond posted as security is awarded to Defendant.

All relief not expressly granted herein is DENIED. This is a final, appealable order.

SIGNED on ____________________, 2026.

Signed:
3/2/2026

Presiding Judge

Certified Document Number: 125413238 - Page 2 of 2

DISTRICT COURT OF HARRIS COUNTY TEXAS

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this August 6, 2026

Certified Document Number: 125413238 Total Pages: 2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**