4/2/2026 9:22:02 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 113173786
By: GARCIA, JULIO C
Filed: 4/2/2026 9:22:02 AM

2026-22035 / Court: 129

Pgs-2

TRORX
STBNX
CASO

CAUSE NO. ___________________

| | | |
|---|---|---|
| **MCITBE, LLC,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **RUSSEL GRIBBLE, et al.** | § | |
| | § | |
| | § | |
| *Defendant,.* | § | |
| | § | ______ **JUDICIAL DISTRICT** |

**ORDER GRANTING PLAINTIFF'S**
**AMENDED EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER**

**CAME ON FOR CONSIDERATION** Plaintiff's Emergency Application for Temporary Restraining Order and the court being apprised of the premises based upon the pleadings, exhibits, records, and documents filed by counsel and presented to the court, as well as the arguments of counsel at the hearing, the Court finds that unless Defendant is enjoined from foreclosing on Plaintiff's Harris County Property further described on Exhibit A at the April 2026 foreclosure sale, or any subsequent sale, Plaintiff will suffer immediate and irreparable harm and lose access to its property and the equity in the Harris County Property, and there is no other adequate remedy at law. The Court finds that there is a dispute between the parties and a possible violation of the Texas Property Code and certain obligations. Plaintiff was unable to resolve this matter prior to the hearing on Plaintiff's Application for Temporary Restraining Order. The Court is of the opinion that the Application should be **GRANTED**. Therefore, it is:

**ORDERED** that **Security State Bank and Trust and Russel Gribble** their agents, affiliates, assigns or successors in interest, shall not proceed with a April 2026 foreclosure sale concerning the Harris County Property commonly known as 2232 Swift Blvd., Houston, Texas 77030 and further described on Exhibit A, and shall not post the Harris County Property, for any subsequent foreclosure sale without further order of this court. It is further

**ORDERED** that **Security State Bank and Trust and Russel Gribble** their agents, assigns or successors in interest, shall not take any steps to cause the Harris County Property as further described on Exhibit A, to be sold at the April 2026 foreclosure sale, or any subsequent foreclosure



Exhibit R

Certified Document Number: 125953726 - Page 1 of 2

sale, including but not limited to, posting the Harris County Property for a future foreclosure sale, having a receiver, or any other third party, appointed that would adversely affect Plaintiff's interest in, or access to, the Property, and shall not in any way interfere, or cause an interference, with Plaintiff's quiet use and enjoyment of the Harris County Property commonly known as 2232 Swift Blvd., Houston, Texas 77030 and further described on Exhibit A, without further order of this court. It is further

**ORDERED** that any foreclosure sale conducted, by any person or entity, concerning the Harris County Property commonly known as 2232 Swift Blvd., Houston, Texas 77030 and further described on Exhibit A, after entry of this Order shall be immediately rescinded. It is further

**ORDERED** that **Security State Bank and Trust and Russel Gribble** shall be enjoined from any collection efforts with respect to its alleged note and lien concerning the Harris County Property, including but not limited to, assigning the alleged note and lien to third parties who may attempt to collect thereunder.

**ORDERED** that the parties shall attend mediation prior to any Temporary Injunction hearing.

**ORDERED** that bond shall be set in the amount of $ 250.00
and the Temporary Injunction hearing is set for the following date: April 16, 2026
at the following time: 1:30PM.

Signed: ____________

Signed:
4/2/2026
1:27 PM

JUDGE PRESIDING

Certified Document Number: 125953726 - Page 2 of 2

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this August 18, 2026

Certified Document Number: 125953726 Total Pages: 2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**