FILED
Marilyn Burgess
District Clerk
Time: MAY 5 2026
By
Harris County, Texas
Deputy

| | | |
|---|---|---|
| **MCITBE, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| **RUSSEL GRIBBLE, et al.,** | § | |
| | § | 129TH JUDICIAL DISTRICT |
| *Defendants.* | § | |

P3
TRORX
STBNX
CASO
XDISX

CAUSE NO. 2026-22035

# ORDER GRANTING PLAINTIFF'S VERIFIED EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER

---

**CAME ON FOR CONSIDERATION** Plaintiff MCITBE, LLC's Verified Emergency Application for Temporary Restraining Order. The Court, having considered the pleadings, exhibits, records, and documents filed by counsel and presented to the Court, as well as the Declaration of Justin Rayome and the Verification of Paul Cox, Manager of MCITBE, LLC, in support thereof, finds as follows:

The Court finds that unless Defendants are immediately enjoined from foreclosing on Plaintiff's Harris County Property described on Exhibit A, or from posting the Property for any subsequent sale, Plaintiff will suffer immediate and irreparable harm, lose access to its property, and be permanently deprived of its equity in the Harris County Property, for which there is no adequate remedy at law. Real property is unique and its loss cannot be adequately compensated by money damages.

The Court further finds that there is a genuine dispute between the parties, a probable right to recovery on Plaintiff's claims — including claims for statutory fraud, fraudulent inducement, civil conspiracy, tortious interference, rescission, equitable subordination, and breach of contract — and possible violations of the Texas Property Code and applicable obligations. The Court further finds that Plaintiff has not received notice of default, acceleration, or the May 2026 foreclosure posting in any capacity, whether as owner or as lienholder.

The Court further finds that Defendants have **not complied** with this Court's prior orders requiring good-faith mediation as a condition precedent to further proceedings, and that permitting the foreclosure sale to proceed would render those orders a nullity. The Court is of the opinion that the Application should be **GRANTED**. Therefore, it is:

**ORDERED** that **Security State Bank and Trust and Russel Gribble**, their agents, affiliates, assigns, successors in interest, and all persons or entities acting in concert with them, shall not

Exhibit T

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

Certified Document Number: 126528568 - Page 1 of 3

proceed with the May 2026 foreclosure sale of the Harris County Property commonly known as 2232 Swift Blvd., Houston, Texas 77030, further described on Exhibit A hereto~~, and shall not post the Harris County Property for any subsequent foreclosure sale, without further order of this Court~~. It is further

**ORDERED** that **Security State Bank and Trust and Russel Gribble**, their agents, assigns, or successors in interest, shall not take any steps to cause the Harris County Property described on Exhibit A to be sold at the May 2026 foreclosure sale ~~or any subsequent foreclosure sale,~~ including but not limited to: posting the Property for a future foreclosure sale; having a receiver or any third party appointed that would adversely affect Plaintiff's interest in or access to the Property; or in any way interfering, or causing an interference, with Plaintiff's quiet use and enjoyment of the Harris County Property at 2232 Swift Blvd., Houston, Texas 77030, without further order of this Court. It is further

**ORDERED** that any foreclosure sale conducted, by any person or entity, concerning the Harris County Property at 2232 Swift Blvd., Houston, Texas 77030, after entry of this Order shall be immediately rescinded. It is further

**ORDERED** that **Security State Bank and Trust and Russel Gribble** are hereby enjoined from selling, assigning, transferring, pledging, hypothecating, or otherwise disposing of their alleged note and/or deed of trust lien encumbering the Harris County Property at 2232 Swift Blvd., Houston, Texas 77030, or any interest therein, to any third party, **without the prior written consent of MCITBE, LLC**, pending further order of this Court. Any purported assignment, transfer, or disposition of the alleged note or lien made in violation of this Order shall be void and of no force or effect. It is further during the period this TRO is in effect.

**OR~~DERED~~** that **Security State Bank and Trust and Russel Gribble** are enjoined from all collection efforts with ~~respect to their~~ alleged note and lien concerning the Harris County Property, including but not limited to, initiating, ~~threatening,~~ or facilitating any foreclosure, trustee sale, or collection action thereunder, without further order of this Court. ~~It is further~~

**ORDERED** that the parties shall attend and participate in good-faith mediation prior to any Temporary Injunction hearing, in compliance with this Court's prior orders. The Court hereby appoints a mediator or, alternatively, orders the parties to agree upon a mediator within seven (7) days of this Order, with the Court appointing a mediator if the parties cannot agree. Mediation shall be completed before any foreclosure sale of the Property is permitted to proceed. It is further

**ORDERED** that Plaintiff's pending Emergency Motion for Expedited Discovery (filed April 14, 2026) is **GRANTED**, and Defendants shall produce Russel Gribble and Mike Dooley for deposition not to exceed 6 hours total within ~~three (3)~~ six (6) business days of this Order. It is further

**ORDERED** that bond shall be set in the amount of ~~$100.00~~ $5,000.00, and the Temporary Injunction hearing is set for the following date: May 14, 2026. @ 1:30pm.

It is further ordered that the parties shall appear at mediation today, May 5, 2026 with Peter Taaffe at 3:30pm by Zoom.

SIGNED this ~~4th~~ 5th day of May, 2026.

8:35 am.

It is further Ordered that a Temporary Injunction hearing will be held on May 14, 2026 at 1:30pm in the 129th District Court, Harris County, Texas.

Certified Document Number: 126528568 - Page 2 of 3

W. Roth

JUDGE PRESIDING

5/5/2026
8:35 AM

---

## EXHIBIT A — LEGAL DESCRIPTION OF PROPERTY

THE WEST 25 FEET OF LOT TWENTY-ONE (21) AND THE ADJOINING EAST 40 FEET OF LOT TWENTY-TWO (22), IN BLOCK NINE (9), OF SOUTHGATE, A SUBDIVISION IN HARRIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 10, PAGE 49 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

**Commonly known as:** 2232 Swift Blvd., Houston, Texas 77030.

Certified Document Number: 126528568 - Page 3 of 3

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this August 6, 2026

Certified Document Number: 126528568 Total Pages: 3

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**