# EXTENSION OF REAL ESTATE NOTE AND LIEN

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE ONLY

*##########00DI009610252024*

**THIS EXTENSION OF REAL ESTATE NOTE AND LIEN dated October 25, 2024, is made and executed between JETALL/CROIX PROPERTIES LP, PO BOX 132977, SPRING, TX 77393 ("Grantor") and Security State Bank & Trust ("Lender").**

**NOTE.** Grantor has executed the following described Promissory Note payable to the order of Lender (the "Indebtedness"):

**REAL ESTATE LIEN NOTE DATED OCTOBER 25, 2023 IN THE ORIGINAL AMOUNT OF ONE MILLION SEVEN HUNDRED SEVEN THOUSAND EIGHT HUNDRED FORTY-TWO AND 40/100 ($1,707,842.40) DOLLARS. THE PRESENT UNPAID BALANCE IS ONE MILLION FIVE HUNDRED NINETY-SIX THOUSAND SIXTY-FOUR AND 54/100 ($1,596,064.54) DOLLARS WITH UNADVANCED FUNDS OF ONE HUNDRED ELEVEN THOUSAND SEVEN HUNDRED SEVENTY-SEVEN AND 86/100 ($111,777.86) DOLLARS. THE UNDERSIGNED HEREBY RENEW SAID NOTE AND PROMISES TO PAY THE PRESENT UNPAID BALANCE PLUS ANY ADDITIONAL ADVANCES AND ALL ACCRUED UNPAID INTEREST.**

**LIEN.** To secure the Indebtedness, Grantor has previously conveyed in trust for the benefit of Lender, certain Real Property pursuant to a Deed of Trust dated October 25, 2023 delivered to Lender's trustee, creating a lien upon the Real Property in favor of Lender (hereinafter referred to as the "Lien") and recorded in the real property records of HARRIS County, State of Texas as follows:

DEED OF TRUST DATED OCTOBER 25, 2023 AND RECORDED ON OCTOBER 27, 2023 IN THE OFFICIAL PUBLIC RECORDS OF HARRIS COUNTY, TEXAS UNDER DOCUMENT NO. RP-2023-412498.

**REAL PROPERTY DESCRIPTION.** The Lien covers the following described real property located in HARRIS County, State of Texas:

THE WEST 25 FEET OF LOT TWENTY-ONE (21) AND THE ADJOINING EAST 40 FEET OF LOT TWENTY-TWO (22), IN BLOCK NINE (9), OF SOUTHGATE, A SUBDIVISION IN HARRIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 10, PAGE 49 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

The Real Property or its address is commonly known as 2232 SWIFT BLVD, HOUSTON, TX 77030.

**EXTENSION OR MODIFICATION.** Grantor and Lender hereby extend or otherwise modify the Note and the Lien as follows:

**EXTENSION AGREEMENT:** You and Security State Bank & Trust agree that this Loan Extension Agreement dated as of **OCTOBER 25, 2024** is a Short-Term Extension for 90 days.

By entering into this agreement, we are extending the maturity date while the payment rate and terms are the same as previously stated in Current Note dated **OCTOBER 25, 2023**

Current Maturity Date: **OCTOBER 25, 2023**

**NEW MATURITY DATE: JANUARY 23, 2025**

**ADDITIONAL TERMS:** This agreement does not in any way, satisfy or cancel the Original Obligation. Except as specifically amended by this agreement, all other terms of the Original Obligation remain in effect. The means and includes, but is not limited to:
(1) Property that secures the Original Obligation will continue to secure my total responsibility to pay you as amended by this agreement. (2) All parties who have a responsibility to pay you in any way the Original Obligation (including any co-makers, endorsers and guarantor(s) remain responsible for the total amount I owe you as amended by this agreement. If you require the consent to this extension by any additional party, I agree to obtain such consent, and this extension agreement will not be effective if the consent is not obtained. (3) Any post-maturity interest rate provided for in the Original Obligation (except as specifically contracted for here) shall now begin to apply after the last scheduled payment of the Original Obligation as amended by this agreement. (4) You will not be responsible to further extend the payments affected by this agreement or any other scheduled payments. All other scheduled payments not affected by the agreement shall remain due as previously schedules. (5) All provisions for default, remedies, attorney's fees (if any) etc. remain in effect. (6) My responsibility (if any) to provide insurance on the property which secures the Original Obligation (if any) shall remain in effect. However, the term of such insurance policy will not be extended to cover any additional term resulting from this agreement unless contracted for and any additional premium is paid. (7) The term of any Credit Life and/or Disability Insurance coverages purchased in connection with the Original Obligation will not be extended for the additional term provided for in this agreement unless contracted for and any additional premium is paid.

**CONTINUING VALIDITY.** Except as expressly modified in this Extension Agreement, the terms of the original Lien and Note shall remain unchanged and in full force and effect until the Indebtedness has been paid. Consent by Lender to this Extension Agreement does not waive Lender's right to require strict performance of the Lien and Note as changed in this Extension Agreement or obligate Lender to make any future modifications. Nothing in this Extension Agreement shall constitute a satisfaction of the Lien and Note or other credit agreement secured by the Lien. It is the intention of Lender to retain as liable all parties to the Lien and all parties, makers and endorsers to the Note, including accommodation parties, unless a party is expressly released by Lender in writing. Any maker or endorser, including accommodation makers, shall not be released by virtue of this Extension Agreement. If any person who signed the original Lien or Note does not sign this Extension

**Exhibit W**

# EXTENSION OF REAL ESTATE NOTE AND LIEN
(Continued)



Agreement, then all persons signing below acknowledge that this Extension Agreement is given conditionally, based on the representation to Lender that the non-signing person consents to the changes and provisions of this Extension Agreement or otherwise will not be released by it. This waiver applies not only to any initial extension or modification, but also to all such subsequent extensions and modifications.

**EACH PARTY TO THIS AGREEMENT ACKNOWLEDGES HAVING READ ALL THE PROVISIONS OF THIS EXTENSION OF REAL ESTATE NOTE AND LIEN, AND EACH AGREES TO ITS TERMS.**

**GRANTOR:**

**JETALL/CROIX PROPERTIES LP**

**JETALL/CROIX GP, LLC, General Partner of JETALL/CROIX PROPERTIES LP**

**By:** ______________________________
**ALI CHOUDHRI, Manager of JETALL/CROIX GP, LLC**

**By:** ______________________________
**MICHAEL CONRAD CROIX, Manager of JETALL/CROIX GP, LLC**

**LENDER:**

**SECURITY STATE BANK & TRUST**

**X** ______________________________
**Authorized Officer**

## PARTNERSHIP ACKNOWLEDGMENT

STATE OF Texas )
) SS
COUNTY OF Montgomery )

MAGDA ALONDRA MUNOZ-CORTES
NOTARY PUBLIC
STATE OF TEXAS
ID# 128217259
EXPIRES 7-20-2027

This instrument was acknowledged before me on November 4th, 20 24 by ALI CHOUDHRI, Manager of JETALL/CROIX GP, LLC, General Partner of JETALL/CROIX PROPERTIES LP and MICHAEL CONRAD CROIX, Manager of JETALL/CROIX GP, LLC, General Partner of JETALL/CROIX PROPERTIES LP, partners on behalf of JETALL/CROIX PROPERTIES LP, a partnership.

______________________________
Notary Public, State of Texas

## LENDER ACKNOWLEDGMENT

STATE OF Texas )
) SS
COUNTY OF Comal )

This instrument was acknowledged before me this 6th day of November, 20 24 by Russel Gribble as Branch President of Security State Bank & Trust, on behalf of such entity.

TINA STEVENS
My Notary ID # 125754799
Expires December 6, 2026

______________________________
Notary Public, State of Texas

3
memo
A

RP-2024-421572
11/12/2024 RP1 $33.00

Page 1 of 4 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2024-421572

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## MEMORANDUM OF EXTENSION OF REAL ESTATE NOTE AND LIEN

**SECURITY STATE BANK & TRUST NMLSR ID #402941**

**INDIVIDUAL LOAN ORIGINATOR : RUSSEL GRIBBLE NMLSR ID # 849314**

DATE: OCTOBER 25, 2024

NOTE:

Date: OCTOBER 25, 2023

Original Amount: ONE MILLION SEVEN HUNDRED SEVEN THOUSAND EIGHT HUNDRED FORTY-TWO AND 40/100 ($1,707,842.40) DOLLARS

Maker: JETALL/CROIX PROPERTIES LP, a Texas limited partnership

Payee: SECURITY STATE BANK & TRUST, Fredericksburg, Texas

Unpaid Principal and Interest: As stated in Extension of Real Estate Note and Lien dated OCTOBER 25, 2024

HOLDER: SECURITY STATE BANK & TRUST

HOLDER'S MAILING ADDRESS (including county): 201 W. Main Street, Fredericksburg, Gillespie County, Texas 78624

GRANTOR: JETALL/CROIX PROPERTIES LP, a Texas limited partnership

GRANTOR'S MAILING ADDRESS (including county): P.O BOX 132977 THE WOODLANDS, MONTGOMERY COUNTY, TEXAS 77393

NOTE AND LIEN ARE DESCRIBED IN THE FOLLOWING DOCUMENTS:

DEED OF TRUST DATED OCTOBER 25, 2023 AND RECORDED ON OCTOBER 27, 2023 IN THE OFFICIAL PUBLIC RECORDS OF HARRIS COUNTY, TEXAS UNDER DOCUMENT NO. RP-2023-412498.

PROPERTY (including improvements):

THE WEST 25 FEET OF LOT TWENTY-ONE (21) AND THE ADJOINING EAST 40 FEET OF LOT TWENTY-TWO (22), IN BLOCK NINE (9), OF SOUTHGATE, A SUBDIVISION IN HARRIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 10, PAGE 49 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

D

TERMS OF EXTENSION OF MATURITY:

Principal and interest shall be due and payable in accordance with the terms of the original note and an Extension of Real Estate Note and Lien of even date with this Memorandum by and between Holder and Grantor.

Page 2 of 4 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2024-421572

If Grantor is not primarily liable on the note, Grantor nevertheless agrees to pay the note.

Grantor promises to pay the unpaid principal and interest to the order of Holder of note and lien, according to the terms of the original note and the Extension of Real Estate Note and Lien of even date herewith. Grantor and Holder also renew and extend the liens.

When the context requires, singular nouns and pronouns include the plural.

CA)
10R
10R

JETALL/CROIX PROPERTIES LP, a Texas limited partnership

By: JETALL/CROIX GP, LLC, a Texas Limited liability company, its General Partner

By:____________________________
MICHAEL CONRAD CROIX, MANAGER

By:____________________________
ALI CHOUDHRI, MANAGER

THE STATE OF TEXAS §

COUNTY OF Montgomery §

This instrument was acknowledged before me on this the 4th day of November, 2024, by MICHAEL CONRAD CROIX and ALI CHOUDHRI, Managers of JETALL/CROIX GP, LLC a Texas limited liability company, the General Partner of JETALL/CROIX PROPERTIES LP, a Texas limited partnership, on behalf of said limited partnership.

MAGDA ALONDRA MUNOZ-CORTES
NOTARY PUBLIC
STATE OF TEXAS
ID# 128217259
EXPIRES 7-20-2027

____________________________
Notary Public, State of Texas

Page 3 of 4 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2024-421572

HOLDER:

SECURITY STATE BANK & TRUST

By: ____________________
RUSSEL GRIBBLE, BRANCH PRESIDENT

THE STATE OF TEXAS §

COUNTY OF Comal §

This instrument was acknowledged before me on this the 6th day of November 2024, by RUSSEL GRIBBLE, BRANCH PRESIDENT of SECURITY STATE BANK & TRUST, a banking corporation, on behalf of said corporation.

TINA STEVENS
My Notary ID # 125754799
Expires December 6, 2026

____________________
Notary Public, State of Texas

MAIL RECORDED DOCUMENTS TO:

Security State Bank & Trust
501 Landa Street
New Braunfels, TX 78130

FILED FOR RECORD

8:00:00 AM

Tuesday, November 12, 2024

COUNTY CLERK, HARRIS COUNTY, TEXAS

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS

I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED; in the Official Public Records of Real Property of Harris County Texas

Tuesday, November 12, 2024

COUNTY CLERK
HARRIS COUNTY, TEXAS

RP-2024-421572

Page 4 of 4 Wednesday, August 5, 2026 County Clerk Harris County, Texas

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This August 5, 2026**

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.**