# EXTENSION OF REAL ESTATE NOTE AND LIEN

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE ONLY

*##########00DI009601232025*

**THIS EXTENSION OF REAL ESTATE NOTE AND LIEN dated January 23, 2025, is made and executed between Jetall/Croix Properties LP, PO Box 132977, Spring, TX 77393 ("Grantor") and Security State Bank & Trust ("Lender").**

**NOTE.** Grantor has executed the following described Promissory Note payable to the order of Lender (the "Indebtedness")

**Real Estate Lien Note dated October 25, 2023 in the original amount of One Million Seven Hundred Seven Thousand Eight Hundred Forty Two and 40/100 ($1,707,842.40) Dollars. The present unpaid balance is One Million Seven Hundred Seven Thousand Eight Hundred Forty Two and 00/100 ($1,707,842.00) Dollars with unadvanced funds of Forty Cents 40/100. The undersigned hereby renew said note and promises to pay the present unpaid balance plus any additional advances and all accrued unpaid interest.**

**LIEN.** To secure the Indebtedness, Grantor has previously conveyed in trust for the benefit of Lender, certain Real Property pursuant to a Deed of Trust dated October 25, 2023 delivered to Lender's trustee, creating a lien upon the Real Property in favor of Lender (hereinafter referred to as the "Lien") and recorded in the real property records of Harris County, State of Texas as follows

Deed of Trust Dated October 25, 2023 and Recorded on October 27, 2023 In The Official Public Records of Harris County, Texas Under Document No RP-2023-412498

Memorandum of Extension of Real Estate Note and Lien Dated October 25, 2024 and Recorded on November 12, 2024 in The Official Public Records of Harris County, Texas Under Document No. RP-2024-421572.

**REAL PROPERTY DESCRIPTION.** The Lien covers the following described real property located in Harris County State of Texas

The West 25 feet of Lot Twenty-One (21) and the adjoining East 40 feet of Lot Twenty-Two (22), in Block Nine (9), of Southgate, a Subdivision in Harris County, Texas according to the map or plat thereof, recorded in volume 10, Page 49 of the Map Records of Harris County, Texas

The Real Property or its address is commonly known as 2232 Swift Blvd, Houston, TX 77030.

**EXTENSION OR MODIFICATION.** Grantor and Lender hereby extend or otherwise modify the Note and the Lien as follows

Payment terms - For the first six (6) months interest only shall be due and payable beginning February 23, 2025. Interest shall accrue only on amounts advanced from the date of advancement. Commencing August 23, 2025 principal and interest shall be due and payable in 36 consecutive monthly installments in the amount of $53,815.56 (or such larger or smaller amount as may be required from time to time pursuant to "adjustment of monthly installments" set forth in the original note and/or extension), and continuing regularly and monthly thereafter until July 23, 2028 when the entire amount hereof, principal and interest then remaining unpaid, shall be due and payable

Interest Rate Adjustment – the interest rate on the note shall be adjusted annually provided the maturity of this note has not been accelerated or the maker has not elected to pay this note in full. The first such interest rate adjustment date shall be the 23rd day of January 2026, regularly and annually thereafter until the note is fully paid. The interest rate that shall go into effect on each interest rate adjustment date shall be equal to the index set forth in the original note or as modified herein, and such rate shall be effective until the next interest rate adjustment date. In no event shall the interest rate charged hereunder ever exceed 18.00% per annum nor be less than 5.00% per annum

Index – the index as used herein shall be the Wall Street Journal Prime Rate Quoted From Time To Time By The Wall Street Journal, but which index (and the interest rate based thereon) for other credits or loans. If the index ceases to be made available, the noteholder will set the note interest rate by using a comparable index. The rate of interest charged herein shall be the Wall Street Journal, Plus 0.75%. The index on the date of execution hereof is 7.50%. Resulting in an initial rate of 8.25% per annum.

**CONTINUING VALIDITY.** Except as expressly modified in this Extension Agreement, the terms of the original Lien and Note shall remain unchanged and in full force and effect until the Indebtedness has been paid. Consent by Lender to this Extension Agreement does not waive Lender's right to require strict performance of the Lien and Note as changed in this Extension Agreement or obligate Lender to make any future modifications. Nothing in this Extension Agreement shall constitute a satisfaction of the Lien and Note or other credit agreement secured by the Lien. It is the intention of Lender to retain as liable all parties to the Lien and all parties, makers and endorsers to the Note, including accommodation parties, unless a party is expressly released by Lender in writing. Any maker or endorser, including accommodation makers shall not be released by virtue of this Extension Agreement. If any person who signed the original Lien or Note does not sign this Extension Agreement, then all persons signing below acknowledge that this Extension Agreement is given conditionally, based on the representation to Lender that the non-signing person consents to the changes and provisions of this Extension Agreement or otherwise will not be released by it. This waiver applies not only to any initial extension or modification, but also to all such subsequent extensions and modifications.

**EACH PARTY TO THIS AGREEMENT ACKNOWLEDGES HAVING READ ALL THE PROVISIONS OF THIS EXTENSION OF REAL ESTATE NOTE AND LIEN, AND EACH AGREES TO ITS TERMS.**

Exhibit X

original note and an Extension of Real Estate Note and Lien of even date with this Memorandum by and between Holder and Grantor.

If Grantor is not primarily liable on the note, Grantor nevertheless agrees to pay the note.

Grantor promises to pay the unpaid principal and interest to the order of Holder of note and lien, according to the terms of the original note and the Extension of Real Estate Note and Lien of even date herewith. Grantor and Holder also renew and extend the liens.

When the context requires, singular nouns and pronouns include the plural.

**Executed on February 10, 2025 but Effective January 23, 2025**

Jetall/Croix Properties LP, a Texas limited partnership

By: Jetall/Croix GP, LLC a Texas limited liability company, its General Partner

Michael Conrad Croix, Manager

Ali Choudhri, Manager

THE STATE OF TEXAS §

COUNTY OF Montgomery §

This instrument was acknowledged before me on this the 11 day of February, 2025, by Michael Conrad Croix, Manager of Jetall/Croix GP, LLC a Texas limited liability company, the General Partner of Jetall/Croix Properties LP, a Texas limited partnership, on behalf of said limited partnership.

MAGDA ALONDRA MUNOZ-CORTES NOTARY PUBLIC STATE OF TEXAS ID# 128217259 EXPIRES 7-20-2027

Notary Public, State of Texas

THE STATE OF TEXAS §

COUNTY OF Montgomery §

This instrument was acknowledged before me on this the 11 day of February 2025, by Ali Choudhri, Manager of Jetall/Croix GP, LLC a Texas limited liability company, the General Partner of Jetall/Croix Properties LP, a Texas limited partnership, on behalf of said limited partnership.

MAGDA ALONDRA MUNOZ-CORTES NOTARY PUBLIC STATE OF TEXAS ID# 128217259 EXPIRES 7-20-2027

Notary Public, State of Texas

## EXTENSION OF REAL ESTATE NOTE AND LIEN
(Continued)



GRANTOR

JETALL/CROIX PROPERTIES LP

JETALL/CROIX GP, LLC, General Partner of Jetall/Croix Properties LP

By ______________________
Michael Conrad Croix, Manager of Jetall/Croix GP, LLC, Executed February 10, 2025 but effective January 23, 2025

By ______________________
Ali Choudhri, Manager of Jetall/Croix GP, LLC, Executed February 10, 2025 but effective January 23, 2025

LENDER

SECURITY STATE BANK & TRUST

X ______________________
Authorized Officer

## PARTNERSHIP ACKNOWLEDGMENT

STATE OF Texas )
) SS
COUNTY OF Montgomery )

This instrument was acknowledged before me on February 11, 2025 by Michael Conrad Croix, Manager of Jetall/Croix GP, LLC, Executed February 10, 2025 but effective January 23, 2025 and Ali Choudhri, Manager of Jetall/Croix GP, LLC, Executed February 10, 2025 but effective January 23, 2025, partners on behalf of Jetall/Croix Properties LP, a partnership.

MAGDA ALONDRA MUNOZ-CORTES
NOTARY PUBLIC
STATE OF TEXAS
ID# 128217259
EXPIRES 7-20-2027

______________________
Notary Public, State of Texas

## LENDER ACKNOWLEDGMENT

STATE OF ______________________ )
) SS
COUNTY OF ______________________ )

This instrument was acknowledged before me this ____________ day of ______________, 20____ by ____________ ____________ as ______________________ of Security State Bank & Trust, on behalf of such entity.

______________________
Notary Public, State of Texas

HOLDER:

SECURITY STATE BANK & TRUST

By: ______________________

Russel Gribble, Branch President

THE STATE OF TEXAS §

COUNTY OF ____________ §

This instrument was acknowledged before me on this the ___ day of __________ 2025, by Russel Gribble, Branch President of SECURITY STATE BANK & TRUST, a banking corporation, on behalf of said corporation.

______________________

Notary Public, State of Texas

MAIL RECORDED DOCUMENTS TO:

Security State Bank & Trust
501 Landa Street
New Braunfels, Comal County, TX 78130

RP-2025-81428
03/06/2025 RP2 $33.00

3
memo

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

**MEMORANDUM OF EXTENSION OF REAL ESTATE NOTE AND LIEN**

**SECURITY STATE BANK & TRUST NMLSR ID #402941**

**INDIVIDUAL LOAN ORIGINATOR : Russel Gribble NMLS ID #849314**

DATE: January 23, 2025, Executed February 10, 2025

NOTE:

Date: October 25, 2023

Original Amount: One Million Seven Hundred Seven Thousand Eight Hundred Forty Two and 40/100 ($1,707,842.40) Dollars

Maker: Jetall/Croix Properties LP, a Texas limited partnership

Payee: SECURITY STATE BANK & TRUST, Fredericksburg, Texas

Unpaid Principal and Interest: As stated in Extension of Real Estate Note and Lien dated January 23, 2025

HOLDER: SECURITY STATE BANK & TRUST

HOLDER'S MAILING ADDRESS (including county): 201 W. Main Street, Fredericksburg, Gillespie County, Texas 78624

GRANTOR: Jetall/Croix Properties LP, a Texas limited partnership

GRANTOR'S MAILING ADDRESS (including county): PO Box 132977, The Woodlands, Montgomery County, Texas 77393

NOTE AND LIEN ARE DESCRIBED IN THE FOLLOWING DOCUMENTS:

Deed of Trust Dated October 25, 2023 and Recorded on October 27, 2023 In The Official Public Records of Harris County, Texas Under Document No. RP-2023-412498.

Memorandum of Extension of Real Estate Note and Lien Dated October 25, 2024 and Recorded on November 12, 2024 In The Official Public Records of Harris County, Texas Under Document No. RP-2024-421572.

PROPERTY (including improvements):

The West 25 feet of Lot Twenty-One (21) and the adjoining East 40 feet of Lot Twenty-Two (22), in Block Nine (9), of Southgate, a Subdivision in Harris County, Texas according to the map or plat thereof, recorded in volume 10, Page 49 of the Map Records of Harris County, Texas.

TERMS OF EXTENSION OF MATURITY:

Principal and interest shall be due and payable in accordance with the terms of the

**RECORDER'S MEMORANDUM**
This instrument was damaged at the time received for filing.



RP-2025-81428

Page 1 of 4 Wednesday, August 5, 2026 County Clerk Harris County, Texas

Page 2 of 4 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2025-81428

original note and an Extension of Real Estate Note and Lien of even date with this Memorandum by and between Holder and Grantor.

If Grantor is not primarily liable on the note, Grantor nevertheless agrees to pay the note.

Grantor promises to pay the unpaid principal and interest to the order of Holder of note and lien, according to the terms of the original note and the Extension of Real Estate Note and Lien of even date herewith. Grantor and Holder also renew and extend the liens.

When the context requires, singular nouns and pronouns include the plural.

**Executed on February 10, 2025 but Effective January 23, 2025**

(2)
1 or
10R

Jetall/Croix Properties LP, a Texas limited partnership

By: Jetall/Croix GP, LLC a Texas limited liability company, its General Partner

____________________________
Michael Conrad Croix, Manager

____________________________
Ali Choudhri, Manager

THE STATE OF TEXAS §

COUNTY OF Montgomery §

This instrument was acknowledged before me on this the 11 day of February 2025, by Michael Conrad Croix, Manager of Jetall/Croix GP, LLC a Texas limited liability company, the General Partner of Jetall/Croix Properties LP, a Texas limited partnership, on behalf of said limited partnership.

MAGDA ALONDRA MUNOZ-CORTES NOTARY PUBLIC STATE OF TEXAS ID# 128217259 EXPIRES 7-20-2027

____________________________
Notary Public, State of Texas

THE STATE OF TEXAS §

COUNTY OF Montgomery §

This instrument was acknowledged before me on this the 11 day of February 2025, by Ali Choudhri, Manager of Jetall/Croix GP, LLC a Texas limited liability company, the General Partner of Jetall/Croix Properties LP, a Texas limited partnership, on behalf of said limited partnership.

MAGDA ALONDRA MUNOZ-CORTES NOTARY PUBLIC STATE OF TEXAS ID# 128217259 EXPIRES 7-20-2027

____________________________
Notary Public, State of Texas

HOLDER:

SECURITY STATE BANK & TRUST

By: ______________________________
Russel Gribble, Branch President

THE STATE OF TEXAS §

COUNTY OF Comal §

This instrument was acknowledged before me on this the 4th day of March 2025, by Russel Gribble, Branch President of SECURITY STATE BANK & TRUST, a banking corporation, on behalf of said corporation.

M. HUDDLESTON
Notary Public, State of Texas
My Commission expires
April 1, 2025
ID No. 12685559-9

______________________________
Notary Public, State of Texas

MAIL RECORDED DOCUMENTS TO:

Security State Bank & Trust c/o Alfred Herrera
501 Landa Street
New Braunfels, Comal County, TX 78130

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.



RP-2025-81428

Page 3 of 4 Wednesday, August 5, 2026 County Clerk Harris County, Texas

FILED FOR RECORD

8:00:00 AM

Thursday, March 6, 2025

Teneshia Hudspeth

COUNTY CLERK, HARRIS COUNTY, TEXAS

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS

I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED; in the Official Public Records of Real Property of Harris County Texas

COUNTY COURT OF HARRIS COUNTY, TEXAS

Thursday, March 6, 2025

Teneshia Hudspeth

COUNTY CLERK
HARRIS COUNTY, TEXAS

RP-2025-81428

Page 4 of 4 Wednesday, August 5, 2026 Teneshia Hudspeth County Clerk Harris County, Texas

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This August 5, 2026**

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.**