September 22nd, 2025

CERTIFICATE OF MAILING
CERTIFIED MAIL P-9589 0710 5270 0138 6438 62
RETURN RECEIPT REQUESTED

Jetall/Croix Properties LP
PO Box 132977
The Woodlands, TX 77393-2977

RE: Payment of Note #168216 dated October 25th, 2023 in the original principal amount of $1,707,842.00, payable to Security State Bank & Trust, secured by Deed of Trust Document No. RP-2023-412498.

Dear Mr. Croix:

Please be advised that your obligation to the Bank evidenced by the Note referred to above is delinquent. The last payment received was received on the 1st day of July, 2025 in the amount of $12,132.79. Therefore, you are past due in the following amounts: $77,298.40. The total amount due must be paid to Security State Bank & Trust immediately.

**Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the national guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.**

Sincerely,

Russel Gribble
Branch President
NMLS #849314
(830)626-3789

**Exhibit Y**