October 28th 2025

CERTIFICATE OF MAILING
CERTIFIED MAIL P-9589-0710-5270-0138-6440-05
RETURN RECEIPT REQUESTED

Jetall/Croix Properties LP
PO Box 132977
The Woodlands, TX 77393-2977

RE: Default in payment of Note #168216 dated October 25th, 2023 in the original principal amount of $1,707,842, payable to Security State Bank & Trust, secured by a first lien deed of trust located at 2232 Swift Blvd.

Dear Mr. Croix:

Because of your default in making payment in accordance with the terms of the Note and the Security Agreement described above, and because of your failure to bring the note current in accordance with the terms of the letter sent you on September 22nd, 2025 of intention to accelerate, the entire unpaid balance under the Agreement, together with late charges and collection expenses as provided for in the Agreement is hereby accelerated and declared immediately due and payable.

Please forward payment of the full amount, after acceleration, that is due and unpaid under the terms of the Note and Agreement to the Bank immediately. Please contact me for the full amount due and owing. I have been instructed that unless I receive a certified check, cashier's check, or money order for the full amount after acceleration, that is due and unpaid, on or before ten (10) days after the date of this letter, I am to take such steps as are necessary to protect the interest of Security State Bank & Trust.

**Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the national guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.**

Sincerely,

Russel Gribble
Branch President

CC: Law Office of Patrick M. Dooley

CC: Regular Mail

**Exhibit Z**