RP-2025-449999
11/12/2025 ER $29.00

Page 1 of 3 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2025-449999

<u>SECURITY STATE BANK & TRUST</u> TO <u>RUSSEL GRIBBLE</u>

THE STATE OF TEXAS, }
COUNTY OF HARRIS. }

**APPOINTMENT OF SUBSTITUTE TRUSTEE**

**Date:** November 12, 2025

**Deed of Trust**

**Date:** October 25, 2023

**Grantor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership

**Trustee:** DANIEL W. KEMP

**Beneficiary:** SECURITY STATE BANK & TRUST

**County Where Property is Located:** Harris County, Texas

**Recording Information:** Deed of Trust, Document No. RP-2023-412498 of the Official Public Records of Harris County, Texas

**Note**

**Date:** October 25, 2023

**Amount:** ONE MILLION SEVEN HUNDRED SEVEN THOUSAND EIGHT HUNDRED FORTY TWO AND 40/100 ($1,707,842.40) DOLLARS

**Debtor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership

**Holder and Beneficiary:** SECURITY STATE BANK & TRUST

**Property:**

BEING the West 25 feet of Lot Twenty-One (21) and the adjoining East 40 feet of Lot Twenty-Two (22), in Block Nine (9), of Southgate, a Subdivision in Harris County, Texas according to the map or plat thereof, recorded in Volume 10, Page 49 of the Map Records of Harris County, Texas.

**Substitute Trustee:** RUSSEL GRIBBLE

**Substitute Trustee's Mailing Address (including county):** c/o Patrick M. Dooley, Attorney at Law, 414 West Main Street, Fredericksburg, Texas 78624



Exhibit AA

Page 2 of 3 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2025-449999

Grantor has failed to perform obligations set out in the Deed of Trust, and in accordance with provisions of that instrument Beneficiary has declared the debt that it secures immediately due and requests that the property it conveys be sold in a Trustee's sale.

Beneficiary also appoints Substitute Trustee to act in accordance with the Deed of Trust and sell the property. Beneficiary requests copies of the Notice of Substitute Trustee's Sale from Substitute Trustee so that notice of the sale can be filed and furnished to Grantor in accordance with Section 51.002 of the Texas Property Code.

**THIS INSTRUMENT APPOINTS THE SUBSTITUTE TRUSTEE(S) IDENTIFIED TO SELL THE PROPERTY DESCRIBED IN THE SECURITY INSTRUMENT IDENTIFIED IN THIS NOTICE OF SALE. THE PERSON SIGNING THIS NOTICE IS THE ATTORNEY OR AUTHORIZED AGENT OF THE MORTGAGE OR MORTGAGE SERVICER.**

SECURITY STATE BANK & TRUST

By: ______________________
DANIEL W. KEMP, President

THE STATE OF TEXAS, }

COUNTY OF KERR. }

The above instrument was acknowledged before me on the 12th day of November, 2025, by DANIEL W. KEMP, President of SECURITY STATE BANK & TRUST, Texas banking corporation, on behalf of said corporation.

ISABELLA CHAVARRIA
Notary Public
State of Texas
ID # 129522177
My Comm. Expires 8/27/2029

______________________
Notary Public, State of Texas

**PREPARED IN THE LAW OFFICE OF: and AFTER RECORDING RETURN TO:**
THE DOOLEY FIRM
PATRICK M. DOOLEY
Attorney at Law
414 W. Main St.
Fredericksburg, Texas 78624

Page 3 of 3 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2025-449999

RP-2025-449999
# Pages 3
11/12/2025 02:54 PM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees $29.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically and any blackouts, additions or changes were present at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or use of the described real property because of color or race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED in the Official Public Records of Real Property of Harris County, Texas.

COUNTY COURT OF HARRIS COUNTY, TEXAS

COUNTY CLERK
HARRIS COUNTY, TEXAS

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This August 5, 2026**

*Teneshia Hudspeth*

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.**