RP-2025-459458
11/19/2025 ER $29.00

Page 1 of 3 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2025-459458

# NOTICE OF SUBSTITUTE TRUSTEE'S SALE

**Date:** 11/19/25

**Deed of Trust**

**Date:** October 23, 2023

**Grantor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership

**Beneficiary:** SECURITY STATE BANK & TRUST

**Substitute Trustee:** RUSSEL GRIBBLE

**Substitute Trustee's Address:** c/o Patrick M. Dooley, Attorney at Law, 414 West Main Street, Fredericksburg, Texas 78624

**Recording Information:** Deed of Trust, Document No. RP-2023-412498 of the Official Public Records of Harris County, Texas

**Note**

**Date:** October 23, 2023

**Amount:** ONE MILLION SEVEN HUNDRED SEVEN THOUSAND EIGHT HUNDRED FORTY TWO AND 40/100 ($1,707,842.40) DOLLARS

**Debtor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership

**Holder:** SECURITY STATE BANK & TRUST

**Holder of Note and Beneficiary:** SECURITY STATE BANK & TRUST

**Property:** BEING the West 25 feet of Lot Twenty-One (21) and the adjoining East 40 feet of Lot Twenty-Two (22), in Block Nine (9), of Southgate, a Subdivision in Harris County, Texas according to the map or plat thereof, recorded in Volume 10, Page 49 of the Map Records of Harris County, Texas.

**Date of Sale of Property (first Tuesday of month):** January 6, 2026

**Earliest Time of Sale of Property (between 10:00 a.m. and 4:00 p.m.):** 10:00 A.M.

**Place of Sale of Property (including county):** At the area designated by the Harris County Commissioner's Court in accordance with Section 51.002 of the Texas Property Code, being the Harris County Family Law Center, 1115 Congress, Houston, Texas.



Exhibit BB-1

Page 2 of 3 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2025-459458

Because of default in performance of the obligations of the Deed of Trust, Substitute Trustee will sell the property by public auction to the highest bidder for cash at the place and date specified to satisfy the debt secured by the Deed of Trust. The sale will begin at the earliest time stated above or within three (3) hours after that time.

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

SECURITY STATE BANK & TRUST

By:______________________________
RUSSEL GRIBBLE, Substitute Trustee

THE STATE OF TEXAS, }
COUNTY OF Comal. }

The above instrument was acknowledged before me on the 19th day of November, 2025, by RUSSEL GRIBBLE, Substitute Trustee, in his capacity therein expressed.

JANINE WATTS
Notary ID #132277784
My Commission Expires
December 13, 2027

Janine Watts
Notary Public, State of Texas

Page 3 of 3 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2025-459458
# Pages 3
11/19/2025 02:27 PM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees $29.00

RP-2025-459458

RECORDERS MEMORANDUM
This instrument was received and recorded electronically and any blackouts, additions or changes were present at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or use of the described real property because of color or race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED in the Official Public Records of Real Property of Harris County, Texas.

COUNTY COURT OF HARRIS COUNTY, TEXAS

Teneshia Hudspeth
COUNTY CLERK
HARRIS COUNTY, TEXAS

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This August 5, 2026**

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.**

Page 1 of 2 Thursday, August 6, 2026 County Clerk Harris County, Texas

FILED 1/12/2026 2:34:24 PM FRCL-2026-286 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

# NOTICE OF SUBSTITUTE TRUSTEE'S SALE

**Date:** 1/9/25

**Deed of Trust**

**Date:** October 25, 2023

**Grantor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership

**Beneficiary:** SECURITY STATE BANK & TRUST

**Substitute Trustee:** RUSSEL GRIBBLE

**Substitute Trustee's Address:** c/o Patrick M. Dooley, Attorney at Law, 414 West Main Street, Fredericksburg, Texas 78624

**Recording Information:** Deed of Trust, Document No. RP-2023-412498 of the Official Public Records of Harris County, Texas

**Note**

**Date:** October 25, 2023

**Amount:** ONE MILLION SEVEN HUNDRED SEVEN THOUSAND EIGHT HUNDRED FORTY TWO AND 40/100 ($1,707,842.40) DOLLARS

**Debtor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership

**Holder:** SECURITY STATE BANK & TRUST

**Holder of Note and Beneficiary:** SECURITY STATE BANK & TRUST

**Property:** BEING the West 25 feet of Lot Twenty-One (21) and the adjoining East 40 feet of Lot Twenty-Two (22), in Block Nine (9), of Southgate, a Subdivision in Harris County, Texas according to the map or plat thereof, recorded in Volume 10, Page 49 of the Map Records of Harris County, Texas.

**Date of Sale of Property (first Tuesday of month):** February 3, 2026

**Earliest Time of Sale of Property (between 10:00 a.m. and 4:00 p.m.):** 10:00 A.M.

**Place of Sale of Property (including county):** At the area designated by the Harris County Commissioner's Court in accordance with Section 51.002 of the Texas Property Code, being the Bayou City Event Center, 9401 Knight Road, Houston, TX 77045.



Exhibit BB-2

Page 2 of 2 Thursday, August 6, 2026 County Clerk Harris County, Texas

FILED 1/12/2026 2:34:24 PM FRCL-2026-286 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

Because of default in performance of the obligations of the Deed of Trust, Substitute Trustee will sell the property by public auction to the highest bidder for cash at the place and date specified to satisfy the debt secured by the Deed of Trust. The sale will begin at the earliest time stated above or within three (3) hours after that time.

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

SECURITY STATE BANK & TRUST

By: ______________________________
RUSSEL GRIBBLE, Substitute Trustee

THE STATE OF TEXAS, }

COUNTY OF Comal }

The above instrument was acknowledged before me on the 9th day of January, 2026, by RUSSEL GRIBBLE, Substitute Trustee, in his capacity therein expressed.

JULIE GALLEGOS
Notary Public
State of Texas
ID # 134889806
My Comm. Expires 05/07/2028

______________________________
Notary Public, State of Texas

jw/frcl/25-438/SSBT-NB/Jetall
Notice of Sale (February)
Page 2

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This August 6, 2026**

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Confidential information may have been redacted from the document in compliance with the Public Information Act.**

FILED 3/5/2026 10:36:30 AM FRCL-2026-1561 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

Page 1 of 2 Thursday, August 6, 2026 County Clerk Harris County, Texas

## NOTICE OF SUBSTITUTE TRUSTEE'S SALE

**Date:** 3/14/26

**Deed of Trust**

**Date:** October 25, 2023

**Grantor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership

**Beneficiary:** SECURITY STATE BANK & TRUST

**Substitute Trustee:** RUSSEL GRIBBLE

**Substitute Trustee's Address:** c/o Patrick M. Dooley, Attorney at Law, 414 West Main Street, Fredericksburg, Texas 78624

**Recording Information:** Deed of Trust, Document No. RP-2023-412498 of the Official Public Records of Harris County, Texas

**Note**

**Date:** October 25, 2023

**Amount:** ONE MILLION SEVEN HUNDRED SEVEN THOUSAND EIGHT HUNDRED FORTY TWO AND 40/100 ($1,707,842.40) DOLLARS

**Debtor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership

**Holder:** SECURITY STATE BANK & TRUST

**Holder of Note and Beneficiary:** SECURITY STATE BANK & TRUST

**Property:** BEING the West 25 feet of Lot Twenty-One (21) and the adjoining East 40 feet of Lot Twenty-Two (22), in Block Nine (9), of Southgate, a Subdivision in Harris County, Texas according to the map or plat thereof, recorded in Volume 10, Page 49 of the Map Records of Harris County, Texas.

**Date of Sale of Property (first Tuesday of month):** April 7, 2026

**Earliest Time of Sale of Property (between 10:00 a.m. and 4:00 p.m.):** 10:00 A.M.

**Place of Sale of Property (including county):** At the area designated by the Harris County Commissioner's Court in accordance with Section 51.002 of the Texas Property Code, being the Bayou City Event Center, 9401 Knight Road, Houston, TX 77045.



Exhibit BB-3

Page 2 of 2 Thursday, August 6, 2026 County Clerk Harris County, Texas

FILED 3/5/2026 10:36:30 AM FRCL-2026-1561 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

Because of default in performance of the obligations of the Deed of Trust, Substitute Trustee will sell the property by public auction to the highest bidder for cash at the place and date specified to satisfy the debt secured by the Deed of Trust. The sale will begin at the earliest time stated above or within three (3) hours after that time.

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

SECURITY STATE BANK & TRUST

By:________________________
RUSSEL GRIBBLE, Substitute Trustee

THE STATE OF TEXAS, }
COUNTY OF Comal. }

The above instrument was acknowledged before me on the 4th day of March, 2026, by RUSSEL GRIBBLE, Substitute Trustee, in his capacity therein expressed.

TINA STEVENS
My Notary ID # 125754799
Expires December 6, 2026

________________________
Notary Public, State of Texas

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This August 6, 2026**

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Confidential information may have been redacted from the document in compliance with the Public Information Act.**

FILED 5/20/2026 1:39:45 PM FRCL-2026-3557 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

Page 1 of 2 Thursday, August 6, 2026 County Clerk Harris County, Texas

# NOTICE OF SUBSTITUTE TRUSTEE'S SALE

**Date:** 5/20/2026

**Deed of Trust**

**Date:** October 25, 2023

**Grantor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership

**Beneficiary:** SECURITY STATE BANK & TRUST

**Substitute Trustee:** RUSSEL GRIBBLE

**Substitute Trustee's Address:** c/o Patrick M. Dooley, Attorney at Law, 414 West Main Street, Fredericksburg, Texas 78624

**Recording Information:** Deed of Trust, Document No. RP-2023-412498 of the Official Public Records of Harris County, Texas

**Note**

**Date:** October 25, 2023

**Amount:** ONE MILLION SEVEN HUNDRED SEVEN THOUSAND EIGHT HUNDRED FORTY TWO AND 40/100 ($1,707,842.40) DOLLARS

**Debtor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership

**Holder:** SECURITY STATE BANK & TRUST

**Holder of Note and Beneficiary:** SECURITY STATE BANK & TRUST

**Property:** BEING the West 25 feet of Lot Twenty-One (21) and the adjoining East 40 feet of Lot Twenty-Two (22), in Block Nine (9), of Southgate, a Subdivision in Harris County, Texas according to the map or plat thereof, recorded in Volume 10, Page 49 of the Map Records of Harris County, Texas.

**Date of Sale of Property (first Tuesday of month):** July 7, 2026

**Earliest Time of Sale of Property (between 10:00 a.m. and 4:00 p.m.):** 10:00 A.M.

**Place of Sale of Property (including county):** At the area designated by the Harris County Commissioner's Court in accordance with Section 51.002 of the Texas Property Code, being the Bayou City Event Center, 9401 Knight Road, Houston, TX 77045.



Exhibit BB-4

FILED 5/20/2026 1:39:45 PM FRCL-2026-3557 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

Page 2 of 2 Thursday, August 6, 2026 County Clerk Harris County, Texas

Because of default in performance of the obligations of the Deed of Trust, Substitute Trustee will sell the property by public auction to the highest bidder for cash at the place and date specified to satisfy the debt secured by the Deed of Trust. The sale will begin at the earliest time stated above or within three (3) hours after that time.

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

SECURITY STATE BANK & TRUST

By:____________________________
RUSSEL GRIBBLE, Substitute Trustee

THE STATE OF TEXAS, }
COUNTY OF Comal }

The above instrument was acknowledged before me on the 20 day of May, 2026, by RUSSEL GRIBBLE, Substitute Trustee, in his capacity therein expressed.

JULIE MARIE MARMOLEJO
Notary Public
State of Texas
ID # 123984867
My Comm. Expires 04/22/2028

____________________________
Notary Public, State of Texas

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This August 6, 2026**

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Confidential information may have been redacted from the document in compliance with the Public Information Act.**

FILED 8/6/2026 2:50:09 PM FRCL-2026-5719 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

Page 1 of 2 Tuesday, August 25, 2026 County Clerk Harris County, Texas

**NOTICE OF SUBSTITUTE TRUSTEE'S SALE**

**Date:** 8-6-2026

**Deed of Trust**

**Date:** October 25, 2023

**Grantor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership

**Beneficiary:** SECURITY STATE BANK & TRUST

**Substitute Trustee:** RUSSEL GRIBBLE

**Substitute Trustee's Address:** c/o Patrick M. Dooley, Attorney at Law, 414 West Main Street, Fredericksburg, Texas 78624

**Recording Information:** Deed of Trust, Document No. RP-2023-412498 of the Official Public Records of Harris County, Texas

**Note**

**Date:** October 25, 2023

**Amount:** ONE MILLION SEVEN HUNDRED SEVEN THOUSAND EIGHT HUNDRED FORTY TWO AND 40/100 ($1,707,842.40) DOLLARS

**Debtor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership

**Holder:** SECURITY STATE BANK & TRUST

**Holder of Note and Beneficiary:** SECURITY STATE BANK & TRUST

**Property:** BEING the West 25 feet of Lot Twenty-One (21) and the adjoining East 40 feet of Lot Twenty-Two (22), in Block Nine (9), of Southgate, a Subdivision in Harris County, Texas according to the map or plat thereof, recorded in Volume 10, Page 49 of the Map Records of Harris County, Texas.

**Date of Sale of Property (first Tuesday of month):** September 1, 2026

**Earliest Time of Sale of Property (between 10:00 a.m. and 4:00 p.m.):** 10:00 A.M.

**Place of Sale of Property (including county):** At the area designated by the Harris County Commissioner's Court in accordance with Section 51.002 of the Texas Property Code, being the Bayou City Event Center, 9401 Knight Road, Houston, TX 77045.



Exhibit BB-5

Page 2 of 2 Tuesday, August 25, 2026 County Clerk Harris County, Texas

FILED 8/6/2026 2:50:09 PM FRCL-2026-5719 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

Because of default in performance of the obligations of the Deed of Trust, Substitute Trustee will sell the property by public auction to the highest bidder for cash at the place and date specified to satisfy the debt secured by the Deed of Trust. The sale will begin at the earliest time stated above or within three (3) hours after that time.

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

SECURITY STATE BANK & TRUST

By: ______________________________
RUSSEL GRIBBLE, Substitute Trustee

THE STATE OF TEXAS, }

COUNTY OF Comal }

The above instrument was acknowledged before me on the 6th day of August, 2026, by RUSSEL GRIBBLE, Substitute Trustee, in his capacity therein expressed.

JULIE GALLEGOS
Notary Public
State of Texas
ID # 134889806
My Comm. Expires 05/07/2028

______________________________
Notary Public, State of Texas

jw/frcl/25-438/SSBT-NB/Jetall
Notice of Sale (Sept.)
Page 2

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This August 25, 2026**

Teneshia Hudspeth

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Confidential information may have been redacted from the document in compliance with the Public Information Act.**

# The Dooley Firm

PATRICK M. DOOLEY
ATTORNEY AT LAW
mike@thedooleyfirm.com

414 WEST MAIN STREET
FREDERICKSBURG, TEXAS 78624
*Telephone: (830) 997-4304*
*Fax: (830) 997-8283*

GENEVIEVE GOLD
ATTORNEY AT LAW
ggold@thedooleyfirm.com

September 11, 2026

***Certified Mail No. 9589071052701443585304***
***Return Receipt Requested and Regular Mail***
Jetall/Croix Properties, LP
c/o Jetall/Croix GP, LLC, General Manager
attn: Michael Conrad Croix, Manager
PO Box 132977
The Woodlands, Texas 77393-2977

***Certified Mail No. 9589071052701443585311***
***Return Receipt Requested and Regular Mail***
Jetall/Croix Properties, LP
c/o Jetall/Croix GP, LLC, General Manager
attn: Ali Choudhri, Manager
4521 San Felipe St., Unit 3201
Houston, Texas 77027-3388

***Certified Mail No. 9589071052701443585328***
***Return Receipt Requested and Regular Mail***
Michael Conrad Croix, Guarantor
PO Box 132977
The Woodlands, Texas 77393-2977

***Certified Mail No. 9589071052701443585335***
***Return Receipt Requested and Regular Mail***
Jetall/Croix Properties, LP
c/o Jetall/Croix GP, LLC, General Manager
attn: Michael Conrad Croix, Manager
25918 Oak Ridge Dr.
Spring, Texas 77380-2018

RE: October 25, 2023
Maker: Jetall/Croix Properties, LP, a Texas limited liability company
Original Principal Amount: $1,707,842.40

Dear Mr. Croix and Ms. Choudhri:

Please be advised because of nonpayment and noncompliance with Security State Bank & Trust's letter of October 28, 2025, that Security State Bank & Trust has accelerated the above referenced debt in accordance with the agreement executed by you. The entire amount of the debt is due and owing and the Trustee will proceed with foreclosure in accordance with the enclosed Notice of Substitute Trustee's Sale.

Sincerely,

Patrick M. Dooley

PMD/jw
cc: Security State Bank & Trust
enclosure

Exhibit BB-6

FILED 9/9/2026 1:13:09 PM FRCL-2026-6509 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

# NOTICE OF SUBSTITUTE TRUSTEE'S SALE

**Date:** 9-3-26

**Deed of Trust**

**Date:** October 25, 2023

**Grantor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership

**Beneficiary:** SECURITY STATE BANK & TRUST

**Substitute Trustee:** RUSSEL GRIBBLE

**Substitute Trustee's Address:** c/o Patrick M. Dooley, Attorney at Law, 414 West Main Street, Fredericksburg, Texas 78624

**Recording Information:** Deed of Trust, Document No. RP-2023-412498 of the Official Public Records of Harris County, Texas

**Note**

**Date:** October 25, 2023

**Amount:** ONE MILLION SEVEN HUNDRED SEVEN THOUSAND EIGHT HUNDRED FORTY TWO AND 40/100 ($1,707,842.40) DOLLARS

**Debtor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership

**Holder:** SECURITY STATE BANK & TRUST

**Holder of Note and Beneficiary:** SECURITY STATE BANK & TRUST

**Property:** BEING the West 25 feet of Lot Twenty-One (21) and the adjoining East 40 feet of Lot Twenty-Two (22), in Block Nine (9), of Southgate, a Subdivision in Harris County, Texas according to the map or plat thereof, recorded in Volume 10, Page 49 of the Map Records of Harris County, Texas.

**Date of Sale of Property (first Tuesday of month):** October 6, 2026

**Earliest Time of Sale of Property (between 10:00 a.m. and 4:00 p.m.):** 10:00 A.M.

**Place of Sale of Property (including county):** At the area designated by the Harris County Commissioner's Court in accordance with Section 51.002 of the Texas Property Code, being the Bayou City Event Center, 9401 Knight Road, Houston, TX 77045.

FILED 9/9/2026 1:13:09 PM FRCL-2026-6509 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

Because of default in performance of the obligations of the Deed of Trust, Substitute Trustee will sell the property by public auction to the highest bidder for cash at the place and date specified to satisfy the debt secured by the Deed of Trust. The sale will begin at the earliest time stated above or within three (3) hours after that time.

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

SECURITY STATE BANK & TRUST

By: ______________________________
RUSSEL GRIBBLE, Substitute Trustee

THE STATE OF TEXAS, }
COUNTY OF Comal. }

The above instrument was acknowledged before me on the 3 day of September, 2026, by RUSSEL GRIBBLE, Substitute Trustee, in his capacity therein expressed.

NOTARY PUBLIC STATE OF TEXAS
JULIE MARIE MARMOLEJO
Notary Public
State of Texas
ID # 123984867
My Comm. Expires 04/22/2028

Julie Marmolejo
______________________________
Notary Public, State of Texas

FILED 10/13/2026 1:28:31 PM FRCL-2026-7668 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

Page 1 of 2 Thursday, November 5, 2026 County Clerk Harris County, Texas

# NOTICE OF SUBSTITUTE TRUSTEE'S SALE

**Date:** October 13, 2026

**Deed of Trust**

**Date:** October 25, 2023

**Grantor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership

**Beneficiary:** SECURITY STATE BANK & TRUST

**Substitute Trustee:** RUSSEL GRIBBLE

**Substitute Trustee's Address:** c/o Patrick M. Dooley, Attorney at Law, 414 West Main Street, Fredericksburg, Texas 78624

**Recording Information:** Deed of Trust, Document No. RP-2023-412498 of the Official Public Records of Harris County, Texas

**Note**

**Date:** October 25, 2023

**Amount:** ONE MILLION SEVEN HUNDRED SEVEN THOUSAND EIGHT HUNDRED FORTY TWO AND 40/100 ($1,707,842.40) DOLLARS

**Debtor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership

**Holder:** SECURITY STATE BANK & TRUST

**Holder of Note and Beneficiary:** SECURITY STATE BANK & TRUST

**Property:** BEING the West 25 feet of Lot Twenty-One (21) and the adjoining East 40 feet of Lot Twenty-Two (22), in Block Nine (9), of Southgate, a Subdivision in Harris County, Texas according to the map or plat thereof, recorded in Volume 10, Page 49 of the Map Records of Harris County, Texas.

**Date of Sale of Property (first Tuesday of month):** November 3, 2026

**Earliest Time of Sale of Property (between 10:00 a.m. and 4:00 p.m.):** 10:00 A.M.

**Place of Sale of Property (including county):** At the area designated by the Harris County Commissioner's Court in accordance with Section 51.002 of the Texas Property Code, being the Bayou City Event Center, 9401 Knight Road, Houston, TX 77045.



Exhibit BB-7

Page 2 of 2 Thursday, November 5, 2026 County Clerk Harris County, Texas

FILED 10/13/2026 1:28:31 PM FRCL-2026-7668 TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

Because of default in performance of the obligations of the Deed of Trust, Substitute Trustee will sell the property by public auction to the highest bidder for cash at the place and date specified to satisfy the debt secured by the Deed of Trust. The sale will begin at the earliest time stated above or within three (3) hours after that time.

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

SECURITY STATE BANK & TRUST

By: ______________________
RUSSEL GRIBBLE, Substitute Trustee

THE STATE OF TEXAS, }
COUNTY OF Comal. }

The above instrument was acknowledged before me on the 13 day of October, 2026, by RUSSEL GRIBBLE, Substitute Trustee, in his capacity therein expressed.

JULIE MARIE MARMOLEJO
Notary Public
State of Texas
ID # 123984867
My Comm. Expires 04/22/2028

Julie Marmolejo
Notary Public, State of Texas

jw/frcl/25-438/SSBT-NB/Jetall
Notice of Sale (Nov.)
Page 2

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This November 5, 2026**

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Confidential information may have been redacted from the document in compliance with the Public Information Act.**