# SECOND LIEN REAL ESTATE NOTE

**Date:** October 26, 2023

**Borrower:** JETALL/CROIX PROPERTIES LP, a Texas limited partnership

**Borrower's Mailing Address:**

JETALL/CROIX PROPERTIES LP, a Texas limited partnership
25918 Oak Ridge Dr.
Spring, TX 77380
Montgomery County

**Lender:** MCITBE, LLC, a Texas limited liability company

**Place for Payment:**

MCITBE, LLC
1001 West loop S, STE 700
Houston, TX 77027
Harris County

**Principal Amount:** FOUR HUNDRED THIRTY THREE THOUSAND NINE HUNDRED FORTY SIX AND 26/100 DOLLARS ($433,946.26)

**Annual Interest Rate:** NINE AND 1/4 PERCENT (9.25%) Per Annum

**Maturity Date:** OCTOBER 25, 2024

**Annual Interest Rate on Matured, Unpaid Amounts**: THE LESSER AMOUNT OF 18% PER ANNUM INTEREST OR THE HIGHEST LAWFUL RATE.

**Terms of Payment (principal and interest)**: Interest only is due and payable in monthly installments on the same day of each month, beginning November 25, 2023 and continuing until October 25, 2024, when the entire unpaid principal and accrued, unpaid interest shall be due and payable in full. Payments will be applied first to accrued interest and the remainder to reduction of the Principal Amount.

**Prior Lien:** The lien evidenced by this note will be subordinate to the lien securing payment of a note, and any renewals, extensions, and modifications thereof, executed by



**Exhibit CC**

JETALL/CROIX PROPERTIES LP, a Texas limited partnership, payable to the order of SECURITY STATE BANK & TRUST, and more fully described in a deed of trust recorded in the real property records of the county in which the Property is located. If default occurs in payment of any part of principal or interest of that note or in observance of any covenants of the deed of trust securing it, the entire debt evidenced by this note will immediately become payable at the option of Lender.

**Security for Payment**: This note is secured by a vendor's lien and superior title retained in a deed of even date herewith from MCITBE, LLC, a Texas limited liability company and by a deed of trust of even date from Borrower to PATRICK T. MURPHY, Trustee, both of which cover the following real property:

> THE WEST 25 FEET OF LOT TWENTY-ONE (21) AND THE ADJOINING EAST 40 FEET OF LOT TWENTY-TWO (22), IN BLOCK NINE (9), OF SOUTHGATE, A SUBDIVISION IN HARRIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 10, PAGE 49 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS (including any improvements, the "Property").

**Other Conditions:**

Borrower promises to pay to the order of Lender the Principal Amount plus interest at the Annual Interest Rate. This note is payable at the Place for Payment and according to the Terms of Payment. All unpaid amounts are due by the Maturity Date. After maturity, Borrower promises to pay any unpaid principal balance plus interest at the Annual Interest Rate on Matured, Unpaid Amounts.

Borrower, by execution hereof, agrees that if any installment is not received by the Payee prior to 5:00 p.m. on the tenth (10th) day after the date payment is due, Lender, at Lender's option, may charge Borrower, and Borrower shall pay, five percent (5%) late charge to defray the administrative costs of processing the delinquent payment.

If Borrower defaults in the payment of this note or in the performance of any obligation in any instrument securing or collateral to it, and the default continues after Lender gives Borrower notice of the default and the time within which it must be cured, as may be required by law or by written agreement, then Lender may declare the unpaid principal balance immediately due. Borrower and each surety, endorser, and guarantor waive all demands for payment, presentations for payment, notices of intention to accelerate maturity, notices of acceleration of maturity, protests, and notices of protest, to the extent permitted by law.

Borrower also promises to pay reasonable attorney's fees and court and other costs if this note is placed in the hands of an attorney to collect or enforce the note. These

expenses will bear interest from the date of advance at the Annual Interest Rate on Matured, Unpaid Amounts. Borrower will pay Lender these expenses and interest on demand at the Place for Payment. These expenses and interest will become part of the debt evidenced by the note and will be secured by any security for payment.

Borrower may prepay this note in any amount at any time before the Maturity Date without penalty or premium.

Prepayments will be applied to installments on the last maturing principal, and interest on that prepaid principal will immediately cease to accrue.

Interest on the debt evidenced by this note will not exceed the maximum rate or amount of nonusurious interest that may be contracted for, taken, reserved, charged, or received under law. Any interest in excess of that maximum amount will be credited on the Principal Amount or, if the Principal Amount has been paid, refunded. On any acceleration or required or permitted prepayment, any excess interest will be canceled automatically as of the acceleration or prepayment or, if the excess interest has already been paid, credited on the Principal Amount or, if the Principal Amount has been paid, refunded. This provision overrides any conflicting provisions in this note and all other instruments concerning the debt.

Each Borrower is responsible for all obligations represented by this note.

When the context requires, singular nouns and pronouns include the plural.

If any provision of this note conflicts with any provision of a loan agreement, deed of trust, or security agreement of the same transaction between Lender and Borrower, the provisions of the deed of trust will govern to the extent of the conflict.

This note will be construed under the laws of the state of Texas, without regard to choice-of-law rules of any jurisdiction.

JETALL/CROIX PROPERTIES LP, a Texas limited partnership

By: JETALL/CROIX PROPERTIES GP, a Texas limited company
its General Partner

By: ______________________________
Michael Conrad Croix, Manager

By: ______________________________
Ali Choudhri, Manager