REMAP
H

RP-2026-50125
02/10/2026 RP2 $25.00

# SUBSTITUTION OF TRUSTEE

MCITBE, LLC, a Texas limited liability company, as the beneficiary of record under the Deed of Trust dated October 25, 2023, executed by JETALL/CROIX PROPERTIES, LP, Grantor, in which MCITBE, LLC is the Lender and Patrick T. Murphy is the Trustee, filed and recorded on October 27, 2023 under File Number RP-2023-412499 of the Official Public Records of Real Property of Harris County, Texas hereby substitute Zak K. Patel, as Trustee, succeeding to all rights and responsibilities of Trustee, in the place of Patrick T. Murphy, the Trustee currently of record.

Executed on February 10, 2026 in Harris County, Texas.

MCITBE, LLC

BY: S. Choudh

Printed Name: Shahnaz Choudh

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

## ACKNOWLEDGMENTS

STATE OF TEXAS

COUNTY OF HARRIS

Before me, the undersigned Notary Public, on this day personally appeared Shahnaz Choudhri, known to me through personal acquaintance to be the person whose name is subscribed to the foregoing instrument, and who acknowledged to me that he/she executed the instrument for the purposes and considerations expressed in it, doing so as Member of MCITBE, LLC, a Texas limited liability company, and on its behalf.

MICHELLE BRIGHT
Notary Public, State of Texas
Comm. Expires 08-29-2028
Notary ID 131170560

Notary Public, State of Texas
My commission expires: 08/29/2028

Date: 02/10/2026

Ret. Jetall/Croix Properties LLC
PO Box 132977
The Woodlands, TX 77393

RP-2026-50125

Page 1 of 2 Wednesday, August 5, 2026 County Clerk Harris County, Texas

**Exhibit EE**

# FILED FOR RECORD

3:54:13 PM

Tuesday, February 10, 2026

COUNTY CLERK, HARRIS COUNTY, TEXAS

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS

I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED; in the Official Public Records of Real Property of Harris County Texas

Tuesday, February 10, 2026

COUNTY CLERK
HARRIS COUNTY, TEXAS

COUNTY COURT OF HARRIS COUNTY, TEXAS

RP-2026-50125

Page 2 of 2 Wednesday, August 5, 2026 County Clerk Harris County, Texas

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This August 5, 2026**

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.**