3, TRSALE #

RP-2026-50126
02/10/2026 RP2 $33.00

Page 1 of 4 Wednesday, August 5, 2026 County Clerk Harris County, Texas

NOTICE OF SUBSTITUTE TRUSTEE'S SALE

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

(3) 10R

WHEREAS, by the Deed of Trust, executed by JETALL/CROIX PROPERTIES, LP, a Texas limited partnership (hereinafter, the "Debtor"), dated effective October 25, 2023, recorded under County Clerk's File No. RP-2023-41299 among the Official Real Property Records of Harris County, Texas (hereinafter the "Deed of Trust"), to which Deed of Trust and the record thereof reference is here made for all purposes, Debtor, conveyed to Patrick T. Murphy, as Trustee, to secure that one Note, dated October 25, 2023, in the original principal amount of FOUR HUNDRED THIRTY-THREE THOUSAND NINE HUNDRED FOURTY-SIX and 26/100 DOLLARS ($433,946.26), executed by Debtor ("Borrower") payable to the order of MCITBE, LLC, a Texas limited liability company (the "Note") certain real property being described as follows:

> BEING the West 25 feet of Lot Twenty-One (21) and the adjoining East 40 feet of Lot Twenty-Two (22), in Block Nine (9), of Southgate, a Subdivision in Harris County, Texas according to the map or plat thereof, recorded in Volume 10, Page 49 of the Map Records of Harris County, Texas, more commonly known as 2232 Swift Blvd., Houston, TX 77030.

D

(the "Land") together with all buildings and other improvements thereon and hereafter placed thereon and all fixtures materials, equipment, apparatus, furniture, furnishings and other property real and personal, now or hereafter installed or used on the above described property or the improvements thereon, including, but not limited to all heating, lighting, refrigeration, plumbing, ventilating, incinerating, water-heating, cooking and air conditioning equipment fixtures and appurtenances, window screens, window shades. venetian blinds, awnings, drapes, rugs and other floor coverings and shrubbery and other chattels and personal property used or furnished in connection with the operation, use and enjoyment of the above described property and the improvements thereon, and all renewals, replacements and substitutions thereof and additions thereto, all of which said property and fixtures shall be deemed to be a part of and affixed to the above described real property, all rents, revenue, income and profits arising from any part of the above-described property and the use thereof, including all rents, revenues, bonus money, royalties, rights and benefits accruing to Grantors under all present and future oil, gas and mineral leases on any part of the above-described property, all rights, title and interest of Grantors in and to any utility capacities and wastewater reservations relating to any part of the above-described property, all rights, title and interest of Grantors in and to any and all Wastewater Capacity Reservations of any kind or character, if any, covering the Land or Improvements, issued or which may be issued by any governmental agencies having jurisdictions thereof and all other rights relating to sewage treatment capacity, water capacity and utilities servicing the Land or Improvements (said rights described in this subparagraph being collectively sometimes called "Utilities Rights") and all rights, title and interest of Grantors in and to any permits, licenses, franchises, certificates and other rights and privileges obtained in connection with said real property; and all the estate, right, title and interest of every nature whatsoever of the Grantors in and to all of the foregoing and every part and parcel thereof.

RP-2026-50126

WHEREAS, the Note has matured by its terms and default has occurred under the terms of the Note and in that the indebtedness evidenced thereby is now wholly due, and the Debtor has failed, and continues to fail, to pay the Note, MCITBE, LLC, as the owner and holder of the Note, and Beneficiary of the Deed of Trust, requested the undersigned, or other designated substitute trustees, to sell the Property to satisfy the indebtedness; and

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that after posting and filing this Notice at the place or places, and in the time required by law and by the Deed of Trust, I, or other designated substitute trustees, will sell, for cash or cash equivalent, at the Grand Ballroom of the Bayou City Event Center located at 9401 Knight Road Houston, Harris County, TX 77045, per order recorded in Clerk's File No. 20150492828 or such other location as may be designated after the sending of this notice and before the time of the sale, in which the Property is situated, to the highest bidder on Tuesday, the 3rd day of March 2026, which sale shall be held between the hours of 10:00 A.M. and 4:00 P.M. local time; the earliest time at which the Foreclosure Sale will begin is 10:00 A.M. and not later than three (3) hours thereafter.



Exhibit FF

Page 2 of 4 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2026-50126

The Deed of Trust may encumber both real and personal property. The sale noticed herein shall include the interest of Debtor in all fixtures and personal property covered by the Deed of Trust and any other documents executed in connection with or as security for the indebtedness, MCITBE, LLC having directed the undersigned to sell, and the undersigned hereby noticing the sale of, said fixtures and property pursuant to rights and remedies granted to MCITBE, LLC under the Deed of Trust and 9.604(a) of the Texas Business and Commerce Code.

The Foreclosure Sale will be conducted as a public auction and the Land will be sold to the highest bidder for cash, except that MCITBE, LLC's bid may be by credit against the indebtedness secured by the lien of the Deed of Trust.

The Foreclosure Sale will be made expressly subject to any title matters set forth in the Deed of Trust, but prospective bidders are reminded that by law the Foreclosure Sale will necessarily be made subject to all prior matters of record affecting the Land, if any, to the extent that they remain in force and effect and have not been subordinated to the Deed of Trust. For the avoidance of doubt, the Foreclosure Sale will not cover any part of the Land that has been released of public record from the lien and/or security interest of the Deed of Trust by MCITBE, LLC. Prospective bidders are strongly urged to examine the applicable property records to determine the nature and extent of such matters, if any.

PURSUANT TO SECTION 51.009 OF THE TEXAS PROPERTY CODE, THE SALE OF THE PROPERTY IS "AS IS" AND "WHERE IS" AND WITHOUT REPRESENTATION OR WARRANTY OF ANY KIND BY SUBSTITUTE TRUSTEE, EXPRESS, IMPLIED STATUTORY, QUASI-STATUTORY OR OTHERWISE, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE BEING EXPRESSLY DISCLAIMED, NEITHER CAPITAL BANK NOR SUBSTITUTE TRUSTEE MAKES ANY REPRESENTATIONS OR WARRANTIES WITH RESPECT TO COMPLIANCE WITH LAWS, RULES, AGREEMENTS, OR SPECIFICATIONS NOR WITH RESPECT TO CONDITION, QUALITY, CAPACITY, DESIGN, OPERATION, ABSENCE OR ANY LATENT DEFECTS OR ANY OTHER WARRANTY OR REPRESENTATION WHATSOEVER WITH RESPECT TO THE PROPERTY, ALL OF WHICH SHALL BE EXPRESSLY WAIVED BY PURCHASER.

ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ABE OR YOUR SPOUSE IS CURRENTLY SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR TUE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND A WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.

Section 51.0075(a) of the Texas Property Code and the Deed of Trust permits the Beneficiary to postpone, withdraw, or reschedule the sale for on other day. In that case, the Trustee or the Substitute Trustee under the Deed of Trust need not appear et the date, time, and place of a scheduled sale to announce the postponement, withdrawal, or rescheduling. Notice of the date of any rescheduled foreclosure sale will be reposed and refiled in accordance with the posting and filing requirements of the Texas Property Code. The reposting or refiling may be after the date originally scheduled for this sale.

**The undersigned was appointed as substitute trustee. THIS INSTRUMENT APPOINTS THE SUBSTITUTE TRUSTEE(S) IDENTIFIED TO SELL THE LAND/PROPERTY DESCRIBED IN THE SECURITY INSTRUMENT IDENTIFIED IN THIS NOTICE OF SALE. THE PERSON SIGNING THIS NOTICE IS THE ATTORNEY OR AUTHORIZED AGENT OF THE MORTGAGEE OR MORTGAGE SERVICER.**

The contact information for the Substitute Trustee is:

Xerxes (Zak) K. Patel
The Zak K. Patel Law Firm, PLLC
4141 Southwest Freeway, Suite 250
Houston, Texas 77027
Tel: 713.570.6000 x 101 | Fax: 832.514.7046
Email: zak@zakpatellaw.com

10R

EXECUTED in multiple originals this 10th day of February 2026.

Xerxes (Zak) K. Patel
Substitute Trustee

10R

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

Before me, the undersigned authority, on this day personally appeared Xerxes (Zak) K. Patel, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same as Substitute Trustee for the purposes and consideration therein expressed.

MARLENE SCANLIN
My Notary ID # 7988136
Expires February 11, 2029

Marlene Scanlin
Notary Public in and for the State of Texas

Ret: ✓✓
Jetall/Croix Properties, LLC
PO Box 132977
The Woodlands, Texas 77393



RP-2026-50126

Page 3 of 4 Wednesday, August 5, 2026 County Clerk Harris County, Texas

Page 4 of 4 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2026-50126

FILED FOR RECORD

3:54:14 PM

Tuesday, February 10, 2026

COUNTY CLERK, HARRIS COUNTY, TEXAS

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS

I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED; in the Official Public Records of Real Property of Harris County Texas

Tuesday, February 10, 2026

COUNTY COURT OF HARRIS COUNTY, TEXAS

COUNTY CLERK
HARRIS COUNTY, TEXAS

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This August 5, 2026**

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.**