RP-2026-78211
03/02/2026 ER $25.00

Page 1 of 2 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2026-78211

# NOTICE OF RESIGNATION OF SUBSTITUTE TRUSTEE

**STATE OF TEXAS**
**COUNTY OF HARRIS**

**KNOW ALL PERSONS BY THESE PRESENTS:** That I, Xerxes (Zak) K. Patel, do hereby resign as Substitute Trustee under that certain Deed of Trust described as follows:

**Original Grantor(s):** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership of 25918 Oak Ridge Dr., Spring, TX 77380

**Original Trustee(s):** Patrick T. Murphy of 2000 Bering Dr., Ste. 700-WBA, Houston, Harris Co., TX 77057

**Original Beneficiary/Lender:** MCITBE, LLC, a Texas limited liability company of 1001 West Loop S, Ste. 700, Houston, TX 77027

**Date of Deed of Trust:** October 27, 2023

**Recording Information:** Recorded in the Real Property Records of Harris County, Texas, under Instrument No./Clerk's File No. RP-2023-412499, Official Public Records of Harris County, Texas.

**Property Description:**

BEING the West 25 feet of Lot Twenty-One (21) and the adjoining East 40 feet of Lot Twenty-two (22), in Block Nine (9), of Southgate, a Subdivision in Harris County, Texas according to the map or plat thereof, recorded in Volume 10, Page 49 of the Map Records of Harris County, Texas, more commonly known as 2232 Swift Blvd., Houston, TX 77030.

The undersigned was appointed as Substitute Trustee under that certain Appointment of Substitute Trustee recorded under Instrument No./Clerk's File No. RP-2026-50125, Official Public Records of Harris County, Texas, filed February 10, 2026.

The undersigned hereby resigns as Substitute Trustee under said Deed of Trust, effective immediately upon the recording of this Notice in the Official Public Records of Harris County, Texas.

EXECUTED this 24th day of February 2026.

______________________________
Xerxes (Zak) K. Patel
c/o The Zak K. Patel Law Firm, PLLC, 4141 Southwest Freeway, Suite 250, Houston, Texas 77027

## ACKNOWLEDGMENT

**STATE OF TEXAS**
**COUNTY OF HARRIS**

This instrument was acknowledged before me on February 24, 2026, by Xerxes (Zak) K. Patel, as Substitute Trustee.

______________________________
Notary Public, State of Texas
My Commission Expires: ________________

SHARON MORK
Notary Public, State of Texas
Comm. Expires 05-03-2028
Notary ID 11960041

**After Recording Return To:**
JETALL/CROIX PROPERTIES, LP
P.O. Box 132977
The Woodlands, TX 77393

Exhibit GG

Page 2 of 2 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2026-78211
# Pages 2
03/02/2026 03:34 PM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees $25.00

RP-2026-78211

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY COURT OF HARRIS COUNTY, TEXAS

Teneshia Hudspeth
COUNTY CLERK
HARRIS COUNTY, TEXAS

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This August 5, 2026**

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.**