3
DEED
K

RP-2026-91935
03/11/2026 RP1 $33.00





**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

# Substitute Trustee's Deed

**Date:** March 3, 2026

**Trustee:** Manfred Sternberg

**Deed of Trust**

**Date:** October 25, 2023

**Grantor:** JETALL/CROIX PROPERTIES, LP, a Texas limited partnership IOR

**Mortgagee:** MCITBE, LLC (a Texas Company)

**Recording information:** Deed of Trust, Document No. RP-2023-41299 of the Official Public Records of Harris County, Texas

**Property:**

BEING the West 25 feet of Lot Twenty-One (21) and the adjoining East 40 feet of Lot Twenty-Two (22), in Block Nine (9), of Southgate, a Subdivision in Harris County, Texas according to the map or plat thereof, recorded in Volume 10, Page 49 of the Map Records of Harris County, Texas. D

**Note**

**Date:** October 25, 2023

**Principal amount:** $433,946.26

**Borrower:** Jetall/Croix Properties, LP, a Texas limited partnership

**Mortgagee:** MCITBE, LLC (a Texas Company)

**Date of Sale:** March 3, 2026

**Time of Sale:** 11:38 a.m.



**Exhibit HH**

Page 2 of 4 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2026-91935

The sale was made on the Date of Sale, began at the Time of Sale or not later than three hours thereafter, and was concluded by 11:45 a.m.

**Place of Sale:** Place of Sale of Property (including county): At the area designated by the Harris County Commissioner's Court in accordance with Section 51.002 of the Texas Property Code, being the Bayou City Event Center, 9401 Knight Road, Houston, TX 77045.

1EE

**Buyer**: MCITBE, LLC
11511 Gallant Ridge Ln
Houston, TX 77082

**Amount of Sale:** $100,000.00

A default existed under the Deed of Trust and Mortgagee or its agent directed Trustee to enforce the trust.

Pursuant to the requirements of the Deed of Trust and the laws of the state of Texas, written notice of the time, place, date, and terms of the public foreclosure sale of the Property was posted at the courthouse of Harris County, Texas, the county in which the Property is situated, and a copy of the notice was also filed with the county clerk of Harris County, Texas, each notice having been posted and filed for at least twenty-one days proceeding the date of the foreclosure sale. Written notice of the time, date, place, and terms of the foreclosure sale was served on behalf of the current Mortgagee by certified mail on each debtor who, according to the records of the current Mortgagee, is obligated to pay any of the indebtedness and obligations. The certified-mail notices were timely sent by depositing the notices in the United States mail, postage prepaid in proper amount, and addressed to each debtor at the debtor's last known address as shown by the records of the current Mortgagee at least twenty-one days preceding the date of foreclosure.

In consideration of the promises and of the bid and payment of the amount of $100,000.00, the highest bid by Buyer, I as Substitute Trustee, by virtue of the authority conferred on me in the Deed of Trust, have GRANTED, SOLD, and CONVEYED all of the Property to Buyer and Buyer's heirs and assigns, to have and to hold the Property, together with the rights, privileges, and appurtenances thereto belonging unto Buyer and Buyer's heirs and assigns forever. I, as the Substitute Trustee, do hereby bind Grantor and Grantor's heirs and assigns to WARRANT and FOREVER DEFEND the Property to Buyer and Buyer's heirs and assigns forever, against the

claim or claims of all persons claiming the same or any part thereof.

TRUSTEE HAS NOT MADE, AND DOES NOT MAKE, ANY REPRESENTATION, EXPRESS OR IMPLIED, WITH RESPECT TO THE PERSONAL PROPERTY AND THE PERSONAL PROPERTY IS SOLD TO BUYER "AS IS, WHERE IS, AND WITH ALL FAULTS." THERE IS NO WARRANTY RELATING TO TITLE, POSSESSION, QUIET ENJOYMENT, OR THE LIKE IN THIS DISPOSITION OF PERSONAL PROPERTY.

Trustee

Manfred Sternberg, Substitute Trustee 10R

STATE OF TEXAS )
COUNTY OF HARRIS )

This instrument was acknowledged before me on March 11th, 2026, by Manfred Sternberg, Substitute Trustee, in his capacity therein expressed.

Notary Public, State of Texas

AFTER RECORDING RETURN TO:

Manfred Sternberg & Assoc
1980 Post Oak Blvd, Suite 200
Houston, Texas 77056

NOTARY PUBLIC STATE OF TEXAS
NADIA JABR
Notary ID #134025106
My Commission Expires
October 19, 2026



RP-2026-91935

Page 3 of 4 Wednesday, August 5, 2026 County Clerk Harris County, Texas

# FILED FOR RECORD

12:39:16 PM

Wednesday, March 11, 2026

COUNTY CLERK, HARRIS COUNTY, TEXAS

RP-2026-91935

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS

I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED; in the Official Public Records of Real Property of Harris County Texas

Wednesday, March 11, 2026

COUNTY CLERK
HARRIS COUNTY, TEXAS

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This August 5, 2026**

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.**