4
Remap
2

RP-2026-174171
05/05/2026 RP1 $37.00

Page 1 of 5 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2026-174171

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER**

STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF HARRIS §

**SUBSTITUTION OF TRUSTEE**

MCITBE, LLC., a Texas limited liability company, as the beneficiary of record under the Deed of Trust dated October 25, 2023, executed by JETALL/CROIX PROPERTIES, LP, Grantor, in which MCITBE, LLC is the Lender and Patrick T. Murphy is the Trustee, filed and recorded on October 27, 2023 under File Number RP-2023-412499 of the Official Public Records of Real Property of Harris County, Texas hereby substitute Manfred Sternberg, as Trustee, succeeding to all rights and responsibilities of Trustee, in the place of Zak K. Patel, the substituted Trustee currently of record.

(a) lee lee

This Appoint of Substitution of Trustee was originally executed on March 3, 2026 and is attached hereto as Exhibit "A" and incorporated by reference. The Original document was lost in transit and this replacement document is hereby provided.

EXECUTED May 5th, 2026 to be effective as of date of original appointment being March 3, 2026.

**MCITBE, LLC,**
a Texas limited liability company

By: ______________________
Paul Cox, Manager

**STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §



**Exhibit II**

Page 2 of 5 Wednesday, August 5, 2026 County Clerk Harris County, Texas

This instrument was acknowledged before me on the 5th day of May 2026, by Paul Cox, the Manager of MCITBE, LLC, a Texas limited liability company, on behalf and in his capacity as Manager of said limited liability company.

ROBERTO FAGUNDO
133439910
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
NOVEMBER 9, 2029

Notary Public, State of Texas

After Recording Return To:

Manfred Sternberg
1980 Post Oak Blvd., Suite 200
Houston, TX 77056

manfred@msternberg.com
TEL: (713) 622-4300

RP-2026-174171

Exhibit A

Page 3 of 5 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2026-174171

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

**THE STATE OF TEXAS** §

**COUNTY OF HARRIS** §

## SUBSTITUTION OF TRUSTEE

MCITBE, LLC, a Texas limited liability company, as the beneficiary of record under the Deed of Trust dated October 25, 2023, executed by JETALL/CROIX PROPERTIES, LP, Grantor, in which MCITBE, LLC is the Lender and Patrick T. Murphy is the Trustee, filed and recorded on October 27, 2023 under File Number RP-2023-412499 of the Official Public Records of Real Property of Harris County, Texas hereby substitute Manfred Sternberg, as Trustee, succeeding to all rights and responsibilities of Trustee, in the place of Zak K. Patel, the substitute Trustee currently of record.

Executed on March 3, 2026 in Harris County, Texas.

MCITBE, LLC

BY: ______________________

Printed Name: Paul Cox, Manager

## ACKNOWLEDGMENTS

STATE OF TEXAS

COUNTY OF HARRIS

Page 4 of 5 Wednesday, August 5, 2026 County Clerk Harris County, Texas

RP-2026-174171

Before me, the undersigned Notary Public, on this day personally appeared Paul Cox, known to me through personal acquaintance to be the person whose name is subscribed to the foregoing instrument, and who acknowledged to me that he/she executed the instrument for the purposes and considerations expressed in it, doing so as Member of MCITBE, LLC, a Texas limited liability company, and on its behalf.

SYDNEY M LIRIANO
NOTARY PUBLIC
STATE OF TEXAS
ID #134682565
EXPIRES 01/26/2028

Notary Public, State of Texas
My commission expires: 1-26-28

Date: 3/3/26

Return To:

Manfred Sternberg
1980 Post Oak Blvd, Suite 200
Houston, Texas 77056

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instument was filed and recorded.

FILED FOR RECORD

10:01:36 AM

Tuesday, May 5, 2026

COUNTY CLERK, HARRIS COUNTY, TEXAS

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS

I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED; in the Official Public Records of Real Property of Harris County Texas

COUNTY COURT OF HARRIS COUNTY, TEXAS

Tuesday, May 5, 2026

COUNTY CLERK
HARRIS COUNTY, TEXAS

RP-2026-174171

Page 5 of 5 Wednesday, August 5, 2026 County Clerk Harris County, Texas

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This August 5, 2026**

Teneshia Hudspeth

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.**