**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-38421 (JPN)** |
| **JETALL/CROIX PROPERTIES,** | § | |
| **LP,** | § | **Chapter 11, Subchapter V** |
| | § | |
| **Debtor.** | | |

---

**ORDER DENYING SECURITY STATE BANK & TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (Re: ECF No. 6)**

---

Came on for consideration the *Motion for Relief from the Automatic Stay as to Real Property Located at 2232 Swift Boulevard, Houston, Texas 77030* [ECF No. 6] filed by Security State Bank & Trust. It is therefore

ORDERED that the Motion is DENIED.

Signed: ______________________, 2026.

______________________________________
**UNITED STATES BANKRUPTCY JUDGE**